# Exhibit A

Message

| | |
|---|---|
| **From:** | Rob Rakowitz [.rakowitz] |
| **Sent:** | 16/03/2022 1:02:56 PM |
| **To:** | Stephan Loerke [@wfanet.org]; [@raymedia.biz] |
| **CC:** | [@wfanet.org] |
| **Subject:** | Re: Meta: Zefr partnership on post campaign reporting |

We need to get the ExecCo to understand that we're operating with a Roosevelt doctrine of "speaking softly and carrying a big stick"

Rob Rakowitz
Initiative Lead - Global Alliance for Responsible Media
World Federation of Advertisers

@wfanet.org

---

**From:** Stephan Loerke [@wfanet.org>
**Sent:** Wednesday, March 16, 2022 9:00:56 AM
**To:** Rob Rakowitz [@wfanet.org>; [@raymedia.biz>
**Cc:** [@wfanet.org>
**Subject:** RE: Meta: Zefr partnership on post campaign reporting

Exactly. That needs to be said loud and clear

**From:** Rob Rakowitz [@wfanet.org>
**Sent:** Wednesday, 16 March 2022 13:55
**To:** Stephan Loerke [@wfanet.org>; [@raymedia.biz>
**Cc:** [@wfanet.org>
**Subject:** Re: Meta: Zefr partnership on post campaign reporting

The stakeholder messaging from Meta is - "without GARM we wouldn't have been able to make these moves" - and I really like the "network effect" of Zefr now hitting TikTok and Meta Feed - the two post popular and hardest to wrangle formats

This should be a message to the ExecCo for Athens - our demands are being met

Rob Rakowitz
Initiative Lead - Global Alliance for Responsible Media
World Federation of Advertisers

@wfanet.org

---

**From:** Stephan Loerke [@wfanet.org>
**Sent:** Wednesday, March 16, 2022 8:51:54 AM
**To:** Rob Rakowitz [@wfanet.org>; [@raymedia.biz>
**Cc:** [@wfanet.org>
**Subject:** RE: Meta: Zefr partnership on post campaign reporting

Good news. Makes sense to highlight the role that GARM played

Appendix 109

Confidential—Not For Public Release                                     HJC-WFA-GARM-000042863

**From:** Rob Rakowitz <​█████@wfanet.org>
**Sent:** Wednesday, 16 March 2022 13:50
**To:** Stephan Loerke █████@wfanet.org>; █████@raymedia.biz>
**Cc:** █████@wfanet.org>
**Subject:** Meta: Zefr partnership on post campaign reporting

Hi -

Just a heads up that Meta is imminently announcing a big first step on Newsfeed - post campaign transparency that will give brands and agencies reporting on where ads show up. This is a big first step for them, and should be acknowledged as a significant win we forced. This however is limited to post-buy and English language - so work to be done pre-buy and ex Anglo world.

I've provided them (both Meta and Zefr) with a quote to use across their announcements:

In our quest to eliminate harmful content from ad-supported digital media, we need controls on where ads appear and measurement to verify the accuracy of those placements. Meta and Zefr's partnership is a welcomed step that gives advertisers and agencies post-campaign transparency for Feed – a format that has been hard to measure for some time. This is a welcomed cornerstone for more work to come, and we are excited to see two GARM members address marketplace needs for transparency and accountability together.


Rob Rakowitz
Initiative Lead - Global Alliance for Responsible Media
World Federation of Advertisers

█████@wfanet.org

Appendix 110