# Exhibit B

Message
___

| | |
|---|---|
| **From:** | ▮▮▮▮@coca-cola.com] |
| **Sent**: | 18/02/2022 3:15:12 PM |
| **To**: | Rob Rakowitz ▮▮▮@wfanet.org] |
| **CC**: | ▮▮▮@wfanet.org]; ▮▮▮@coca-cola.com]; ▮▮▮@coca-cola.com] |
| **Subject**: | RE: Spotify misinformation concerns |

Thanks Rob and ▮▮▮

▮▮ mentioned yesterday that he was talking to someone at GARM, so now I know who!

Interested to hear if you have had any members raise concerns with you. We would certainly love to get feedback after your meeting with them.

Many thanks

▮▮▮


Coca-Cola Europe


Media
Global IMX

▮▮▮@coca-cola.com
M - ▮▮▮

Many thanks

▮▮▮

Classified - Confidential

**From:** Rob Rakowitz ▮▮▮@wfanet.org>
**Sent:** 18 February 2022 11:16
**To:** ▮▮▮@coca-cola.com>
**Cc:** ▮▮▮@wfanet.org>
**Subject:** Re: Spotify misinformation concerns

**ATTENTION:** This email was sent from outside the company. Do not click links or open files unless you know it is safe. Forward malicious emails to phish@coca-cola.com.

Hi ▮▮▮ –

███ shared your email with me.
I actually connected with ███ on this the other day.

We are concerned by the situation with Spotify and we are meeting with them to discuss remedial steps they should be taking.
They've asked to delay this meeting so their trust and safety teams can join.

Fundamentally there's an issue in these instances with Joe Rogan with content safety x monetization and their underlying distribution deal; Spotify pay for the rights to distribute and then look the other way on content safety. Brand safety is somewhat separate on Spotify versus say Facebook Newsfeed because brands aren't being slotted into JRE by accident per say. However this goes back to the challenge that someone at Spotify saying that misogynistic content and misinformation is safe for consumers, suitable for advertisers. This is where GARM is concerned by their decisions to carry and monetize said content.

We are meeting with Spotify to determine the extent that they have clear moderation and monetization policies, determine to what degree are they transparent, are what mechanisms are consistently enforced.

Please let me know if you need more information – we of course are happy to keep you up to speed on these conversations.

Thanks


**Rob Rakowitz**
Initiative Lead - Global Alliance for Responsible Media

**WFA - World Federation of Advertisers**
Brussels • London • New York • Singapore

*WFA values and encourages flexible working patterns, with teams working across multiple time zones.*
*Although I have sent this at a time that is convenient for me, it is not my expectation that you read,*
*respond or follow up on this email outside your hours of work.*

---

**From:** ███@coca-cola.com>
**Sent:** Thursday, February 17, 2022 3:08 PM
**To:** ███
**Cc:** ███
**Subject:** Spotify misinformation concerns

Hi ███

I hope you are well.

I wanted to ask you if you have heard anything from any members about concerns around Spotify misinformation coming from the Joe Rogan podcast. Specifically I am wondering if anyone has said that they are boycotting Spotify from an advertising perspective.

I know that Spotify have recently joined GARM but also aware that they have not published anything around compliance to their policies.

It would be great to hear anything you have heard from other advertisers, although I appreciate you might not be able to say which advertisers have made the comments.

Confidential—Not For Public Release                    HJC-WFA-GARM-000025817

Many thanks







Media
Global IMX



@coca-cola.com

M

Classified - Confidential

CONFIDENTIALITY NOTICE
NOTICE: This message is intended for the use of the individual or entity to which it is addressed and may contain information that is confidential, privileged and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any printing, copying, dissemination, distribution, disclosure or forwarding of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and delete it from your system. Thank You.

DISCLAIMER AND CONFIDENTIALITY NOTICE
Your privacy is important to us. This privacy notice https://files.coca-cola.com/generalprivacynotice/General%20Privacy%20Notice%20For%20Our%20Contacts%202020.pdf applies to the interactions that the Coca-Cola Company entities established in the European Economic Area and N.V. Coca-Cola Services S.A. have with you, for example at events and/business meetings, when we correspond with you, or when you contact our Consumer Interaction Center about Coca-Cola products. This privacy notice explains the personal data that we process, how we processes it, and for what purposes.

CONFIDENTIALITY NOTICE
NOTICE: This message is intended for the use of the individual or entity to which it is addressed and may contain information that is confidential, privileged and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any printing, copying, dissemination, distribution, disclosure or forwarding of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and delete it from your system. Thank You.

DISCLAIMER AND CONFIDENTIALITY NOTICE
Your privacy is important to us. This privacy notice https://files.coca-cola.com/generalprivacynotice/General%20Privacy%20Notice%20For%20Our%20Contacts%202020.pdf applies to the interactions that the Coca-Cola Company entities established in the European Economic Area and N.V. Coca-Cola Services S.A. have with you, for example at events and/business meetings, when we correspond with you, or when you contact our Consumer Interaction Center about Coca-Cola products. This privacy notice explains the personal data that we process, how we processes it, and for what purposes.

Confidential—Not For Public Release          HJC-WFA-GARM-000025818