# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| **X CORP.**, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:24-cv-00114-O |
| | ) |
| **WORLD FEDERATION OF ADVERTISERS**; **UNILEVER PLC**; **UNILEVER UNITED STATES, INC.**; **MARS, INCORPORATED**; **CVS HEALTH CORPORATION**; and **ØRSTED A/S**, | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER ON PLAINTIFF'S MOTION TO PROCEED WITHOUT LOCAL COUNSEL

Having considered Plaintiff's Motion to Proceed without Local Counsel, the motion is, for good cause, GRANTED.

**IT IS SO ORDERED.**

_____          _____
DATE                                                    JUDGE REED C. O'CONNOR