# State Bar of Michigan

## CERTIFICATE OF GOOD STANDING

This certifies that Christopher G. Renner, P86201 of Escanaba, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on August 15, 2022 in Delta County and became a member of the State Bar of Michigan on November 04, 2022.

Peter W. Cunningham, Executive Director
July 25, 2024

