# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| X Corp. *Plaintiff* | § § § § | |
| v. | § § § § | Case No. 7:24-cv-00114-**O** |
| World Federation of Advertisers, et al *Defendant* | § § | |

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Dhillon Law Group Inc._____, with offices at

2121 Eisenhower Avenue, Suite 608
(Street Address)

Alexandria                               Virginia                    22314
(City)                                   (State)                     (Zip Code)

(571) 695-2677                           (571) 695-2677
(Telephone No.)                          (Fax No.)

**II.** Applicant will sign all filings with the name Andrew K. Mann.

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

X Corp.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____District of Columbia_____, where Applicant regularly practices law.

Bar license number: 1029056     Admission date: May 15, 2015

For Court Use Only.
Bar Status Verified:

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Fourth Circuit Court of Appeals | October 7, 2011 | Active |
| Ninth Circuit Court of Appeals | May 28, 2021 | Active |
| Northern Distrcit of Illinois | April 21, 2022 | Active |
| USDC Dist. of Columbia | October 3, 2016 | Inactive |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:            Case No. And Style:

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

John C. Sullivan                                                                                              , who has offices at

610 Uptown Boulevard, Suite 2000
(Street Address)

Cedar Hill                                        TX                    75104
(City)                                             (State)                (Zip Code)

(469) 523-1351                                  (469) 613-0891
(Telephone No.)                                 (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   6th   day of August                          , 2024      .

Andrew K. Mann
Printed Name of Applicant

*[signature]*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.