UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
501 W. 10th STREET
FORT WORTH, TEXAS 76102

REED O'CONNOR                                                                                               817/850-6788 Chambers

U.S. District Judge                                                                                         817/850-6787 Facsimile

August 13, 2024

Karen Mitchell
Clerk of Court
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, TX 75242

Re:   7:24-cv-114-O

Dear Ms. Mitchell:

    I hereby recuse myself from the above numbered case.  Please see that it is assigned to another judge per the usual procedure.

        Sincerely,

*[signature: Reed O'Connor]*

        Reed O'Connor
        **UNITED STATES DISTRICT JUDGE**