| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Jonathan Shaw SBN 98497<br>Dhillon Law Group<br>177 Post St Ste 700 700<br>San Francisco, CA 94108<br>ATTORNEY FOR  Plaintiff | (415) 433-1700 | |

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS<br>501 West 10th Street, Room 310<br>Ft. Worth, TX 76102 |
|---|

| SHORT TITLE OF CASE:<br>X Corp. v. World Federation of Advertisers, et al. |
|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>7:24-cv-00114-O |
|---|---|---|---|
| | **Declaration of Service** | | Ref. No. or File No:<br>8997 |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

Summons in a Civil Action; Complaint; Civil Cover Sheet; Exhibits A-F; Certificate of Interested Persons; Motion to Proceed Without Local Counsel; Application for Admission Pro Hac Vice of Harmeet Dhillon; Application for Admission Pro Hac Vice of Jonathan Shaw; Application for Admission Pro Hac Vice of Christopher Renner; Application for Admission Pro Hac Vice of Andrew Mann; Notice and Election Regarding Election Consent to Proceed Before a United States State Magistrate Judge

On: **CVS Health Corporation**

I served the summons at:

**1209 Orange St Wilmington, DE 19801**

On: **8/13/2024**     Date: **02:45 PM**

In the above mentioned action by personally serving to and leaving with
**Robin Hutt-Banks  -  Authorized Agent**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Kevin Dunn**
  b. Address: **500 Allerton Street Suite 105, Redwood City, CA 94063**
  c. Telephone number: **650-364-9612**
  d. **The fee** for this service was:
  e. I am an independent contractor: **$229.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Kevin Dunn     Date: 08/27/2024

Declaration of Service     Invoice #: 10180063