| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Jonathan Shaw SBN 98497<br>Dhillon Law Group<br>177 Post St Ste 700 700<br>San Francisco, CA 94108<br>ATTORNEY FOR   Plaintiff | (415) 433-1700 | |
| UNITED STATES COURT NORTHERN DISTRICT OF TEXAS<br>501 West 10th Street, Room 310<br>Ft. Worth, TX 76102 | | |
| SHORT TITLE OF CASE:<br>X Corp. v. World Federation of Advertisers, et al. | | |
| DATE:         TIME:         DEP./DIV. | | CASE NUMBER:<br>7:24-cv-00114-O |
| **Declaration of Service** | | Ref. No. or File No:<br>8997 |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action; Complaint; Civil Cover Sheet; Exhibits A-F; Certificate of Interested Persons; Motion to Proceed Without Local Counsel; Application for Admission Pro Hac Vice of Harmeet Dhillon; Application for Admission Pro Hac Vice of Jonathan Shaw; Application for Admission Pro Hac Vice of Christopher Renner; Application for Admission Pro Hac Vice of Andrew Mann; Notice and Election Regarding Election Consent to Proceed Before a United States State Magistrate Judge**

On: **Mars, Incorporated**

I served the summons at:

**1999 Bryan St ste 900  Dallas, TX 75201**

On: **8/16/2024**          Date: **02:14 PM**

In the above mentioned action  by personally serving to and leaving with

**George Martinez - Authorized to Accept**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Carlos Barrera**
  b. Address: **500 Allerton Street Suite 105, Redwood City, CA 94063**
  c. Telephone number: **650-364-9612**
  d. **The fee** for this service was: $229.00
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Carlos Barrera                    Date: **08/27/2024**

Declaration of Service                    Invoice #: 10180256