IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| X CORP., ) | |
| ) | |
| *Plaintiff,* ) | |
| v. ) | |
| ) | |
| WORLD FEDERATION OF ) | Civil Action No. 24-cv-00114 |
| ADVERTISERS; UNILEVER PLC; ) | |
| UNILEVER UNITED STATES, INC.; ) | |
| MARS, INCORPORATED; CVS HEALTH ) | |
| CORPORATION; and ØRSTED A/S, ) | |
| ) | |
| *Defendants*. ) | |

**CONSENT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND**

Defendant CVS Health Corporation hereby respectfully requests that the Court extend the deadline for it to answer or otherwise respond to the Complaint by 90 days until December 2, 2024. CVS conferred with counsel for Plaintiff and both parties consent to this motion.

As grounds for this motion, CVS states as follows:

1. Plaintiff filed this action on August 6, 2024, alleging antitrust claims under Section 1 of the Sherman Act. *See* Complaint (ECF No. 1).

2. The Complaint named six Defendants. *Id.* ¶¶ 11–16.

3. On August 13, 2024, Plaintiff served CVS with the Complaint. *See* ECF No. 17.

4. Good cause exists to extend the deadline for CVS to answer or otherwise respond to Plaintiffs' Complaint. *See* Fed. R. Civ. P. 6(b)(1)(A).

5. CVS expects to file at least one responsive motion and desires to have additional time to prepare that motion.

6. In addition, CVS believes other Defendants are also likely to file responsive motions. These motions will likely present substantially similar or overlapping arguments about the sufficiency of Plaintiff's antitrust claims, and may also contest jurisdiction and/or venue.

7. CVS understands that some of the Defendants are foreign entities that may not be amenable to service within a judicial district of the United States, and that Plaintiff is conferring with those Defendants with respect to a waiver of service, which would extend those Defendants' time to answer or otherwise respond to the Complaint by 90 days. Fed. R. Civ. P. 4(d)(3).

8. Plaintiff and CVS intend to work cooperatively with the remaining Defendants to negotiate a joint briefing schedule, which would promote judicial efficiency. In the event the parties are able to agree on a consolidated schedule, they will present a joint scheduling motion to the Court at that time.

9. No party will be prejudiced by this requested extension. Indeed, allowance of this motion will also be in the interests of justice and judicial economy.

WHEREFORE, Defendant CVS respectfully requests that this Court grant this consent motion.

Respectfully submitted,

UNDERWOOD LAW FIRM, P.C.

*C. Jason Fenton*
Thomas C. Riney (SBN 16935100)
tom.riney@uw.com
C. Jason Fenton (SBN 24087505)
jason.fenton@uwlaw.com
500 S. Taylor, Suite 1200
Amarillo, Texas 79101
Tel: (806) 379-5613; Fax: (806) 379-0316

Brad R. Timms (SBN 24088535)
brad.timms@uwlaw.com
600 Bailey Ave., Suite 200
Fort Worth, Texas 76107
Tel: (817) 885-7529; Fax: (817) 439-9921

## CERTIFICATE OF CONFERENCE

      The undersigned counsel hereby certifies that on or before the 3rd day of September 2024 counsel for CVS Health Corporation conferred with counsel for Plaintiff regarding the above motion and both parties consent to the motion.

                                       */s/ C. Jason Fenton*

## **CERTIFICATE OF SERVICE**

  The undersigned Counsel hereby certifies that on the 3rd day of September 2024, notice of the foregoing pleading was provided via the CM/ECF system to the counsel of record.

                _/s/ C. Jason Fenton_