# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHEN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| X CORP., ) | |
| ) | |
| *Plaintiff,* ) | |
| v. ) | |
| ) | |
| WORLD FEDERATION OF ) | Civil Action No. 24-cv-00114 |
| ADVERTISERS; UNILEVER PLC; ) | |
| UNILEVER UNITED STATES, INC.; ) | |
| MARS, INCORPORATED; CVS HEALTH ) | |
| CORPORATION; and ØRSTED A/S, ) | |
| ) | |
| *Defendants*. ) | |

## CORPORATE DISCLOSURE STATEMENT

CVS Health Corporation submits the following corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: CVS Health Corporation has no parent corporation; it is a publicly held corporation, and no publicly held corporation owns 10% or more of its stock.

CVS Health Corporation further discloses the following list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case: World Federation of Advertisers; Unilever PLC; Unilever United States, Inc.; Mars, Incorporated; CVS Health Corporation; and Ørsted A/S.

Respectfully submitted,

UNDERWOOD LAW FIRM, P.C.

*C. Jason Fenton*
Thomas C. Riney (SBN 16935100)
tom.riney@uw.com
C. Jason Fenton (SBN 24087505)
jason.fenton@uwlaw.com
500 S. Taylor, Suite 1200
Amarillo, Texas 79101
Tel: (806) 379-5613; Fax: (806) 379-0316

Brad R. Timms (SBN 24088535)
brad.timms@uwlaw.com
600 Bailey Ave., Suite 200
Fort Worth, Texas 76107
Tel: (817) 885-7529; Fax: (817) 439-9921

## **CERTIFICATE OF SERVICE**

      The undersigned Counsel hereby certifies that on the 3rd day of September 2024, notice of the foregoing pleading was provided via the CM/ECF system to the counsel of record.

                                                */s/ C. Jason Fenton*