# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

X Corp.
Plaintiff

v.

World Federation of Advertisers, et al.
Defendant

7:24-cv-114-K
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Mars, Incorporated

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

World Federation of Advertisers, Unilever PLC, Unilever United States, Inc., Mars, Incorporated, CVS Health Corporation, ØRSTED A/S

|  |  |
|---|---|
| Date: | September 6, 2024 |
| Signature: | Ralph H. Duggins |
| Print Name: | Ralph H. Duggins |
| Bar Number: | Texas Bar No. 06183700 |
| Address: | 600 West 6th Street Suite 300 |
| City, State, Zip: | Fort Worth, Texas 76102 |
| Telephone: | (817) 877-2800 |
| Fax: | (817) 877-2807 |
| E-Mail: | rduggins@canteyhanger.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.