UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| X CORP., <br><br> Plaintiff, <br><br> v. <br><br> WORLD FEDERATION OF ADVERTISERS; UNILEVER PLC; UNILEVER UNITED STATES, INC.; MARS, INCORPORATED; CVS HEALTH CORPORATION; and ØRSTED A/S, <br><br> Defendants. | No. 7:24-CV-00114-K |

## MOTION TO PROCEED WITH LOCAL COUNSEL
## OUTSIDE THE WICHITA FALLS DIVISION

Defendant Mars, Incorporated ("Mars") seeks leave of the Court to proceed with the undersigned counsel who is located in this District but whose residence and principal office are in Fort Worth, which is outside 50 miles of the Wichita Falls Division Courthouse. Good cause exists for this request. The undersigned Fort Worth counsel practice regularly in both the Fort Worth and Dallas Divisions and are familiar with the travel requirements to appear in the Wichita Falls Courthouse. The undersigned counsel are able to attend any hearing scheduled by the Court and are prepared to appear in person.

For the foregoing reasons, Mars requests that the Court grant the motion to proceed with local counsel outside the Wichita Falls Division.

| | |
|---|---|
| Dated: September 6, 2024. | Respectfully submitted,<br><br>/s/ Karen Hoffman Lent<br>Karen Hoffman Lent (pro hac forthcoming)<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001<br>Telephone: (212) 735-3276<br>Facsimile: (917) 777-3276<br>karen.lent@skadden.com<br><br>Noelle M. Reed<br>State Bar No. 24044211<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>1000 Louisiana Street, Suite 6800<br>Houston, Texas 77002<br>Telephone: (713) 655-5122<br>Facsimile: (713) 483-9122<br>noelle.reed@skadden.com<br><br><br>/s/ Ralph H. Duggins<br>Ralph H. Duggins<br>State Bar No. 06183700<br>rduggins@canteyhanger.com<br>Philip Vickers<br>State Bar No. 24051699<br>pvickers@canteyhanger.com<br>Kate Hancock<br>State Bar No. 24106048<br>khancock@canteyhanger.com<br>CANTEY HANGER LLP<br>600 West 6th Street, Suite 300<br>Fort Worth, TX 76102<br>(817) 877-2800<br>(817) 877-2807 – Fax<br><br>***Counsel for Mars, Incorporated.*** |

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2024, the foregoing document was filed with the Court's CM/ECF system, which has generated and delivered electronic notices of filing to all counsel of record who have consented to electronic service.

> */s/ Katherine Hancock*
> Katherine Hancock

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 6, 2024, I conferred with counsel for X Corp. and counsel for CVS Health Corporation regarding the relief sought by this motion. Neither party opposes the requested relief.

> */s/ Philip Vickers*
> Philip Vickers