UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| X Corp. <br> *Plaintiff* <br><br> v. <br><br> World Federation of Advertisers, et al. <br> *Defendant* | § § § § § § § § § § |

Case No. 7:24-cv-00114-O

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Skadden, Arps, Slate, Meagher & Flom LLP, with offices at

One Manhattan West
(Street Address)

New York                     NY                     10001
(City)                       (State)                (Zip Code)

212-735-3000                 212-735-2000
(Telephone No.)              (Fax No.)

**II.** Applicant will sign all filings with the name  Karen Hoffman Lent.

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Mars, Incorporated

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____New York_____, where Applicant regularly practices law.

Bar license number: 3058021    Admission date: 6/12/2000

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached list. | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

None.

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

None.

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None.

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:    Case No. And Style:

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Cantey Hanger LLP , who has offices at

600 West 6th Street, Suite 300
(Street Address)

Fort Worth         Texas         76102
(City)              (State)        (Zip Code)

(817) 877-2800                    (817) 877-2807
(Telephone No.)                   (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 9th day of September, 2024.

Karen Hoffman Lent
Printed Name of Applicant

*/s/ Karen Hoffman Lent*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

Karen Hoffman Lent Court Admission List

| Court | Date Admitted | Active or Inactive |
|---|---|---|
| U.S. Court of Appeals, Second Circuit | 11/4/2015 | Active |
| U.S. Court of Appeals, Fourth Circuit | 5/2/2005 | Active |
| U.S. Court of Appeals, Fifth Circuit | 6/21/2022 | Active |
| U.S. Court of Appeals, Ninth Circuit | 2/26/2014 | Active |
| U.S.D.C. – Eastern District of New York | 12/21/2002 | Active |
| U.S.D.C. – Southern District of New York | 11/21/2002 | Active |
| U.S.D.C. – Eastern District of Virginia | 7/31/2024 | Active |