IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| X CORP.,<br><br>   Plaintiff,<br><br> v.<br><br>WORLD FEDERATION OF ADVERTISERS; UNILEVER PLC; UNILEVER UNITED STATES, INC.; MARS, INCORPORATED; CVS HEALTH CORPORATION; and ØRSTED A/S,<br><br>   Defendants. | Civil Action No. 7:24-CV-00114-K |

**NOTICE OF APPEARANCE OF JOHN T. COX III AS
COUNSEL FOR DEFENDANT UNILEVER UNITED STATES, INC.**

 PLEASE TAKE NOTICE that Defendant Unilever United States, Inc. ("Unilever") hereby provides notice that attorney John T. Cox III is appearing as its counsel of record in this case. Unilever respectfully requests that copies of all pleadings, orders, notices, and other papers filed in this action be provided to Mr. Cox as follows:

   John T. Cox III
   GIBSON, DUNN & CRUTCHER LLP
   2001 Ross Avenue, Suite 2100
   Dallas, Texas 75201-2911
   Telephone: (214) 698-3256
   TCox@gibsondunn.com

DATED: September 24, 2024          Respectfully submitted,

                                        By: */s/ John T. Cox III*
                                              John T. Cox III
                                              Texas Bar No. 24003722
                                              GIBSON, DUNN & CRUTCHER LLP
                                              2001 Ross Avenue, Suite 2100
                                              Dallas, Texas 75201-2911
                                              Telephone: 214.698.3256
                                              Facsimile: 214.571.2923
                                              TCox@gibsondunn.com

*Counsel for Defendant Unilever United States, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September, 2024, the foregoing document was filed using the Court's CM/ECF system. In addition, (1) the filing is available for viewing and downloading via the CM/ECF system, and (2) the CM/ECF system will send notification of this filing to all attorneys of record who have registered for CM/ECF updates.

                                              */s/ John T. Cox III*
                                              John T. Cox III