IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | No. 7:24-cv-00114-O |
| | § | |
| WORLD FEDERATION OF ADVERTISERS; | § | |
| UNILEVER PLC; UNILEVER UNITED STATES, INC.; | § | |
| MARS, INCORPORATED; CVS HEALTH | § | |
| CORPORATION; AND ØRSTED A/S, | § | |
| | § | |
|     *Defendants*. | § | |

**JOINT MOTION TO EXTEND DEADLINES
AND IMPLEMENT JOINT BRIEFING SCHEDULE**

TO THE HONORABLE ED KINKEADE, UNITED STATES DISTRICT JUDGE:

Plaintiff X Corp. ("X" or "Plaintiff") and Defendants World Federation of Advertisers; Unilever United States, Inc.; Mars, Incorporated; CVS Health Corporation; and Ørsted A/S (collectively the "Served Defendants," and with Plaintiff, the "Parties") respectfully file this Joint Motion to Extend Deadlines and Implement Joint Briefing Schedule (the "Motion") and urge that it be granted.

On August 6, 2024, Plaintiff filed its Original Complaint (the "Complaint"). As of filing this Motion, all but one defendant has either been granted an extension to answer, move, or otherwise respond or executed a waiver of service that extends those deadlines. In its September 4 and September 6, 2024 orders, the Court established December 2, 2024 as the deadline for Defendants CVS Health Corporation and Mars, Incorporated, respectively, to answer, move or otherwise respond to the Complaint (Dkt. Nos. 22 & 29). The waivers on file thus far establish different deadlines for other Defendants in late November and mid-December.

1

The Served Defendants intend to file responsive motions and, upon conferring, the Parties seek to implement a joint briefing schedule for Plaintiff and any Defendant that has been served or has accepted service thus far. Good cause exists for these extensions. *See* FED. R. CIV. P. 6(b)(1)(A). Given the substantial overlap in the antitrust claims made against the various Defendants, a joint briefing schedule and extended deadlines will facilitate more efficient, streamlined briefing among the Served Defendants, allow the parties to avoid intensive briefing over the Christmas holiday, and promote judicial efficiency. Accordingly, the Parties respectfully request the following extensions to the currently applicable deadlines:

- December 13, 2024: The Served Defendants' deadline to answer, move, or otherwise respond to the Complaint.

- February 4, 2025: Plaintiffs' deadline to respond to the Served Defendants' responsive motions.

- April 8, 2025: The Served Defendants' deadline to file reply briefs.

This joint briefing schedule will be in the interests of justice and judicial economy and does not prejudice any Party. Accordingly, the Parties respectfully urge that the Court grant this Motion and extend the requested deadlines.

Dated: September 25, 2024

                                                    Respectfully submitted,

*/s/ John C. Sullivan*
John C. Sullivan
  Texas Bar No. 24083920
  john.sullivan@the-sl-lawfirm.com
Jace R. Yarbrough
  Texas Bar No. 24110560
  jace.yarbrough@the-sl-lawfirm.com
S|L LAW PLLC
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Phone: (469) 523-1351

Christopher G. Renner (admitted *pro hac vice*)
  D.C. Bar No. 1025699
  cgrenner@dhillonlaw.com
Jonathan M. Shaw (admitted *pro hac vice*)
  Virginia Bar No. 98497
  jshaw@dhillonlaw.com
Andrew K. Mann (admitted *pro hac vice*)
  Virginia Bar No. 77021
  akmann@dhillonlaw.com
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314

Harmeet K. Dhillon (admitted *pro hac vice*)
  California Bar No. 207873
harmeet@dhillonlaw.com
DHILLON LAW GROUP, INC.
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700 (voice and fax)

*Attorneys for Plaintiff X Corp*

3

*/s/ George M. Kryder*
Jason M. Powers
  Texas Bar No. 24007867
  jpowers@velaw.com
V INSON & E LKINS LLP
 845 Texas Ave., Suite 4700
 Houston, TX 77002
 Phone (713) 758-2222

George M. Kryder
 Texas Bar No. 11742900
 gkryder@velaw.com
Avery Westerlund
  State Bar No. 24125453
  awesterlund@velaw.com
V INSON & E LKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, TX  75201-2975
Phone (214) 220-7700

Stephen Medlock (*pro hac vice* pending)
  D.C. Bar No. 995636
  smedlock@velaw.com
Adam Hudes (*pro hac vice* pending)
  D.C. Bar No. 495188
  ahudes@velaw.com
V INSON & E LKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Phone: (202) 639-6578

*Attorneys for Defendant Ørsted A/S*

<u>*/s/ Brad R. Timms*</u>
Thomas C. Riney
 Texas Bar No. 16935100)
 tom.riney@uw.com
C. Jason Fenton
 Texas Bar No. 24087505)
 jason.fenton@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
500 S. Taylor, Suite 1200
Amarillo, TX 79101
Phone: (806) 379-5613

Brad R. Timms
 Texas Bar No. 24088535
 brad.timms@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
600 Bailey Ave., Suite 200
Fort Worth, TX 76107
Phone: (817) 885-7529

*Attorneys for Defendant CVS Health Corporation*

5

*/s/ Ralph H. Duggins*
Karen Hoffman Lent (admitted *pro hac vice*)
  karen.lent@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Manhattan West
New York, NY 10001
Phone: (212) 735-3276

Noelle M. Reed
  State Bar No. 24044211
  noelle.reed@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
1000 Louisiana Street, Suite 6800
Houston, TX 77002
Phone: (713) 655-5122

Ralph H. Duggins
  State Bar No. 06183700
  rduggins@canteyhanger.com
Philip Vickers
  State Bar No. 24051699
  pvickers@canteyhanger.com
Kate Hancock
  State Bar No. 24106048
  khancock@canteyhanger.com
CANTEY HANGER LLP
600 West 6th Street, Suite 300
Fort Worth, TX 76102
Phone: (817) 877-2800

*Attorneys for Defendant Mars, Incorporated*

6

/s/ David C. Miller
David C. Miller
  Texas Bar No. 24110114
  dmiller@bradley.com
William S. Snyder
  Texas Bar No. 00786250
  wsnyder@bradley.com
Samuel T. Acker
  Texas Bar No. 24100111
  sacker@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Ave., Suite 3600
Dallas, TX 75202
Phone: (214) 597-9800
Fax: (214) 939-8787

Charles E. Elder (*pro hac vice* forthcoming)
  Tennessee Bar No. 038250
  celder@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway, Suite 2400
Nashville, TN  37203
Phone:  (615) 252-3597
Fax: (615) 252-6380

*Attorneys for Defendant World Federation of Advertisers*

7

*/s/  John T. Cox, III*
John T. Cox, III
  Texas Bar No. 24003722
  TCox@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923
Phone: (214) 698-3256

Rachel S. Brass (*pro hac vice* forthcoming)
  California Bar No. 219301
  rbrass@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
One Embarcadero Center Suite 2600
San Francisco, CA 94111
Phone: (415) 393-8293

*Attorneys for Defendant Unilever United States, Inc.*

## CERTIFICATE OF SERVICE

  I certify that on September 25, 2024, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system.

           */s/ George M. Kryder*
           George M. Kryder