IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | No. 7:24-cv-00114-O |
| | § | |
| WORLD FEDERATION OF ADVERTISERS; | § | |
| UNILEVER PLC; UNILEVER UNITED STATES, INC.; | § | |
| MARS, INCORPORATED; CVS HEALTH | § | |
| CORPORATION; AND ØRSTED A/S, | § | |
| | § | |
| *Defendants.* | § | |

**ORDER**

Before the Court is Plaintiff X Corp. ("X" or "Plaintiff") and Defendants World Federation of Advertisers; Unilever United States, Inc.; Mars, Incorporated; CVS Health Corporation; and Ørsted A/S's (collectively the "Served Defendants," and with Plaintiff, the "Parties") Joint Motion to Extend Deadlines and Implement Joint Briefing Schedule (the "Motion").

Having considered the Motion and the record, the Court grants this Motion and implements the Parties' joint briefing schedule as to Plaintiff and the Served Defendants. The Served Defendants' deadline to answer or otherwise respond to the Complaint is Friday, December 13, 2024. Plaintiffs' deadline to respond to the Served Defendants' responsive motions is Tuesday, February 4, 2025. The Served Defendants' deadline to file reply briefs is Tuesday, April 8, 2025. SO ORDERED.

Signed: September _____, 2024

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE