UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| X Corp. <br> *Plaintiff* <br><br> v. <br><br> World Federation of Advertisers, et al. <br> *Defendant* | § § § § § § § § § § |

Case No. 7:24-cv-00114-K

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**  Applicant is an attorney and a member of the law firm of (or practices under the name of)

Williams & Connolly LLP                                                              , with offices at

680 Maine Avenue, S.W.
(Street Address)

Washington                             DC                       20024
(City)                                 (State)                  (Zip Code)

202-434-5000                           202-434-5029
(Telephone No.)                        (Fax No.)


**II.**  Applicant will sign all filings with the name  Kimberly Broecker                              .


**III.**  Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

CVS Health Corporation



to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of ___the District of Columbia___, where Applicant regularly practices law.

Bar license number: 1697793     Admission date: 04/08/2021

For Court Use Only.
Bar Status Verified: _____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Please see attached. | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

December 1, 2023   Case No. 4:23-cv-01204-O - Lockheed Martin Corporation v. Howmet Aerospace Inc.

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Jason Fenton, Underwood Law Firm, P.C.   , who has offices at

500 S. Taylor, Suite 1200
(Street Address)

Amarillo   Texas   79101
(City)   (State)   (Zip Code)

806-376-5613   806-379-0316
(Telephone No.)   (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  19th  day of September  , 2024  .

Kimberly Broecker
Printed Name of Applicant

*Kim Broecker*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

September 19, 2024

Pro Hac Vice Application
Court Admissions – Kimberly Broecker

| **Court** | **Date of Admission** | **Status** |
|---|---|---|
| United States Ditrict Court For the Central District of Illinois | May 10, 2024 | Active |
| United States Supreme Court | April 23, 2024 | Active |
| Federal Circuit Court of Appeals | January 3, 2023 | Active |
| United States District Court for the District of Columbia | August 2, 2021 | Active |
| Sixth Circuit Court of Appeals | June 22, 2020 | Active |
| Second Circuit Court of Appeals | February 27, 2020 | Active |
| Ninth Circuit Court of Appeals | February 24, 2020 | Active |
| Maryland State Bar | December 13, 2017 | Active |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Kimberly Broecker

was duly qualified and admitted on April 8, 2021 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on September 12, 2024.*

**JULIO A. CASTILLO**
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership
District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.