UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

_____  §
         *Plaintiff*          §
                              §
                              §
                              §
    v.                        §  Case No. _____
                              §
                              §
                              §
_____   §
         *Defendant*          §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

_____, with offices at

_____
(Street Address)

_____   _____   _____
(City)                                       (State)       (Zip Code)

_____   _____
(Telephone No.)                              (Fax No.)

**II.** Applicant will sign all filings with the name _____.

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____, where Applicant regularly practices law.

Bar license number: _____     Admission date: _____

| For Court Use Only. |
| Bar Status Verified: |
| _____ |

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

_____, who has offices at

_____
(Street Address)

_____
(City)            (State)         (Zip Code)

_____
(Telephone No.)           (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the _____ day of _____, _____.

_____
Printed Name of Applicant

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

**Attachment A to Application for Admission *PRO HAC VICE***

**Stephen M. Medlock**

| Court | Admission Date | Active or Inactive |
|---|---|---|
| Virginia Supreme Court | 11/04/2009 | Active |
| D.C. Court of Appeals | 7/09/2010 | Active |
| U.S. Supreme Court | 3/26/2019 | Active |
| USDC Northern District of Illinois | 11/03/2022 | Active |
| USDC District of Columbia | 5/04/2015 | Active |
| USCA for the Ninth Circuit | 12/11/2019 | Active |
| USCA for the Third Circuit | 6/06/2014 | Active |
| USCA for the Fifth Circuit | 4/14/2022 | Active |
| USCA for the Eighth Circuit | 2/07/2017 | Active |
| USCA for the Eleventh Circuit | 4/25/2018 | Active |