# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| **X CORP.,**<br><br>    Plaintiff,<br><br>v.<br><br>**WORLD FEDERATION OF ADVERTISERS, ET AL.,**<br><br>    Defendants. | Case No. 7:24-cv-00114-K |

## NOTICE OF DISMISSAL OF CLAIMS AGAINST UNILEVER PLC AND UNILEVER UNITED STATES, INC. PURSUANT TO FRCP 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff X Corp. hereby dismisses with prejudice its claims against Defendants Unilever PLC and Unilever United States, Inc. (collectively, "Unilever"), neither of which has served either an answer or a motion for summary judgment. Plaintiff and Unilever will each bear their own fees and costs.

Plaintiff's claims against all other Defendants are unaffected by this dismissal and remain pending.

| | |
|---|---|
| October 11, 2024 | Respectfully submitted, |

/s/ *John C. Sullivan*
John C. Sullivan
Texas Bar No. 24083920
john.sullivan@the-sl-lawfirm.com
Jace R. Yarbrough
Texas Bar No. 24110560
jace.yarbrough@the-sl-lawfirm.com
**S|L LAW PLLC**
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Phone: (469) 523-1351
Facsimile: (469) 613-0891


**DHILLON LAW GROUP, INC.**

Christopher G. Renner*
DC Bar No. 1025699
cgrenner@dhillonlaw.com
Telephone: (571) 430-2240
Jonathan M. Shaw*
Virginia Bar No. 98497
jshaw@dhillonlaw.com
Telephone: (703) 748-2266
Andrew K. Mann*
Virginia Bar No. 77021
akmann@dhillonlaw.com
Telephone: (571) 695-2677
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314

Harmeet K. Dhillon*
California Bar No. 207873
harmeet@dhillonlaw.com
Telephone: (415) 433-1700
177 Post Street, Suite 700
San Francisco, CA 94108

* *admitted pro hac vice*

*Counsel for Plaintiffs*