# EXHIBIT A

9/30/24, 5:22 PM                          Rumble Joins X to Sue Advertising Cartel that Allegedly Conspired to Withhold Digital Advertising Revenue | Rumble

Case 7:24-cv-00114-K   Document 61-1   Filed 10/11/24   Page 2 of 5   PageID 244




 BACK TO BLOG

# Rumble Joins X to Sue Advertising Cartel that Allegedly Conspired to Withhold Digital Advertising Revenue

08/06/2024



LONGBOAT KEY, Fla., August 6, 2024 – Rumble (NASDAQ:RUM), the video-sharing platform and cloud services provider, announced that it has joined the social media platform X to file antitrust lawsuits alleging a conspiracy to withhold advertising revenue from Rumble and other digital media platforms.

9/30/24, 5:22 PM    Rumble Joins X to Sue Advertising Cartel that Allegedly Conspired to Withhold Digital Advertising Revenue | Rumble

Case 7:24-cv-00114-K   Document 61-1   Filed 10/11/24    Page 3 of 5   PageID 245

In its filing in the U.S. District Court for the Northern District of Texas, Rumble named as defendants the World Federation of Advertisers (WFA), as well as the advertising agency WPP and its subsidiary GroupM Worldwide.

The conspiracy centers around an initiative called the Global Alliance for Responsible Media (GARM), created by the WFA, that established arbitrary standards for the content on digital platforms where its members may want to advertise. GARM used those one-size-fits-all standards to perpetrate an advertiser boycott against Rumble and other platforms. The suit also notes that GARM has vast reach since it counts the six largest ad agency holding companies among its members, including defendant WPP.

"The brand safety standards set by advertisers and their ad agencies should succeed or fail in the marketplace on their own merits and not through the coercive exercise of market power," Rumble's complaint reads. "All of this illegal conduct is done at the expense of platforms, content creators, and their users, as well as the agencies' own advertiser clients who pay more for ads as a result of their collusion."

The unlawful conduct alleged by Rumble is also the subject of an ongoing investigation by the U.S. House Judiciary Committee in Congress. An interim committee staff report issued in July found that the way GARM has operated in this regard "is likely illegal under the antitrust laws and threatens fundamental American freedoms."

Rumble is seeking a declaration that the defendants' conduct is illegal, a permanent injunction against the continued conduct, damages, interest, and legal fees, among other relief.

## ABOUT RUMBLE

Rumble is a high-growth video platform and cloud services provider that is creating an independent infrastructure. Rumble's mission is to restore the internet to its roots by making it free and open once again. For more information, visit: [corp.rumble.com](http://corp.rumble.com).

Contact: [press@rumble.com](mailto:press@rumble.com)



[Rumble-v.-WFA-Complaint-FILESTAMPED](#)  Download

 BACK TO BLOG

Copyright © 2024 Rumble. All Rights Reserved.
444 Gulf of Mexico Drive
Longboat Key, FL 34228, USA
support@rumble.com

truthsocial.com/@rumble    twitter.com/rumblevideo    Rumble    Locals

Privacy Policy    Terms & Conditions    Social Media Disclaimer

9/30/24, 5:22 PM  Rumble Joins X to Sue Advertising Cartel that Allegedly Conspired to Withhold Digital Advertising Revenue | Rumble

Case 7:24-cv-00114-K   Document 61-1   Filed 10/11/24   Page 5 of 5   PageID 247