Exhibit D

Message

| | |
|---|---|
| **From:** | ███████████@orsted.com] |
| **Sent:** | 08/12/2022 8:04:32 AM |
| **To:** | Rob Rakowitz ███████@wfanet.org] |
| **Subject:** | RE: Support to Ørsted about Twitter situation |

Hi Rob,

I tried to sign up for the event today but it says there are no more available tickets.

Is it possible to set up a meeting with you to hear more about the Twitter situation and the dialogue you had with Elon Musk focusing on expectations to actions to ensure brand safety?



Ørsted
████████████

**From:** Rob Rakowitz <r.rakowitz@wfanet.org>
**Sent:** 7. december 2022 10:31
**To:** ███████████████@orsted.com>
**Cc:** ████████████████@wfanet.org>; ████████████████@wfanet.org>
**Subject:** Re: Support to Ørsted about Twitter situation

Hi –

Yes – but please have them register as members of GARM. ███████ can help you with this.

Thanks

**Rob Rakowitz**
Initiative Lead - Global Alliance for Responsible Media

**WFA - World Federation of Advertisers**
Brussels • London • New York • Singapore

*WFA values and encourages flexible working patterns, with teams working across multiple time zones. Although I have sent this at a time that is convenient for me, it is not my expectation that you read, respond or follow up on this email outside your hours of work.*

---

**From:** ███████████@orsted.com>
**Date:** Wednesday, December 7, 2022 at 04:10
**To:** Rob Rakowitz ███████@wfanet.org>
**Subject:** RE: Support to Ørsted about Twitter situation

Hi Rob,

Appendix 116

Confidential—Not For Public Release

HJC-WFA-GARM-000051207

Is it going to be discussed at the meeting tomorrow – and is it okay if I share the invite with some of my colleagues to let them participate in this meeting?

**From:** Rob Rakowitz <▬@wfanet.org>
**Sent:** 2. december 2022 18:48
**To:** <▬@orsted.com> <▬@wfanet.org>
**Subject:** Re: Support to Ørsted about Twitter situation

Hi ▬ -

This is likely to come up and be discussed in the Community Call on Thursday next week. Can we discuss then and there?

Thanks

Rob Rakowitz
Initiative Lead - Global Alliance for Responsible Media
World Federation of Advertisers

▬@wfanet.org

**From:** <▬@orsted.com>
**Sent:** Friday, December 2, 2022 2:23:39 AM
**To:** <▬@wfanet.org>; Rob Rakowitz <▬@wfanet.org>
**Subject:** RE: Support to Ørsted about Twitter situation

Hi ▬ & Rob,

I hope everything is well.

I know you had planned to have a meeting yesterday with Elon Musk. Is it possible to arrange a meeting next week to learn more about how the conversation went and how you see the situation now and expectations going forward?

Thanks a lot – and have a wonderful weekend!

**From:** <▬@wfanet.org>
**Sent:** 14. november 2022 16:06
**To:** <▬@orsted.com>; Rob Rakowitz <▬@wfanet.org>
**Subject:** Re: Support to Ørsted about Twitter situation

Appendix 117

Confidential—Not For Public Release

Hi 

We are still working through some of the responses from the survey. How does Thursday at 2pm sound?

Best,

**From:** ███████████████@orsted.com>
**Sent:** Monday, November 14, 2022 6:08 AM
**To:** ███████████████@wfanet.org>; Rob Rakowitz ███████@wfanet.org>
**Subject:** FW: Support to Ørsted about Twitter situation

Hi ██████ and Rob,

I hope you both are doing well.

We are following the conversation and communication about the Twitter situation very closely. It seems like some agencies are now starting to recommend their clients to pause all advertising on the platform.

We would like to make a situation/complication/resolution presentation to top management based on your recommendations.

Do you know when you have more info from the survey you sent out last week - and can we arrange a meeting one of the coming days where you share your reflections and results?

Thanks a lot for your support – and look very much forward to hearing from you.



Ørsted

**From:** ████████████████
**Sent:** 8. november 2022 12:40
**To:** ███████████████@wfanet.org>
**Subject:** RE: Support to Ørsted about Twitter situation

Hi ████████

Thanks for getting back to us.

It sounds good with he survey and the talk with Twitter and Elon Musk.

We would very much like to know more as soon as you have the results. When do you expect to have it? Do you think Tuesday next week is realistic to share the results and your recommendations?

Do you have a description on the situation that you can share?

Thanks a lot for your support.

Best,

Appendix 118

Confidential—Not For Public Release

HJC-WFA-GARM-000051209



**From:** ████████████@wfanet.org>
**Sent:** 7. november 2022 14:04
**To:** ████████████@orsted.com>
**Subject:** Re: Support to Ørsted about Twitter situation

Hi ███

I hope you're doing well. While I don't manage Rob's calendar, I can certainly nudge him to see when he is available. I assume he is waiting to get back to you as I've just sent out a survey to some of our members to gauge their perceptions on the issue. We will have the results from that survey by EoW, have been in constant contact with Twitter and plan to meet with Elon in the coming weeks. Would it make sense to schedule something next week after the survey results come in?

Best,
███

---

**From:** ████████████@orsted.com>
**Sent:** Monday, November 7, 2022 8:01 AM
**To:** ████████████@wfanet.org>
**Subject:** Support to Ørsted about Twitter situation

Hi ███

I haven't heard from Rob and the Twitter issue is critical to us.

Would you be able to help us and set up a meeting where we can learn more?

Thanks a lot!



**From:** ████████████
**Sent:** 4. november 2022 16:48
**To:** Rob Rakowitz ████████@wfanet.org>
**Subject:** FW: WFA Insight Forum: Upcoming meetings and events

Hi Rob,

Confidential—Not For Public Release                                    HJC-WFA-GARM-000051210

I'm reaching out to you to ask you if it's possible to arrange a meeting and hear more about your perspectives about the Twitter situation and a possible boycott from many companies.

As you know we have a lot of focus on responsible marketing and we are about to make a recommendation to management about actions and when we need to consider whether we should continue promotion on the platform or find alternatives. It is an important platform for us in the US market and it will have an impact that we need to asses and outline.

Is this something you can help us with by setting up a meeting Wednesday next week to hear your perspectives and advise?

Looking forward to hearing from you – and have a great week-end!



Ørsted

---

**From:** @orsted.com>
**Sent:** 9. september 2022 08:33
**To:** Rob Rakowitz @wfanet.org>, @orsted.com>
@orsted.com>
**Cc:** @orsted.com>
**Subject:** RE: WFA Insight Forum: Upcoming meetings and events

Hi Rob,

Thanks so much, it's really been a pleasure working with you and the GARM team. You were invaluable during the Stop Hate for Profit campaign and we've learned so much about the importance of companies taking a leading role in holding platforms responsible, and the continued efforts of the GARM team to promote transparency and accountability is more important than ever.

As for who'll join the GARM group from Ørsted, I'll leave that up to ▮ & ▮ to decide. However ▮ was my co-pilot over the last two years and is a great person to loop into the meetings, conversations etc. However I'll let ▮ and ▮ sync and get back to you on who'll join from Ørsted.

Thanks again and all the best 🙏

Best,
▮

---

**From:** Rob Rakowitz @wfanet.org>
**Sent:** 7. september 2022 13:26
**To:** @orsted.com>; @wfanet.org>
**Subject:** Re: WFA Insight Forum: Upcoming meetings and events

Hi ▮

Congrats on the new role – it sounds really exciting.
Like ▮ I am truly humbled by your feedback!
Let's definitely stay in contact – and let us know when the right time to reengage is at ▮

Is there a person to join GARM from Orsted we should reach out to?

Please let me know.

Thanks!
Rob

**Rob Rakowitz**
Initiative Lead - Global Alliance for Responsible Media

**WFA - World Federation of Advertisers**
Brussels • London • New York • Singapore

*WFA values and encourages flexible working patterns, with teams working across multiple time zones. Although I have sent this at a time that is convenient for me, it is not my expectation that you read, respond or follow up on this email outside your hours of work.*

**From:** ▓▓▓▓@orsted.com>
**Date:** Wednesday, September 7, 2022 at 03:55
**To:** ▓▓▓▓@wfanet.org>
**Cc:** Rob Rakowitz ▓▓▓▓@wfanet.org>
**Subject:** RE: WFA Insight Forum: Upcoming meetings and events

Hi ▓▓▓▓

Thanks so much for the kind words, and when the dust settles after landing at ▓▓▓▓ I have every intention of signing us up to WFA & GARM.

Regarding the Insights Forum I suggest reaching out to:
▓▓▓▓@orsted.com
▓▓▓▓@orsted.com

Have a fantastic day too 🙈
▓▓▓▓

**From:** ▓▓▓▓@wfanet.org>
**Sent:** 6. september 2022 15:30
**To:** ▓▓▓▓@orsted.com>
**Cc:** Rob Rakowitz ▓▓▓▓@wfanet.org>
**Subject:** RE: WFA Insight Forum: Upcoming meetings and events

Dear ▓▓▓▓

First of all, congratulations on your new role, seems like an exciting new chapter in your career.
Secondly, thank you so much for letting us know and for all the appreciation for WFA's work, we're humbled to read such kind words! And I am honestly a bit sad to lose such a positive and enthusiastic member of our Insight Forum, but we'd be more than happy to have you with us for the next events in September.

May I ask who I can connect with to represent Ørsted in the Insight Forum?

Have a wonderful day,
▓▓▓▓

Appendix 121

Confidential—Not For Public Release                                                                    HJC-WFA-GARM-000051212

**From:** ▮▮▮▮▮@orsted.com>
**Sent:** 06 September 2022 11:28
**To:** ▮▮▮▮▮@wfanet.org>
**Cc:** ▮▮▮▮▮@wfanet.org>
**Subject:** RE: WFA Insight Forum: Upcoming meetings and events

Hi ▮▮ & ▮▮

Many thanks for this digest, looking forward to the events in September.

I also wanted to let you know that I'm leaving Ørsted to join ▮▮▮▮▮ which will sadly result in loss of WFA & GARM membership 😢. It's been an absolute pleasure being part of the incredible WFA & GARM communities, and I wanted to thank you and ▮▮ for all of the help, support and guidance you've provided. You're doing incredible work which has made my life as a responsible marketer at Ørsted much, much easier and more fulfilling.

If we don't speak again before my departure then I wish you all the best and please pass along my thanks and best regards to the WFA & GARM teams who's tireless efforts are truly inspiring.

Best,

▮▮

**From:** ▮▮▮▮▮@wfanet.org>
**Sent:** 5. september 2022 16:27
**To:** ▮▮▮▮▮@orsted.com>
**Subject:** WFA Insight Forum: Upcoming meetings and events

Dear ▮▮,

I hope you had a nice summer and a smooth start to a productive autumn.

We have some great upcoming events which might interest you:

1. **Spotlight: Clients and creativity** (6 and 7 Sep, remote) - Join Contagious, Observatory International, Heineken, Cathay Pacific, RGA, and Publicis, as we explore results from WFA's global study into clients & creativity, spanning 34 markets. Uncover the biggest barriers to progress, around the world, and opportunities to become a more creative, and effective, marketing organisation. You can register here. *These sessions will be recorded.*

2. **Insight Forum** (13 Sep, remote) – ▮▮▮▮▮ will share learnings from a recent joint project with WFA, looking at how CMI teams can drive customer centricity, and business success within their organisations. ▮▮ (Coca-Cola) will share how a Coca-Cola reorg centralised and standardised Marketing Insights protocols for consistency across the globe. The agenda is here and you can register here. *This session will not be recorded.*

3. **Spotlight: Consumer insights through a diversity and inclusion lens** (29 Sep, remote) - Rich, unbiased audience data and insights will allow marketing teams to identify the right brand strategies that include, rather than exclude, minority or unrepresented groups, thus expanding their audience base. Join this session on the benefits and principles of incorporating inclusive principles into research projects, hosted in partnership with ESOMAR. You can register here. *This session will be recorded.*

Confidential—Not For Public Release                HJC-WFA-GARM-000051213

4. **Spotlight: How do you translate happiness into brand success?** (5 Oct, remote) - Current and future events, like the global pandemic and ongoing unrest in Ukraine, may change how consumers define happiness. Brands need to keep track of what makes consumers happy and how they can adhere to and implement the values and initiatives that spark this sentiment. A discussion with Danone, Colgate-Palmolive, Mondelēz, and buzzback reveals what makes consumers happy and how brands can meet their needs. You can register here. *This session will be recorded.*

5. **Insight Forum** (8 Nov, Amsterdam) - Members of WFA's Marketing, Insight, Media, and Sourcing Forums will come together and connect with their peers, as well as colleagues outside of their discipline, tackling the common goal of **better marketing effectiveness**. WFA Forum Connect offers the best of both worlds: the inspiration and networking of a world-leading brand-owner conference, alongside world-class knowledge exchange. Insight Forum participants will hear case studies from Philips, Heineken, and Mars. The agenda is here. and you can register here. *This session will not be recorded.*

Please don't hesitate to get in touch, should you have any questions. Looking forward to welcoming you to our upcoming events!

Have a lovely day,



**WFA - World Federation of Advertisers**
Brussels • London • New York • Singapore

*WFA values and encourages flexible working patterns, with teams working across multiple time zones.*
*Although I have sent this at a time that is convenient for me, it is not my expectation that you read,*
*respond or follow up on this email outside your hours of work.*

Confidential—Not For Public Release                                                     HJC-WFA-GARM-000051214