IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | No. 7:24-cv-00114-K | |
| § | | |
| WORLD FEDERATION OF ADVERTISERS; § | | |
| MARS, INCORPORATED; CVS HEALTH § | | |
| CORPORATION; ØRSTED A/S; AND § | | |
| TWITCH INTERACTIVE, INC., § | | |
| § | | |
| *Defendants*. § | | |

**JOINT MOTION TO EXTEND DEADLINES
AND IMPLEMENT JOINT BRIEFING SCHEDULE**

TO THE HONORABLE ED KINKEADE, UNITED STATES DISTRICT JUDGE:

Plaintiff X Corp. ("X" or "Plaintiff") and Defendants World Federation of Advertisers ("WFA"); Mars, Incorporated ("Mars"); CVS Health Corporation ("CVS"); and Ørsted A/S ("Ørsted") (collectively, the "Defendants," and with Plaintiff, the "Parties") respectfully file this Joint Motion to Extend Deadlines and Implement Joint Briefing Schedule (the "Motion") and urge that it be granted.

On November 18, 2024, Plaintiff filed its Amended Complaint, which, among other things, added Twitch Interactive, Inc. ("Twitch") as a new defendant. By prior order of the Court (Dkt. No. 48), the deadline for Defendants WFA, Mars, CVS, and Ørsted to answer or otherwise respond to Plaintiff's complaint is December 13, 2024. Twitch waived service pursuant to FED. R. CIV. P. 4(d), and its deadline to answer or otherwise respond to the complaint is January 24, 2025. (Twitch has advised the Parties that it is in the process of retaining Texas counsel and that it is in agreement with the Parties' proposed briefing schedule, as set forth below.)

The Defendants intend to file responsive motions and, upon conferring, the Parties seek to implement a joint briefing schedule for Plaintiff and all Defendants. Good cause exists for these extensions. *See* FED. R. CIV. P. 6(b)(1)(A). Given the substantial overlap in the antitrust claims made against the various Defendants, a joint briefing schedule and extended deadlines will facilitate more efficient, streamlined briefing among the Defendants, allow the parties to avoid intensive briefing over the holidays, and promote judicial efficiency. Accordingly, the Parties respectfully request the following extensions to the currently applicable deadlines, incorporating the same time intervals set forth in the Court's prior scheduling order (Dkt. 48):

- January 24, 2025: Defendants' deadline to answer, move, or otherwise respond to the Amended Complaint.

- March 18, 2025: Plaintiffs' deadline to respond to Defendants' responsive motions.

- May 20, 2025: Defendants' deadline to file reply briefs.

This joint briefing schedule will be in the interests of justice and judicial economy and does not prejudice any Party. Accordingly, the Parties respectfully urge that the Court grant this Motion and extend the requested deadlines.

Dated: December 5, 2024

Respectfully submitted,

*/s/ John C. Sullivan*
John C. Sullivan
  Texas Bar No. 24083920
  john.sullivan@the-sl-lawfirm.com
Jace R. Yarbrough
  Texas Bar No. 24110560
  jace.yarbrough@the-sl-lawfirm.com
S|L LAW PLLC
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Phone: (469) 523-1351

Christopher G. Renner (admitted *pro hac vice*)
  D.C. Bar No. 1025699
  cgrenner@dhillonlaw.com
Jonathan M. Shaw (admitted *pro hac vice*)
  Virginia Bar No. 98497
  jshaw@dhillonlaw.com
Andrew K. Mann (admitted *pro hac vice*)
  Virginia Bar No. 77021
  akmann@dhillonlaw.com
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314

Harmeet K. Dhillon (admitted *pro hac vice*)
  California Bar No. 207873
harmeet@dhillonlaw.com
DHILLON LAW GROUP, INC.
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700 (voice and fax)

*Attorneys for Plaintiff X Corp.*

3

>*/s/ George M. Kryder*
> Jason M. Powers
>   Texas Bar No. 24007867
>   jpowers@velaw.com
> VINSON & ELKINS LLP
>  845 Texas Ave., Suite 4700
>  Houston, TX 77002
>  Phone (713) 758-2222
>
> George M. Kryder
>  Texas Bar No. 11742900
>  gkryder@velaw.com
> Avery Westerlund
>   State Bar No. 24125453
>   awesterlund@velaw.com
> VINSON & ELKINS LLP
> 2001 Ross Avenue, Suite 3900
> Dallas, TX  75201-2975
> Phone (214) 220-7700
>
> Stephen Medlock (admitted *pro hac vice*)
>  D.C. Bar No. 995636
>  smedlock@velaw.com
> Adam Hudes (admitted *pro hac vice*)
>  D.C. Bar No. 495188
>  ahudes@velaw.com
> VINSON & ELKINS LLP
> 2200 Pennsylvania Avenue NW
> Suite 500 West
> Washington, DC 20037
> Phone: (202) 639-6578
>
> *Attorneys for Defendant Ørsted A/S*

4

*/s/ Brad R. Timms*
Jonathan Bradley Pitt (admitted *pro hac vice*)
  jpitt@wc.com
Nicholas G. Gamse (admitted *pro hac vice*)
  ngamse@wc.com
Kimberly Broecker (admitted *pro hac vice*)
  kbroecker@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000

Thomas C. Riney
  Texas Bar No. 16935100)
  tom.riney@uw.com
C. Jason Fenton
  Texas Bar No. 24087505)
  jason.fenton@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
500 S. Taylor, Suite 1200
Amarillo, TX 79101
Phone: (806) 379-5613

Brad R. Timms
  Texas Bar No. 24088535
  brad.timms@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
600 Bailey Ave., Suite 200
Fort Worth, TX 76107
Phone: (817) 885-7529

*Attorneys for Defendant CVS Health Corporation*

5

/s/ Ralph H. Duggins
Karen Hoffman Lent (admitted *pro hac vice*)
  karen.lent@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Manhattan West
New York, NY 10001
Phone: (212) 735-3276

Noelle M. Reed
  State Bar No. 24044211
  noelle.reed@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
1000 Louisiana Street, Suite 6800
Houston, TX 77002
Phone: (713) 655-5122

Ralph H. Duggins
  State Bar No. 06183700
  rduggins@canteyhanger.com
Philip Vickers
  State Bar No. 24051699
  pvickers@canteyhanger.com
Kate Hancock
  State Bar No. 24106048
  khancock@canteyhanger.com
CANTEY HANGER LLP
600 West 6th Street, Suite 300
Fort Worth, TX 76102
Phone: (817) 877-2800

*Attorneys for Defendant Mars, Incorporated*

/s/ David C. Miller
David C. Miller
  Texas Bar No. 24110114
  dmiller@bradley.com
William S. Snyder
  Texas Bar No. 00786250
  wsnyder@bradley.com
Samuel T. Acker
  Texas Bar No. 24100111
  sacker@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Ave., Suite 3600
Dallas, TX 75202
Phone: (214) 597-9800
Fax: (214) 939-8787

Charles E. Elder (admitted *pro hac vice*)
  Tennessee Bar No. 038250
  celder@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway, Suite 2400
Nashville, TN  37203
Phone:  (615) 252-3597
Fax: (615) 252-6380

*Attorneys for Defendant World Federation of Advertisers*

7

## CERTIFICATE OF SERVICE

     I certify that on December 5, 2024, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system.

                                            */s/ C. Jason Fenton*
                                            C. Jason Fenton