IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| X CORP., <br><br> *Plaintiff,* <br><br> v. <br><br> WORLD FEDERATION OF ADVERTISERS; MARS, INCORPORATED; CVS HEALTH CORPORATION; ØRSTED A/S; and TWITCH INTERACTIVE, INC., <br><br> *Defendants*. | Civil Action No. 24-cv-00114-B |

**JOINT MOTION TO EXTEND DEADLINES
AND IMPLEMENT JOINT BRIEFING SCHEDULE**

Plaintiff X Corp. ("X" or "Plaintiff") and Defendants World Federation of Advertisers ("WFA"); Mars, Incorporated ("Mars"); CVS Health Corporation ("CVS"); and Ørsted A/S ("Ørsted") (collectively, the "Defendants," and with Plaintiff, the "Parties") respectfully file this Joint Motion to Extend Deadlines and Implement Joint Briefing Schedule (the "Motion") and urge that it be granted.

On August 13, 2024, Plaintiff filed this action alleging antitrust claims under Section 1 of the Sherman Act. *See* Complaint (ECF No. 1). On November 18, 2024, Plaintiff filed its First Amended Complaint. By order of the Court (ECF. No. 65), the deadline for Defendants and Twitch Interactive, Inc. ("Twitch") to answer or otherwise respond to Plaintiff's Complaint was extended to January 24, 2025.

Plaintiff has now informed Defendants of its intention to seek leave to file a Second Amended Complaint, in which it will add multiple additional defendants. The Parties therefore

seek to extend deadlines to allow time for Defendants to evaluate the proposed Second Amended Complaint, and negotiate a joint briefing schedule as applicable, if it is accepted by the Court. (Twitch has advised the Parties that it is in the process of retaining Texas counsel and that it is in agreement with the Parties' proposal, as set forth below.)

Good cause exists for these extensions. *See* Fed. R. Civ. P. 6(b)(1)(A). In light of Plaintiff's intention to seek leave to file a Second Amended Complaint, a joint briefing schedule and extended deadlines will facilitate more efficient, streamlined briefing among the Defendants, and promote judicial efficiency. Accordingly, the Parties respectfully request the following extensions to the currently applicable deadlines, incorporating the same time intervals set forth in the Court's prior scheduling order (ECF No. 65):

1. The deadline for Defendants (including Twitch) to answer or otherwise respond to Plaintiff's Amended Complaint is adjourned until February 14, 2025. Plaintiff's deadline to respond to Defendants' responsive motions is April 8, 2025. Defendants' deadline to file reply briefs is June 10, 2025.

2. By no later than January 20, 2025, Plaintiff will share with the existing Defendants a draft of the proposed Second Amended Complaint.

3. By no later than January 23, 2025, Defendants will advise Plaintiff whether they intend to oppose Plaintiff's anticipated motion for leave to file the proposed Second Amended Complaint.

4. By no later than January 24, 2025, Plaintiff will file a motion for leave to file the Second Amended Complaint.

- If the motion is opposed, Defendants will file their response to Plaintiff's motion for leave to file the Second Amended Complaint by February 14.
- If the motion is unopposed, Defendants will have no obligation to respond to the Amended Complaint and will instead respond to the Second Amended Complaint in accordance with the following paragraphs.

2

5.      If the Court grants Plaintiff leave to file the Second Amended Complaint, within 21 days, the parties—including any newly added defendants that have been served or have agreed to waive service—will confer and submit to the Court a proposed consolidated schedule for moving to dismiss or otherwise responding to the Second Amended Complaint. The Parties will use their reasonable best efforts to agree on a coordinated response deadline for all defendants.

6.      Plaintiff will not seek further leave to amend the Second Amended Complaint to name additional defendants unless and until defendants' anticipated motions to dismiss are denied such that they are required to file answers to the operative complaint, as may be necessary, and the Court enters a Scheduling Order.

This joint briefing schedule will be in the interests of justice and judicial economy and does not prejudice any Party. Accordingly, the Parties respectfully urge that the Court grant this Joint Motion and extend the requested deadlines.

Dated: January 10, 2025

Respectfully submitted,

*/s/ John C. Sullivan*

John C. Sullivan
  Texas Bar No. 24083920
  john.sullivan@the-sl-lawfirm.com
Jace R. Yarbrough
  Texas Bar No. 24110560
  jace.yarbrough@the-sl-lawfirm.com
S|L LAW PLLC
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Phone: (469) 523-1351

Christopher G. Renner (admitted *pro hac vice*)
  D.C. Bar No. 1025699
  cgrenner@dhillonlaw.com
Jonathan M. Shaw (admitted *pro hac vice*)
  Virginia Bar No. 98497
  jshaw@dhillonlaw.com
Andrew K. Mann (admitted *pro hac vice*)
  Virginia Bar No. 77021
  akmann@dhillonlaw.com
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314

*Attorneys for Plaintiff X Corp.*

*/s/ George M. Kryder*
Jason M. Powers
  Texas Bar No. 24007867
  jpowers@velaw.com
VINSON & ELKINS LLP
845 Texas Ave., Suite 4700
Houston, TX 77002
Phone (713) 758-2222

George M. Kryder
  Texas Bar No. 11742900
  gkryder@velaw.com
Avery Westerlund
  State Bar No. 24125453
  awesterlund@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, TX 75201-2975
Phone (214) 220-7700

Stephen Medlock (admitted *pro hac vice*)
  D.C. Bar No. 995636
  smedlock@velaw.com
Adam Hudes (admitted *pro hac vice*)
  D.C. Bar No. 495188
  ahudes@velaw.com
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Phone: (202) 639-6578

*Attorneys for Defendant Ørsted A/S*

*/s/ C. Jason Fenton*
Jonathan Bradley Pitt (admitted *pro hac vice*)
  jpitt@wc.com
Nicholas G. Gamse (admitted *pro hac vice*)
  ngamse@wc.com
Kimberly Broecker (admitted *pro hac vice*)
  kbroecker@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000

Thomas C. Riney
  Texas Bar No. 16935100)
  tom.riney@uw.com
C. Jason Fenton
  Texas Bar No. 24087505)
  jason.fenton@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
500 S. Taylor, Suite 1200
Amarillo, TX 79101
Phone: (806) 379-5613

Brad R. Timms
  Texas Bar No. 24088535
  brad.timms@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
600 Bailey Ave., Suite 200
Fort Worth, TX 76107
Phone: (817) 885-7529

*Attorneys for Defendant CVS Health Corporation*

6

        */s/ Ralph H. Duggins*
Karen Hoffman Lent (admitted *pro hac vice*)
  karen.lent@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Manhattan West
New York, NY 10001
Phone: (212) 735-3276

Noelle M. Reed
  State Bar No. 24044211
  noelle.reed@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
1000 Louisiana Street, Suite 6800
Houston, TX 77002
Phone: (713) 655-5122

Ralph H. Duggins
  State Bar No. 06183700
  rduggins@canteyhanger.com
Philip Vickers
  State Bar No. 24051699
  pvickers@canteyhanger.com
Kate Hancock
  State Bar No. 24106048
  khancock@canteyhanger.com
CANTEY HANGER LLP
600 West 6th Street, Suite 300
Fort Worth, TX 76102
Phone: (817) 877-2800

*Attorneys for Defendant Mars, Incorporated*

*/s/ David C. Miller*
David C. Miller
  Texas Bar No. 24110114
  dmiller@bradley.com
William S. Snyder
  Texas Bar No. 00786250
  wsnyder@bradley.com
Samuel T. Acker
  Texas Bar No. 24100111
  sacker@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Ave., Suite 3600
Dallas, TX 75202
Phone: (214) 597-9800
Fax: (214) 939-8787

Charles E. Elder (admitted *pro hac vice*)
  Tennessee Bar No. 038250
  celder@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway, Suite 2400
Nashville, TN 37203
Phone: (615) 252-3597
Fax: (615) 252-6380

*Attorneys for Defendant World Federation of Advertisers*

## **CERTIFICATE OF SERVICE**

      I certify that on January 10, 2025, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system.

                                        */s/ C. Jason Fenton*