IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No.  24-cv-00114-B |
| WORLD FEDERATION OF | § | |
| ADVERTISERS; MARS, | § | |
| INCORPORATED; CVS HEALTH | § | |
| CORPORATION; ØRSTED A/S; and | § | |
| TWITCH INTERACTIVE, INC. | § | |
| | § | |
| Defendants. | § | |

## **NOTICE OF APPEARANCE**

Please take notice that Jason M. Powers is appearing in this matter as an attorney for Defendant Ørsted A/S.  Mr. Powers is admitted to the Bar of the Northern District of Texas.  Mr. Kryder remains the attorney-in-charge for Defendant Ørsted A/S.

Pursuant to the Federal Rules of Civil Procedure, Mr. Powers is authorized to receive and hereby requests service of all pleadings, discovery, communications, notices, orders, and other papers filed or served in this matter, including all CM/ECF notifications. All CM/ECF notifications should be directed to the following email address:  jpowers@velaw.com.

                              Respectfully submitted,

Dated: January 10, 2025                */s/ Jason M. Powers*
                              Jason M. Powers
                              State Bar No. 24007867
                              jpowers@velaw.com
                              VINSON & ELKINS L.L.P.
                              845 Texas Avenue, Suite 4700
                              Houston, Texas 77002
                              (713) 758-2222 *Telephone*
                              (713) 758-2346 *Facsimile*

                              George Kryder
                              State Bar No. 11742900
                              gkryder@velaw.com
                              Avery Westerlund
                              State Bar No. 24125453
                              awesterlund@velaw.com
                              VINSON & ELKINS L.L.P.
                              2001 Ross Avenue
                              Dallas, TX  75201
                              (214) 220-7700 *Telephone*
                              (214) 220-7716 *Facsimile*

                              Adam Hudes (admitted *pro hac vice*)
                              D.C. State Bar No. 495188
                              ahudes@velaw.com
                              Stephen Medlock (admitted *pro hac vice*)
                              D.C. State Bar No. 995636
                              smedlock@velaw.com
                              VINSON & ELKINS L.L.P.
                              2200 Pennsylvania Avenue NW
                              Suite 500 West
                              Washington, DC 20037
                              (202) 639-6500 *Telephone*
                              (202) 639-6604 *Facsimile*

                              ***Attorneys for Defendant Ørsted A/S***

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 10, 2025, the foregoing Notice of Appearance was served on all counsel of record via the Court's electronic filing system.

*/s/ Jason M. Powers*
Jason M. Powers
