IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| X CORP., )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>WORLD FEDERATION OF )<br>ADVERTISERS; MARS, )<br>INCORPORATED; CVS HEALTH )<br>CORPORATION; ØRSTED A/S; and )<br>TWITCH INTERACTIVE, INC., )<br>)<br>*Defendants*. )<br>)<br>)<br>)<br>)<br>) | Civil Action No. 24-cv-00114-B |

**ORDER GRANTING MOTION TO EXTEND DEADLINES
AND IMPLEMENT JOINT BRIEFING SCHEDULE**

The Court, having considered the Plaintiff's Motion to Extend Deadlines and Implement Joint Briefing Schedule, hereby rules and orders as follows:

1. The deadline for all Defendants to answer or otherwise respond to the First Amended Complaint is extended by 7 days until February 21, 2025. Plaintiff's deadline to oppose Defendants' responsive motions is April 15, 2025. Defendants' deadline to file reply briefs is June 17, 2025.

2. By no later than January 20, 2025, Plaintiff will share with the existing Defendants a draft of the proposed Second Amended Complaint.

3. By no later than January 27, 2025, Defendants will advise Plaintiff whether they intend to oppose Plaintiff's anticipated motion for leave to file the Second Amended Complaint.

4. By no later than January 31, 2025, Plaintiff will file a motion for leave to file the Second Amended Complaint.

    - If the motion is opposed, Defendants will file their response to Plaintiff's motion for leave to file the Second Amended Complaint by February 21, 2025.

    - If the motion is unopposed, Defendants will have no obligation to respond to the First Amended Complaint and will instead respond to the Second Amended Complaint in accordance with the following paragraphs.

5. If Plaintiff receives leave to file the Second Amended Complaint, within 21 days of such receipt, the parties—including any newly added defendants that have been served or have agreed to waive service—will confer and submit to the Court a proposed schedule for moving to dismiss or otherwise responding to the Second Amended Complaint. The Parties will use their reasonable best efforts to agree on a coordinated response deadline for all Defendants.

6. Plaintiff will not seek further leave to amend the Complaint to name additional defendants unless and until Defendants are required to file answers to the operative complaint, as may be necessary, and the Court enters a Scheduling Order.

IT IS SO ORDERED.

Dated: _____    By: _____
                                           Hon. Jane J. Boyle
                                           United States District Judge