## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHEN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | |
| | ) | |
| WORLD FEDERATION OF | ) | |
| ADVERTISERS; MARS, | ) | Case No. 7:24-cv-00114-B |
| INCORPORATED; CVS HEALTH | ) | |
| CORPORATION; ØRSTED A/S; and | ) | |
| TWITCH INTERACTIVE, INC., | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR
## LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff X Corp. ("X" or "Plaintiff") respectfully files this unopposed Motion for Leave to File Second Amended Complaint (the "Motion") and urges that it be granted.

In accordance with the schedule set forth in this Court's January 17, 2025, Order: (a) on January 20, 2025 Plaintiff shared with the existing Defendants a draft Second Amended Complaint; (b) on January 27, 2025, the existing Defendants informed Plaintiff that they do not oppose this motion for leave to amend; and (c) Plaintiff now hereby moves for leave to file the Second Amended Complaint in this action in the form appended hereto as Exhibit A. Counsel apologize for the slight delay in filing this motion. It did, however, allow Plaintiff to finalize agreements with several potential Defendants not named in this suit.

Under Federal Rule of Civil Procedure 15(a)(2), a party may amend a pleading with the opposing party's consent or the court's leave.  Here, the opposing parties do not object to the motion for leave to amend and, per Rule 15, "[t]he court should freely give leave when justice so requires."  Where, as here, the motion for leave to amend comes before the filing of any responsive

pleadings or motions and before discovery has begun and merely adds additional defendants and factual details, leave is appropriately granted.

Accordingly, Plaintiff respectfully requests that this Court grant it leave to file the Second Amended Complaint.

February 1, 2025                              Respectfully submitted.

                                              */s/ John C. Sullivan*
                                              John C. Sullivan
                                                Texas Bar No. 24083920
                                                john.sullivan@the-sl-lawfirm.com
                                              Jace R. Yarbrough
                                                Texas Bar No. 24110560
                                                jace.yarbrough@the-sl-lawfirm.com
                                              S|L LAW PLLC
                                              610 Uptown Boulevard, Suite 2000
                                              Cedar Hill, TX 75104
                                              Phone: (469) 523-1351

                                              Christopher G. Renner (admitted *pro hac vice*)
                                                D.C. Bar No. 1025699
                                                cgrenner@dhillonlaw.com
                                              Jonathan M. Shaw (admitted *pro hac vice*)
                                                Virginia Bar No. 98497
                                                jshaw@dhillonlaw.com
                                              Andrew K. Mann (admitted *pro hac vice*)
                                                Virginia Bar No. 77021
                                                akmann@dhillonlaw.com
                                              DHILLON LAW GROUP, INC.
                                              2121 Eisenhower Avenue, Suite 608
                                              Alexandria, VA 22314

                                              *Attorneys for Plaintiff X Corp.*

## **CERTIFICATE OF SERVICE**

I certify that on February 1, 2025, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system.

*/s/ John C. Sullivan*

*Attorney for Plaintiff X Corp.*

## **CERTIFICATE OF CONFERENCE**

I certify that counsel for Plaintiff has conferred with counsel for Defendants and Defendants are not opposed to this motion.

*/s/ John C. Sullivan*

*Attorney for Plaintiff X Corp.*