# Exhibit C

Message

**From:** Ben Jankowski [@modernmediasolutions.org]
**Sent:** 23/02/2022 10:50:59 PM
**To:** Rob Rakowitz [⬛@wfanet.org]; Joe Barone [⬛@groupm.com]
**Subject:** Re: GARM / Spotify: 2022 Kickoff & Audio Sync Materials

his man needs a smack.

Ben Jankowski
Founder and CEO
Modern Media Solutions

⬛@modernmediasolutions.org
⬛



---

**From:** Rob Rakowitz <⬛@wfanet.org>
**Sent:** Wednesday, February 23, 2022 5:48 PM
**To:** Joe Barone <⬛@groupm.com>; Ben Jankowski <⬛@modernmediasolutions.org>
**Subject:** Fwd: GARM / Spotify: 2022 Kickoff & Audio Sync Materials

Throttled

Rob Rakowitz
Initiative Lead - Global Alliance for Responsible Media
World Federation of Advertisers

⬛@wfanet.org

---

**From:** Rob Rakowitz <⬛@wfanet.org>
**Sent:** Wednesday, February 23, 2022 5:47:26 PM
**To:** ⬛@spotify.com>; ⬛@spotify.com>
**Cc:** ⬛@wfanet.org>; ⬛@spotify.com>
**Subject:** Re: GARM / Spotify: 2022 Kickoff & Audio Sync Materials

Hi ⬛ -

Im sorry but this isn't working.

We are gravely concerned about the lack of fundamental policies and decision making at your platform.

Appendix 39

Confidential—Not For Public Release                                        HJC-WFA-GARM-000017651

This is a statement backed by the Steer Team - which you will recall functions as a board of directors and brings together P&G, Unilever, Mars, Diageo, 4As, GroupM, ISBA, ANA

I'm a little disappointed by the lack of seriousness this meeting is being handled with - we've held back on press commentary on this incident out of deference.

I'd really like to understand the hold up in securing a root to top with a holistic team covering trust and safety, revenue, etc.

If we're unable to connect and discuss the issues we'll only be able to comment with what we're able to glean.

Thanks

Rob Rakowitz
Initiative Lead - Global Alliance for Responsible Media
World Federation of Advertisers

@wfanet.org

**From:** @spotify.com>
**Sent:** Wednesday, February 23, 2022 5:39:28 PM
**To:** Rob Rakowitz @wfanet.org>; @spotify.com>
**Cc:** @wfanet.org>; @spotify.com>
**Subject:** Re: GARM / Spotify: 2022 Kickoff & Audio Sync Materials

Thanks Rob. Since we will have our Trust and Safety team joining, we were hoping to keep this meeting between Spotify/GARM to talk through all of the questions and dive a bit deeper. However, we are happy to set up a separate call with the Steering Committee following this one. We will most likely have a few additional Spotifiiers attend the one with the Committee.

I am out of the office tomorrow and Friday, so looping in  to help lock this in.

On Wed, Feb 23, 2022 at 3:02 PM Rob Rakowitz @wfanet.org> wrote:
> Hi -
>
> Thanks
>
> Let's get in 45m at a minimum - there's a bit to discuss.
> Can you send the invite and we'll circulate to the Steer Team?
>
> Thanks
>
> Rob Rakowitz
> Initiative Lead - Global Alliance for Responsible Media
> World Federation of Advertisers
>
> @wfanet.org

**From:** @spotify.com>
**Sent:** Wednesday, February 23, 2022 9:13:33 AM
**To:** Rob Rakowitz @wfanet.org>; @wfanet.org>

Confidential—Not For Public Release                                HJC-WFA-GARM-000017652

Cc: ███████████@spotify.com>
Subject: Re: GARM / Spotify: 2022 Kickoff & Audio Sync Materials

Hi Rob & ███,

Our team has availability **Friday, March 4th from 11:30 AM - 12 PM EST** if that works on your end? Please let us know who is planning to attend from the GARM side when you get a chance, and if you can send over any questions to help direct the conversation.

Looking forward to getting this scheduled and catching up with you all.

> On Tue, Feb 22, 2022 at 12:36 PM ███████████████@spotify.com> wrote:
> Checking right now, we have some west coasters so will follow back up with you shortly. In the meantime, can you specify who will be attending from your side?
>
> On Tue, Feb 22, 2022 at 12:31 PM Rob Rakowitz ███████@wfanet.org> wrote:
>> Do you have any availability earlier? These won't work for Europe based partners
>>
>> Rob Rakowitz
>> Initiative Lead - Global Alliance for Responsible Media
>> World Federation of Advertisers
>>
>> ███████████████@wfanet.org
>> _____
>> From: ███████████████@spotify.com>
>> Sent: Tuesday, February 22, 2022 12:30:37 PM
>> To: Rob Rakowitz ███████@wfanet.org>
>> Cc: ███████████@spotify.com>
>> Subject: Re: GARM / Spotify: 2022 Kickoff & Audio Sync Materials
>>
>> Quick follow-up! That first time slot no longer works, however, the rest are still available (see updated below).
>>
>> **Monday, February 28th**
>> 4 PM - 4:30 PM
>>
>> **Tuesday, March 1st**
>> 2:30 PM - 3:30 PM
>>
>> On Tue, Feb 22, 2022 at 10:17 AM ███████████████@spotify.com> wrote:
>>> Hi Rob,
>>>
>>> Hope you had a nice (long?) weekend!
>>>
>>> See below for availability for our team. Let me know what works best for you and I can send a calendar out. I will make sure we include the right folks from our side.
>>>
>>> **Monday, February 28th**
>>> 3 PM - 3:30 PM
>>> 4 PM - 4:30 PM

Appendix 41

**Tuesday, March 1st**
2:30 PM - 3:30 PM

On Fri, Feb 18, 2022 at 3:22 PM ███████████ @spotify.com> wrote:
Thanks Rob. Working on wrangling schedules and will circle back ASAP with some availability.

> On Feb 17, 2022, at 10:46 PM, Rob Rakowitz ███████ @wfanet.org> wrote:
>
> Hi –
>
> Lets push to Mon 28.
> Can you please provide some times that work for you.
>
> Thanks
>
> **Rob Rakowitz**
> Initiative Lead - Global Alliance for Responsible Media
>
> **WFA - World Federation of Advertisers**
> Brussels • London • New York • Singapore
>
> *WFA values and encourages flexible working patterns, with teams working across multiple time zones. Although I have sent this at a time that is convenient for me, it is not my expectation that you read, respond or follow up on this email outside your hours of work.*
>
> **From:** ███████████ @spotify.com>
> **Date:** Thursday, February 17, 2022 at 18:47
> **To:** ███████ @spotify.com>
> **Cc:** Rob Rakowitz ███████ @wfanet.org>
> **Subject:** Re: GARM / Spotify: 2022 Kickoff & Audio Sync Materials
>
> Hi Rob,
>
> Just following up on Julie's note. Let us know the best next steps and if you have any availability next week.
>
> On Wed, Feb 16, 2022 at 5:48 PM ███████████ @spotify.com> wrote:
>> They can't make that time on Friday. But, if you send questions before - we can get T&S to weigh in if Friday is still best for you.
>>
>> Can we also have a list of everyone that will be joining the call? (Our T&S friends want to make sure that we are having a 1:1 with GARM; they are not able to engage with all of our partners directly right now given time constraints.)

Appendix 42

Confidential—Not For Public Release                                              HJC-WFA-GARM-000017654

This is a priority and the time change is a suggestion to enable getting you time with the T&S team.

Best,

On Wed, Feb 16, 2022 at 5:41 PM Rob Rakowitz <@wfanet.org> wrote:

Hey –

I was just about to send a note / invite for Fri @ 11a
Are the T&S folks join that call?

Please let me know.

Thanks

**Rob Rakowitz**
Initiative Lead - Global Alliance for Responsible Media

**WFA - World Federation of Advertisers**
Brussels • London • New York • Singapore

*WFA values and encourages flexible working patterns, with teams working across multiple time zones. Although I have sent this at a time that is convenient for me, it is not my expectation that you read, respond or follow up on this email outside your hours of work.*

---

**From:** <@spotify.com>
**Date:** Wednesday, February 16, 2022 at 17:39
**To:** Rob Rakowitz <@wfanet.org>
**Cc:** <@spotify.com>
**Subject:** Re: GARM / Spotify: 2022 Kickoff & Audio Sync Materials

Hi Rob,

Quick follow up. Would next Tuesday or Wednesday work for this call? We would love to include someone from Trust & Safety if schedules permit.

Appendix 43

Confidential—Not For Public Release                    HJC-WFA-GARM-000017655

On Feb 16, 2022, at 9:52 AM, ███████ @spotify.com> wrote:

Hi Rob,

Following up to see if that time works for you to connect? Also, keep us posted on the questions that you were compiling so we can review them prior to the meeting.

On Thu, Feb 10, 2022 at 1:59 PM ███████ @spotify.com> wrote:

> Hi Rob,
>
> Thanks for the update. Looks like **2/18 at 11 AM EST** works best for the Spotify team. Does that work on your end?
>
> We will look out for the questions you are preparing so we can maximize our time next week.
>
> On Thu, Feb 10, 2022 at 7:29 AM Rob Rakowitz ███████ @wfanet.org> wrote:
>
>> Hi Team Spotify –
>>
>> Thanks for the meeting on Monday and thank you for sharing the mapping of how the GARM Harmful Content Categories map to Spotify policies.
>>
>> Joe and I debriefed the Steer Team on our conversations on Tuesday, and we'd like to meet with you all again ahead of the Community Call this month (by 24 Feb).
>> The Steer Team still have some outstanding questions on content oversight as it affects monetization. This is particular to areas like hate speech and misinformation.
>> To be transparent, there is a concern around clarity of rules and consistency of enforcement (in moderation) which puts monetization standards (where GARM work resides) at risk. Further to that, there is a desire to understand how oversight and fairness in enforcement will be drive with notable personalities.
>>
>> We will acknowledge that Spotify isn't the first platform to wrestle with these issues, but we'd like to understand the mechanisms being developed to address these challenges – especially given distribution fees and more controlled content-level monetization.

Ahead of the session we'd like to explore with you a series of questions that we are compiling which we will send you well in advance of the meeting.

Can you please suggest times that can work ideally for late next week?

Thanks


**Rob Rakowitz**
Initiative Lead - Global Alliance for Responsible Media

<u>**WFA - World Federation of Advertisers**</u>
Brussels • London • New York • Singapore

*WFA values and encourages flexible working patterns, with teams working across multiple time zones.*
*Although I have sent this at a time that is convenient for me, it is not my expectation that you read,*
*respond or follow up on this email outside your hours of work.*



**From:** ███████████████ @spotify.com>
**Date:** Monday, February 7, 2022 at 16:00
**To:** Joe Barone ███████ @groupm.com>, Rob Rakowitz ███████ @wfanet.org>
**Cc:** ███████ < ███████ @spotify.com>, ███████ ███████ @spotify.com>, ███████ @spotify.com>, ███████ @spotify.com>, ███████ @spotify.com>, ███████ @spotify.com>
**Subject:** GARM / Spotify: 2022 Kickoff & Audio Sync Materials

Hi all,

Thanks for your time earlier! We appreciated all of your questions and feedback. As shared, you can find our high level policies against GARM categories attached to this email. In addition, I'd like to share the following resources:

- Our Spotify Parental Guide
- Our Terms of Use (Referenced in the Attached)
- Our Recently Published Platform Rules

As discussed, we will work on compiling our glide path for measurement and agree that perfection should not stand in the way of progress as we move forward. We hope we can continue to utilize GARM as a trusted advisor as we tackle brand safety and suitability. Please don't hesitate to reach out with any questions and we will speak with you, Joe, on Friday!

Best,

Confidential—Not For Public Release                         HJC-WFA-GARM-000017657



Appendix 46

Confidential—Not For Public Release









Appendix 47

Confidential—Not For Public Release

HJC-WFA-GARM-000017659