Exhibit E

Message

| | |
|---|---|
| From: | ███████ |
| Sent: | 17/02/2023 8:34:51 AM |
| To: | Rob Rakowitz ███████@wfanet.org]; ███████@wfanet.org] |
| Subject: | RE: email EXCO speakers GMW |

Amazing Rob – great news on GroupM and 5Rights and thank you for sending those out.

Here's a go at a blurb. I know Stephan likes to keep them very short but that's also what I struggle with the most!!
Let me know your thoughts and maybe we can aim to send out to Stephan later today?

Thanks,
███

Navigating the TikTok trend: opportunities and risks for brands
*TikTok has grown exponentially over the last two years in users and revenue, with advertising spend increasing by around 50% year on year. However, the platform has also been at the core of concerns spanning privacy, user safety and ownership. This session will seek to go beyond the headlines and speak to expert researchers and industry representatives from 5Rights, GroupM and AlgoTransparency to uncover the opportunities and risks of advertising on TikTok and shape a balanced understanding of the platform.*

*WFA will then break down the main issues relevant for advertisers, outline responsibilities and put forward an action plan with key asks for TikTok and social media platforms more broadly.*


**From:** Rob Rakowitz ███████@wfanet.org>
**Sent:** 14 February 2023 17:58
**To:** ███████@wfanet.org>; ███████@wfanet.org>
**Subject:** Re: email EXCO speakers GMW

All messages are out…

1. GroupM: a likely YES
2. 5 Rights: speaking to them tomorrow on GARM in general – will raise
3. Algotransparency: Awaiting response

Steer Team have gone from freaked the f out last week to comfortable with the topic today, FYI

**Rob Rakowitz**
Initiative Lead - Global Alliance for Responsible Media

**WFA - World Federation of Advertisers**
Brussels • London • New York • Singapore
███████

*WFA values and encourages flexible working patterns, with teams working across multiple time zones. Although I have sent this at a time that is convenient for me, it is not my expectation that you read, respond or follow up on this email outside your hours of work.*

Appendix 99

Confidential—Not For Public Release                                    HJC-WFA-GARM-000030996

**From:** ▓▓▓@wfanet.org>
**Date:** Thursday, February 9, 2023 at 11:46
**To:** Rob Rakowitz ▓▓▓@wfanet.org>, ▓▓▓@wfanet.org>
**Subject:** RE: email EXCO speakers GMW

I'm happy with all these changes thank you Rob think it's all great

Rob do you want to reach out to your connection at 5rights ?

▓▓▓ of AlgoTransparency (ex Google software engineer) LinkedIn profile can be found here: ▓▓▓
I can't find an email address for him but found a generic email address we could try: ▓▓▓@algotransparency.org

@Rob Rakowitz I think you'd be the most successful on this

Let me know how I can help!

▓▓▓


**From:** Rob Rakowitz ▓▓▓@wfanet.org>
**Sent:** 09 February 2023 16:53
**To:** ▓▓▓@wfanet.org>, ▓▓▓@wfanet.org>
**Subject:** Re: email EXCO speakers GMW

Hi both –

This is good – I did some tweaking on the edges to help contextualize who we are and what we are doing…
I'd like to point out that nowhere in this email is the 'you may recognize my name from being the idiot who challenged Musk on brand safety issues. Since then they are 80% below revenue forecasts 😁'

---

Hi ,

I'm reaching out on behalf of WFA – the World Federation of Advertisers, which is the only global trade organisation representing the interests of client-side marketers (140+ of the world's largest brands). We're currently planning our Global Marketer Week conference, *the* annual global summit for brand marketers. This annual event brings together hundreds of senior marketers for a week of industry thought leadership, provocation, and best practice sharing. This year, our conference will be taking place in **Istanbul, on the 25, 26 and 27th of April**.

As part of this summit, we'll also be hosting our quarterly Executive Committee meeting, our executive leadership team made up of Chief Marketing Officers from across a selection of our corporate members.

For this meeting, we want to invite three speakers to take part in a panel discussion to dimensionalize the risks and opportunities of TikTok for marketers. As we know TikTok has grown exponentially in the last two years in users and revenue, and is the focus of some concerns that span privacy, user safety, and ownership. We would like to move beyond headlines and conjecture and speak to expert researchers who can speak to the technical aspects of the platform, the user base and endemic platform issues, and its business utility as a means of building media reach and commerce opportunities. Ultimately, we want this expert input to help shape a balanced and fair understanding of TikTok are more broadly.

Ideally, we'd like to cover the following elements:

Confidential—Not For Public Release                HJC-WFA-GARM-000030997

1) How does the TikTok algorithm work and how does it differ from other social media platforms?
2) What are the societal harms linked to TikTok, and particularly when it comes to children?
3) How effective is marketing on the platform, taking into account the continued increase in ad spend over the past months (i.e. ROI)
4) What are the reputation risks of engaging on tiktok for brands, such as privacy implications or the monetisation of harmful content?

Given your expertise, we **would be delighted to have you participate in this panel discussion**, to cover off ==point 1/2/3==. If this would be of interest, would you be free for a call to discuss in further detail in the coming days?


**Rob Rakowitz**
Initiative Lead - Global Alliance for Responsible Media

**WFA - World Federation of Advertisers**
Brussels • London • New York • Singapore

*WFA values and encourages flexible working patterns, with teams working across multiple time zones. Although I have sent this at a time that is convenient for me, it is not my expectation that you read, respond or follow up on this email outside your hours of work.*


**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮@wfanet.org>
**Date:** Thursday, February 9, 2023 at 08:06
**To:** ▮▮▮▮▮▮▮▮▮▮@wfanet.org>, Rob Rakowitz ▮▮▮▮▮@wfanet.org>
**Subject:** RE: email EXCO speakers GMW

Hi ▮▮▮▮ – thanks and yes I think that makes sense! Brand implications/reputational risks linked to privacy and harmful content should be included. I can add that as a fourth point

See new version and @Rob Rakowitz let us know what you think!

Subject: Invitation to participate at global marketing event

Hi ,

I'm reaching out on behalf of WFA – the only global organisation representing the interests of client-side marketers (140+ of the world's largest brands). We're currently planning our Global Marketer Week conference, *the* global event for brand marketers, bringing together hundreds of senior marketers for a week of industry thought leadership. This year, our conference will be taking place in **Istanbul, on the 25, 26 and 27th of April.**

As part of this conference, we'll also be hosting our quarterly Executive Committee meeting, our leadership team made up of Chief Marketing Officers from across a selection of our corporate members.

For this meeting, we want to invite three speakers to take part in a panel discussion to uncover the risks and opportunities of TikTok for marketers. Ultimately, we want to provide our leadership team with a balanced and fair understanding of how the social media platform works, how efficient and effective it really is from a marketing perspective, and what the societal implications of TikTok are more broadly.

Ideally, we'd like to cover the following elements:

1) How does the TikTok algorithm work and how does it differ from other social media platforms?

Confidential—Not For Public Release                               HJC-WFA-GARM-000030998

2) What are the societal harms linked to TikTok, and particularly when it comes to children?
3) How effective is marketing on the platform, taking into account the continued increase in ad spend over the past months (i.e. ROI)
4) What are the reputation risks of engaging on tiktok for brands, such as privacy implications or the monetisation of harmful content?

Given your expertise, we **would be delighted to have you participate in this panel discussion**, to cover off point 1/2/3.
If this would be of interest, would you be free for a call to discuss in further detail in the coming days?


**From:** [redacted]@wfanet.org>
**Sent:** 09 February 2023 11:44
**To:** [redacted]@wfanet.org>; Rob Rakowitz [redacted]@wfanet.org>
**Subject:** RE: email EXCO speakers GMW

Hi [redacted]

Brilliant. I think it's really good, thanks for drafting!!

I wouldn't talk about consumers in the context of societal harm – let's just say children. Rephrased below!

Do we need a question around brand implications / reputational risks of engaging on TikTok, considering broader issues (privacy, data transfers, harmful content…)? Or are we broadening up this discussion too much then. Up to you

Again, big thanks!

[redacted]


**From:** [redacted]@wfanet.org>
**Sent:** 09 February 2023 09:30
**To:** [redacted]@wfanet.org>; Rob Rakowitz [redacted]@wfanet.org>
**Subject:** email EXCO speakers GMW

Hi both,

As discussed yesterday please find a draft email for panelists.
Let me know what you think! I tried to keep it as short and succinct as possible but it's still quite long…


Subject: Invitation to participate at global marketing event

Hi ,

I'm reaching out on behalf of WFA – the only global organisation representing the interests of client-side marketers (140+ of the world's largest brands). We're currently planning our Global Marketer Week conference, *the* global event for brand marketers, bringing together hundreds of senior marketers for a week of industry thought leadership. This year, our conference will be taking place in **Istanbul, on the 25, 26 and 27th of April**.

As part of this conference, we'll also be hosting our quarterly Executive Committee meeting, our leadership team made up of Chief Marketing Officers from across a selection of our corporate members.

For this meeting, we want to invite three speakers to take part in a panel discussion to uncover the risks and opportunities of TikTok for marketers. Ultimately, we want to provide our leadership team with a balanced and fair understanding of how the social media platform works, how efficient and effective it really is from a marketing perspective, and what the societal implications of TikTok are more broadly.

Confidential—Not For Public Release                                     HJC-WFA-GARM-000030999

Ideally, we'd like to cover the following elements:

1) How does the TikTok algorithm work and how does it differ from other social media platforms?
2) What are the societal harms linked to TikTok, and particularly when it comes to children? a focus on children and vulnerable consumers?
3) How effective is marketing on the platform, taking into account the continued increase in ad spend over the past months (i.e. ROI)

Given your expertise, we **would be delighted to have you participate in this panel discussion**, to cover off point 1/2/3.

If this would be of interest, would you be free for a call to discuss in further detail in the coming days?

**WFA - World Federation of Advertisers**
Brussels • London • New York • Singapore




*WFA values and encourages flexible working patterns, with teams working across multiple time zones. Although I have sent this at a time that is convenient for me, it is not my expectation that you read, respond or follow up on this email outside your hours of work.*

Appendix 103