**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| X CORP., | ) |
| *Plaintiff,* | ) |
| v. | ) |
| WORLD FEDERATION OF ADVERTISERS; MARS, INCORPORATED; CVS HEALTH CORPORATION; ØRSTED A/S; and TWITCH INTERACTIVE, INC., | ) Case No. 7:24-cv-00114-B |
| *Defendants.* | ) |

**[PROPOSED] ORDER**

Before the Court is Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint. Having considered the Motion, relevant docket entries, and applicable law,

**IT IS ORDERED** that Plaintiff's Motion is **GRANTED**.

**SO ORDERED** on this _____ day of February, 2025.

_____
HON. JANE J. BOYLE
UNITED STATES DISTRICT JUDGE
FOR THE NORTHERN DISTRICT OF TEXAS