**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **X CORP.,** | § | |
| | § | |
|     **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 7:24-cv-00114-B** |
| | § | |
| **WORLD FEDERATION OF ADVERTISERS;** | § | |
| **MARS, INCORPORATED; CVS HEALTH** | § | |
| **CORPORATION; ORSTED A/S; TWITCH** | § | |
| **INTERACTIVE, INC.; NESTLE S.A.;** | § | |
| **NESTLE USA, INC.; ABBOTT** | § | |
| **LABORATORIES; COLGATE-PALMOLIVE** | § | |
| **COMPANY; LEGO A/S; LEGO BRAND** | § | |
| **RETAIL, INC.; PINTEREST, INC.;** | § | |
| **TYSON FOODS, INC.; SHELL PLC;** | § | |
| **SHELL USA, INC.; and** | § | |
| **SHELL BRANDS INTERNATIONAL AG,** | § | |
| | § | |
|     **Defendants.** | § | |

**NOTICE OF APPEARANCE**

TO THE HONORABLE JUDGE OF THIS COURT:

Please take notice that Brian E. Robison, Michael L. Baum, Paulette C. Miniter, C. Alan Carrillo, and Farwa Zahra of Brown Fox PLLC enter their appearance as counsel for Defendant, Pinterest, Inc. ("Pinterest"), in the above-entitled and numbered case. Pinterest hereby designates Brian E. Robison as lead counsel. The undersigned counsel requests that all filings, notices, correspondence, orders, and other documents relating to this matter be provided to them at the following address:

Brian E. Robison
brian@brownfoxlaw.com
Michael L. Baum
mbaum@brownfoxlaw.com
Paulette C. Miniter
paulette@brownfoxlaw.com

NOTICE OF APPEARANCE                                                                1

C. Alan Carrillo
alan@brownfoxlaw.com
Farwa Zahra
farwa@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Facsimile: (214) 327-5001

RESPECTFULLY SUBMITTED,

BROWN FOX PLLC

By: /s/*Brian E. Robison*
Brian E. Robison
State Bar No. 00794547
brian@brownfoxlaw.com
 Michael L. Baum
State Bar No. 24006815
mbaum@brownfoxlaw.com
Paulette C. Miniter
State Bar No. 24075153
paulette@brownfoxlaw.com
C. Alan Carrillo
State Bar No. 24109693
alan@brownfoxlaw.com
Farwa Zahra
State Bar No. 24134610
farwa@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Facsimile: (214) 327-5001

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic filing system.