# Exhibit F

Message
---

**From:** ▮▮▮▮▮@orsted.com]
**Sent:** 04/05/2023 9:55:21 AM
**To:** Rob Rakowitz [▮▮▮@wfanet.org]; ▮▮▮@wfanet.org]; ▮▮▮@wfanet.org]
**Subject:** RE: GARM community

Hi Rob

Thanks a lot for sharing this helpful info – highly appreciated 😊

I have reached out to you ▮▮▮ for getting the invite to the community calls.

Thanks!



Ørsted

**From:** Rob Rakowitz ▮▮▮@wfanet.org>
**Sent:** 18. april 2023 16:35
**To:** ▮▮▮@orsted.com>; ▮▮▮@wfanet.org>; ▮▮▮@wfanet.org>
**Subject:** Re: GARM community
**Importance:** High

Hi ▮▮▮ –

Thank you for reaching out.

First of all, I would like to clarify that <u>neither GARM, nor WFA</u>, have ever made any recommendation, or proposed any action, in relation to advertiser investments on **T**witter. Media investment decisions are <u>completely within the sphere of each member and subject to their own discretion</u>, as these are decisions that concern competitively sensitive information. As you know, WFA as well as GARM, work under very stringent rules to make sure that competition laws are always respected. WFA may therefore only issue recommendations to members on topics that are not competitively sensitive and even in those cases, such recommendations are still subject to the discretion of individual members.

What might be of help to you is the Acceleration Agenda, which **T**witter is <u>voluntarily</u> pursuing based on discussions with GARM and WFA relating to brand safety. We've also received their updates in each of our Monthly Community Calls. I am not sure if you've attended those?

The overview of the Acceleration Agenda can be found here: https://wfanet.org/knowledge/item/2022/12/19/Twitter-announces-its-acceleration-agenda-with-GARM-to-answer-brand-safety-needs

Based on the latest updates provided by **T**witter, this is the current situation:

| TWITTER ACCELERATION AGENDA | TWITTER PROPOSED STEPS TO RESOLVE |
|---|---|
| Verify **T**witter's capability to uphold the GARM Brand Safety Floor | N/A – IAS and DV metrics are corroborating **T**witter Transparency Reporting at current |
| Regular reporting on the prevalence and reach of harmful content | Academic and auditor input into third-party's practices selected (Sprinklr – and Sprinklr action item) |

Appendix 86

| | |
|---|---|
| Increase the recency and granularity of Twitter's transparency reporting | To be done in 2H 2023 per Twitter |
| Increase advertiser safety and suitability controls for campaigns and post-campaign transparency | Technical systems are in place, GARM stakeholders to suggest input for keyword list program for May |
| Certify brand safety operations and effectiveness via industry-aligned independent auditing bodies | Twitter and MRC to agree a plan for platform given current levels of change |

In any event, you may want to connect with Twitter <u>directly</u> to understand their progress on brand safety and make your own decisions.

Hope this helps.


**Rob Rakowitz**
Initiative Lead - Global Alliance for Responsible Media

**<u>WFA - World Federation of Advertisers</u>**
<u>Brussels</u> • <u>London</u> • New York • Singapore

*WFA values and encourages flexible working patterns, with teams working across multiple time zones. Although I have sent this at a time that is convenient for me, it is not my expectation that you read, respond or follow up on this email outside your hours of work.*


**From:** ███████████████@orsted.com>
**Date:** Friday, April 14, 2023 at 06:57
**To:** ███████████████@wfanet.org>, ███████████████@wfanet.org>, Rob Rakowitz ███████@wfanet.org>
**Subject:** RE: GARM community

Hi again

Can you please advise me on the latest updates regarding Twitter? Or perhaps you have a place where I can read more about your perspective on Twitter as a platform after Elon Musk's acquisition?

Based on your recommendations, we have stopped all paid advertisement, because the platform was rather unsafe due to Elon Musk's decision of firing a lot of ressources etc, and therefore little control over the content on the platform. But its an important platform for us to reach our audience, so we would like to consider going back, we just need to know whether or not the platform is safe,

Thanks!



Ørsted

**From:** ███████████████
**Sent:** 13. marts 2023 15:02
**To:** ███████████████@wfanet.org>; ███████████████@wfanet.org>; Rob Rakowitz

Appendix 87

Confidential—Not For Public Release    HJC-WFA-GARM-000026944

▇▇@wfanet.org>
**Subject:** RE: GARM community

Hi ▇▇

I'll do my best. Since the news about Elon Musk acquiring Twitter, we chose to take off all of our paid advertisement on the platform due to brand safety concerns. This was decided in Q4 2022. Now, some time has passed, and I am curious to know what you would advise us to do. And what are other global advertisers doing – have they come back to the platform, or are they still off?

Hope it makes sense?

Thanks!



**From:** ▇▇@wfanet.org>
**Sent:** 13. marts 2023 14:50
**To:** ▇▇@wfanet.org>; ▇▇@orsted.com>; Rob Rakowitz ▇▇@wfanet.org>
**Subject:** Re: GARM community

Hi ▇▇

I hope you're doing well. Please clarify your question on Twitter and we will help in any way we can.

Best,
▇▇

---

**From:** ▇▇@wfanet.org>
**Sent:** Monday, March 13, 2023 5:26 AM
**To:** ▇▇@orsted.com> ▇▇@wfanet.org>; Rob Rakowitz ▇▇@wfanet.org>
**Subject:** RE: GARM community

Hi ▇▇

Sorry about the delay in this I was off!

Sure just adding in ▇▇ and @Rob Rakowitz who run GARM here. Are you both able to help with the below?

Thanks,

Confidential—Not For Public Release                              HJC-WFA-GARM-000026945

**WFA - World Federation of Advertisers**
Brussels • London • New York • Singapore

*WFA values and encourages flexible working patterns, with teams working across multiple time zones. Although I have sent this at a time that is convenient for me, it is not my expectation that you read, respond or follow up on this email outside your hours of work.*

**From:** @orsted.com>
**Sent:** Wednesday, March 8, 2023 9:29 AM
**To:** @wfanet.org>
**Subject:** GARM community

Hi

Do you mind sharing the mail on Rob? I need to talk to him about brand safety on Twitter 😊

Thanks.


@orsted.com



Læs mere på orsted.com



Ørsted handles personal data as stated in our Privacy Policy for business relations

Appendix 89