IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| X CORP., | ) |
|                *Plaintiff,* | ) |
|    v. | ) |
| WORLD FEDERATION OF ADVERTISERS; MARS, INCORPORATED; CVS HEALTH CORPORATION; ØRSTED A/S; TWITCH INTERACTIVE, INC.; NESTLÉ S.A.; NESTLE USA, INC.; ABBOTT LABORATORIES; COLGATE-PALMOLIVE COMPANY; LEGO A/S; LEGO BRAND RETAIL, INC.; PINTEREST, INC.; TYSON FOODS, INC.; SHELL PLC; SHELL USA, INC.; and SHELL BRANDS INTERNATIONAL AG, | ) Civil Action No. 7:24-cv-00114-B |
|                *Defendants*. | ) |

**JOINT MOTION TO IMPLEMENT JOINT BRIEFING SCHEDULE**

Plaintiff X Corp. ("X" or "Plaintiff") and Defendants World Federation of Advertisers ("WFA"); Mars, Incorporated ("Mars"); CVS Health Corporation ("CVS"); and Ørsted A/S ("Ørsted") (collectively, the "Moving Defendants," and with Plaintiff, the "Parties") respectfully file this Joint Motion to Implement Joint Briefing Schedule (the "Motion") and urge that it be granted.

On August 13, 2024, Plaintiff filed this action alleging antitrust claims under Section 1 of the Sherman Act against Defendants. *See* Complaint (Dkt. 1). On November 18, 2024, Plaintiff filed its First Amended Complaint (Dkt. 62), which among other things added as a defendant Twitch Interactive Inc. ("Twitch"). By order of the Court (Dkt. 73), the deadline for Moving Defendants and Twitch to answer or otherwise respond to Plaintiff's First Amended Complaint

1

was extended to February 21, 2025, with the Plaintiff to seek leave to file a Second Amended Complaint by January 31, 2025, and with the Parties to submit a joint briefing schedule for a Second Amended Complaint within 21 days of the receipt of leave to file a Second Amended Complaint. The Court granted Plaintiff's unopposed motion for leave to file a Second Amended Complaint on February 6, 2025 (Dkt. 76), and the Second Amended Complaint, adding additional defendants, was filed the same day (Dkt. 77). Summonses for the newly added defendants were issued by the Court's clerk on February 20, 2025 (Dkt. 90), and Plaintiff has informed the Moving Defendants and Twitch that it is in the process of effecting service on the newly added defendants pursuant to Rule 4(h)(1) of the Federal Rules of Civil Procedure, for those newly added defendants located in the United States, and pursuant to Rule 4(h)(2) of the Federal Rules of Civil Procedure using the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents, for those newly added defendants not located in the United States.

The Parties have conferred and now submit their proposed Joint Briefing Schedule for the Second Amended Complaint. A joint briefing schedule and extended deadlines will facilitate more efficient, streamlined briefing among the defendants, and promote judicial efficiency. (Twitch has advised the Parties that it is in the process of retaining Texas counsel and that it is in agreement with the Parties' proposal, as set forth below.)

1. The deadline for Moving Defendants and Twitch to answer or otherwise respond to Plaintiff's Second Amended Complaint shall be May 14, 2025. Plaintiff's deadline to respond to any responsive motions shall be July 14, 2025. The deadline of the Moving Defendants and Twitch to file reply briefs shall be September 12, 2025.

2. The Parties propose that their Joint Briefing Schedule shall apply to all newly added defendants in the suit who are either: (1) served with the Second Amended Complaint by April 23, 2025; or (2) requested by Plaintiff to waive service by March 15, 2025, and who have agreed to waive service. Nothing herein shall preclude any newly added defendants from seeking leave for deadlines different than those requested through this motion.

      This joint briefing schedule will be in the interests of justice and judicial economy and does not prejudice any Party or the newly added defendants. Accordingly, the Parties respectfully urge that the Court grant this Joint Motion and establish the requested deadlines.

February 27, 2025

Respectfully submitted.

*/s/ John C. Sullivan*
John C. Sullivan
  Texas Bar No. 24083920
  john.sullivan@the-sl-lawfirm.com
Jace R. Yarbrough
  Texas Bar No. 24110560
  jace.yarbrough@the-sl-lawfirm.com
S|L LAW PLLC
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Phone: (469) 523-1351

Christopher G. Renner (admitted *pro hac vice*)
  D.C. Bar No. 1025699
  cgrenner@dhillonlaw.com
Jonathan M. Shaw (admitted *pro hac vice*)
  Virginia Bar No. 98497
  jshaw@dhillonlaw.com
Andrew K. Mann (admitted *pro hac vice*)
  Virginia Bar No. 77021
  akmann@dhillonlaw.com
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314

*Attorneys for Plaintiff X Corp.*

*/s/ Jason M. Powers*
Jason M. Powers
  Texas Bar No. 24007867
  jpowers@velaw.com
VINSON & ELKINS LLP
845 Texas Ave., Suite 4700
Houston, TX 77002
Phone (713) 758-2222

George M. Kryder
  Texas Bar No. 11742900
  gkryder@velaw.com
Avery Westerlund
  State Bar No. 24125453
  awesterlund@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, TX 75201-2975
Phone (214) 220-7700

Stephen Medlock (admitted *pro hac vice*)
  D.C. Bar No. 995636
  smedlock@velaw.com
Adam Hudes (admitted *pro hac vice*)
  D.C. Bar No. 495188
  ahudes@velaw.com
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Phone: (202) 639-6578

*Attorneys for Defendant Ørsted A/S*

/s/ *Jonathan Bradley Pitt*
Jonathan Bradley Pitt (admitted *pro hac vice*)
  jpitt@wc.com
Nicholas G. Gamse (admitted *pro hac vice*)
  ngamse@wc.com
Kimberly Broecker (admitted *pro hac vice*)
  kbroecker@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000

Thomas C. Riney
  Texas Bar No. 16935100)
  tom.riney@uw.com
C. Jason Fenton
  Texas Bar No. 24087505)
  jason.fenton@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
500 S. Taylor, Suite 1200
Amarillo, TX 79101
Phone: (806) 379-5613

Brad R. Timms
  Texas Bar No. 24088535
  brad.timms@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
600 Bailey Ave., Suite 200
Fort Worth, TX 76107
Phone: (817) 885-7529

*Attorneys for Defendant CVS Health Corporation*

5

/s/ *Karen Hoffman Lent*
Karen Hoffman Lent (admitted *pro hac vice*)
  karen.lent@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Manhattan West
New York, NY 10001
Phone: (212) 735-3276

Noelle M. Reed
  State Bar No. 24044211
  noelle.reed@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
1000 Louisiana Street, Suite 6800
Houston, TX 77002
Phone: (713) 655-5122

Ralph H. Duggins
  State Bar No. 06183700
  rduggins@canteyhanger.com
Philip Vickers
  State Bar No. 24051699
  pvickers@canteyhanger.com
Kate Hancock
  State Bar No. 24106048
  khancock@canteyhanger.com
CANTEY HANGER LLP
600 West 6th Street, Suite 300
Fort Worth, TX 76102
Phone: (817) 877-2800

*Attorneys for Defendant Mars, Incorporated*

/s/ David C. Miller
David C. Miller
  Texas Bar No. 24110114
  dmiller@bradley.com
William S. Snyder
  Texas Bar No. 00786250
  wsnyder@bradley.com
Samuel T. Acker
  Texas Bar No. 24100111
  sacker@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Ave., Suite 3600
Dallas, TX 75202
Phone: (214) 597-9800
Fax: (214) 939-8787

Charles E. Elder (admitted *pro hac vice*)
  Tennessee Bar No. 038250
  celder@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway, Suite 2400
Nashville, TN 37203
Phone: (615) 252-3597
Fax: (615) 252-6380

*Attorneys for Defendant World Federation of Advertisers*

## **CERTIFICATE OF SERVICE**

      I certify that on February 27, 2025, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system.

                                              */s/ John C. Sullivan*
                                              John C. Sullivan

                                              *Attorney for Plaintiff X Corp.*