IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| X CORP., ) | |
| ) | |
| *Plaintiff,* ) | |
| v. ) | |
| ) | |
| WORLD FEDERATION OF ) | |
| ADVERTISERS; MARS, ) | |
| INCORPORATED; CVS HEALTH ) | |
| CORPORATION; ØRSTED A/S; TWITCH ) | Civil Action No. 7:24-cv-00114-B |
| INTERACTIVE, INC.; NESTLÉ S.A.; ) | |
| NESTLE USA, INC.; ) | |
| ABBOTT LABORATORIES; ) | |
| COLGATE-PALMOLIVE COMPANY; ) | |
| LEGO A/S; LEGO BRAND RETAIL, INC.; ) | |
| PINTEREST, INC.; TYSON FOODS, INC.; ) | |
| SHELL PLC; SHELL USA, INC.; and ) | |
| SHELL BRANDS INTERNATIONAL AG, ) | |
| ) | |
| ) | |
| *Defendants*. ) | |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO
IMPLEMENT JOINT BRIEFING SCHEDULE**

The Court, having considered the Joint Motion of Plaintiff and Defendants World Federation of Advertisers; Mars, Incorporated; CVS Health Corporation; and Ørsted A/S (the "Moving Defendants") to Implement Joint Briefing Schedule, hereby rules and orders as follows:

1. The deadline for Moving Defendants and Twitch Interactive, Inc. to answer or otherwise respond to Plaintiff's Second Amended Complaint shall be May 14, 2025.  Plaintiff's deadline to respond to the responsive motions, if any, shall be July 14, 2025.  The deadline of the Moving Defendants and Twitch to file reply briefs shall be September 12, 2025.

1

2. These deadlines shall apply to all defendants newly added to the suit through the Second Amended Complaint who are either: (1) served with the Second Amended Complaint by April 23, 2025; or (2) requested by Plaintiff to waive service by March 15, 2025, and who have agreed to waive service. Nothing herein shall preclude any newly added defendants from seeking leave for deadlines different than those established through this Order.

IT IS SO ORDERED.

Dated: _____   By: _____
                                                                                   Hon. Jane J. Boyle
                                                                                    United States District Judge