UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:24-CV-0114-B |
| | § | |
| WORLD FEDERATION OF ADVERTISERS; MARS, INCORPORATED; CVS HEALTH CORPORATION; ØRSTED A/S; TWITCH INTERACTIVE, INC.; NESTLÉ S.A.; NESTLE USA, INC.; ABBOTT LABORATORIES; COLGATE-PALMOLIVE COMPANY; LEGO A/S; LEGO BRAND RETAIL, INC.; PINTEREST, INC.; TYSON FOODS, INC.; SHELL PLC; SHELL USA, INC.; and SHELL BRANDS INTERNATIONAL AG, | § § § § § § § § § § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff X Corp. ("X")'s and Defendants World Federation of Advertisers, Mars, Incorporated, CVS Health Corporation, and Ørsted A/S (collectively, "the Moving Defendants") Joint Motion to Implement a Joint Briefing Schedule (Doc. 91). The Court **GRANTS** the Motion and implements the following deadlines:

The Moving Defendants and Defendant Twitch Interactive, Inc. ("Twitch") must answer or otherwise respond to the Second Amended Complaint on or before May 14, 2025. If any Defendant files a Rule 12 motion, X must file a response on or before July 14, 2025. Defendants may file a reply brief on or before September 12, 2025.

X added several new defendants to this lawsuit in its Second Amended Complaint. Doc. 77, Am. Compl., ¶¶ 16–23. Most of the newly added defendants have not made an appearance in this case. This Order's briefing deadlines will apply to every new defendant that is either: (1) served with the Second Amended Complaint on or before April 23, 2025; or (2) waives service of the Second Amended Complaint on or before March 15, 2025.

SO ORDERED.

SIGNED: March 4, 2025.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE