IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| X CORP., <br><br> *Plaintiff,* <br><br> v. <br><br> WORLD FEDERATION OF ADVERTISERS; MARS, INCORPORATED; CVS HEALTH CORPORATION; ØRSTED A/S; TWITCH INTERACTIVE, INC.; NESTLÉ S.A.; NESTLE USA, INC.; ABBOTT LABORATORIES; COLGATE-PALMOLIVE COMPANY; LEGO A/S; LEGO BRAND RETAIL, INC.; PINTEREST, INC.; TYSON FOODS, INC.; SHELL PLC; SHELL USA, INC.; and SHELL BRANDS INTERNATIONAL AG, <br><br> *Defendants*. | Civil Action No. 7:24-cv-00114-B |

**AGREED MOTION TO STAY ACTION AS TO TWITCH INTERACTIVE, INC.**

Plaintiff X Corp. ("X") asks the Court to stay this action solely as to Defendant Twitch Interactive, Inc., ("Twitch").

X and Twitch have entered into a memorandum of understanding resolving the action as to Twitch, subject to the satisfaction of certain conditions between now and December 31, 2025. X and Twitch contemplate filing a status report or a notice of dismissal as to Twitch on or around January 10, 2026. Accordingly, X and Twitch—which has not yet appeared in this lawsuit but whose counsel have authorized the undersigned to represent that their client supports this request—ask this Court to stay the case as to Twitch only pending such a filing.

1

| | |
|---|---|
| April 7, 2025 | Respectfully submitted. |
| | |
| | /s/ John C. Sullivan |
| | John C. Sullivan |
| |   Texas Bar No. 24083920 |
| |   john.sullivan@the-sl-lawfirm.com |
| | Jace R. Yarbrough |
| |   Texas Bar No. 24110560 |
| |   jace.yarbrough@the-sl-lawfirm.com |
| | S|L LAW PLLC |
| | 610 Uptown Boulevard, Suite 2000 |
| | Cedar Hill, TX 75104 |
| | Phone: (469) 523-1351 |
| | |
| | Christopher G. Renner (admitted *pro hac vice*) |
| |   D.C. Bar No. 1025699 |
| |   cgrenner@dhillonlaw.com |
| | Jonathan M. Shaw (admitted *pro hac vice*) |
| |   Virginia Bar No. 98497 |
| |   jshaw@dhillonlaw.com |
| | Andrew K. Mann (admitted *pro hac vice*) |
| |   Virginia Bar No. 77021 |
| |   akmann@dhillonlaw.com |
| | DHILLON LAW GROUP, INC. |
| | 2121 Eisenhower Avenue, Suite 608 |
| | Alexandria, VA 22314 |
| | |
| | *Attorneys for Plaintiff X Corp.* |

## CERTIFICATE OF CONFERENCE

      Counsel for Twitch has informed the undersigned that Twitch has conferred with counsel for the other Defendants and reports that among the Defendants that responded, no Defendant expressed an objection to the relief requested.

                                              */s/ John C. Sullivan*

John C. Sullivan
  Texas Bar No. 24083920
  john.sullivan@the-sl-lawfirm.com
S|L LAW PLLC
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Phone: (469) 523-1351

*Attorney for Plaintiff X Corp.*

## **CERTIFICATE OF SERVICE**

      I certify that on April 7, 2025, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system.

                                          */s/ John C. Sullivan*

John C. Sullivan
  Texas Bar No. 24083920
  john.sullivan@the-sl-lawfirm.com
S|L LAW PLLC
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Phone: (469) 523-1351

*Attorney for Plaintiff X Corp.*