IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| X CORP., ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> WORLD FEDERATION OF ) <br> ADVERTISERS; MARS, ) <br> INCORPORATED; CVS HEALTH ) <br> CORPORATION; ØRSTED A/S; TWITCH ) <br> INTERACTIVE, INC.; NESTLÉ S.A.; ) <br> NESTLE USA, INC.; ) <br> ABBOTT LABORATORIES; ) <br> COLGATE-PALMOLIVE COMPANY; ) <br> LEGO A/S; LEGO BRAND RETAIL, INC.; ) <br> PINTEREST, INC.; TYSON FOODS, INC.; ) <br> SHELL PLC; SHELL USA, INC.; and ) <br> SHELL BRANDS INTERNATIONAL AG, ) <br> ) <br> *Defendants*. ) | Civil Action No. 7:24-cv-00114-B |

**[PROPOSED] ORDER GRANTING AGREED MOTION TO
STAY ACTION AS TO TWITCH INTERACTIVE, INC.**

The Court, having considered the Agreed Motion of Plaintiff to stay this action solely as to Defendant Twitch Interactive, Inc. ("Twitch"), hereby holds:

1. This action is hereby stayed solely as to Twitch.

2. Plaintiff and Twitch shall file a status report or a dismissal with prejudice as to Twitch by January 10, 2026.

**IT IS SO ORDERED.**

Date: _____        _____
                                                                                Hon. Jane J. Boyle
                                                                                United States District Judge