IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X-CORP., | § § § § § § § § § § § § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | No. 7:24-CV-00114-B |
| WORLD FEDERATION OF ADVERTISERS; MARS, INCORPORATED; CVS HEALTH CORPORATION; ØRSTED A/S; TWITCH INTERACTIVE, INC.; NESTLÉ S.A.; NESTLE USA, INC.; ABBOTT LABORATORIES; COLGATE-PALMOLIVE COMPANY; LEGO A/S; LEGO BRAND RETAIL, INC.; PINTEREST, INC.; TYSON FOODS, INC.; SHELL PLC; SHELL USA, INC.; and SHELL BRANDS INTERNATIONAL AG, | | |
| *Defendants*. | | |

### NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF THIS COURT:

Please take notice that Michael K. Hurst and Clint Cowan of Lynn, Pinker, Hurst & Schwegmann, LLP enter their appearance as counsel for Defendant Tyson Foods, Inc. ("Tyson"), in the above-entitled and numbered case.  The undersigned counsel requests that all filings, notices, correspondence, orders, and other documents relating to this matter be provided to them at the following address:

Michael K. Hurst
mhurst@lynnllp.com
Clint Cowan
ccowan@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile:  (214) 981-3839


Dated:  April 9, 2025            Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Clint Cowan*
　　　　　　　　　　　　　　　　　　Michael K. Hurst
　　　　　　　　　　　　　　　　　　Texas Bar No. 10316310
　　　　　　　　　　　　　　　　　　mhurst@lynnllp.com
　　　　　　　　　　　　　　　　　　Clint S. Cowan
　　　　　　　　　　　　　　　　　　Texas Bar No. 24109760
　　　　　　　　　　　　　　　　　　ccowan@lynnllp.com
　　　　　　　　　　　　　　　　　　**LYNN PINKER HURST & SCHWEGMANN, LLP**
　　　　　　　　　　　　　　　　　　2100 Ross Avenue, Suite 2700
　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　Telephone: (214) 981-3800
　　　　　　　　　　　　　　　　　　Facsimile:  (214) 981-3839

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR TYSON FOODS, INC.**


## CERTIFICATE OF SERVICE

　　　　The undersigned hereby certifies that this pleading was filed through the CM/ECF system of the United States District Court for the Northern District of Texas, and that true and correct copies of same were served by that system on all counsel of record on April 9, 2025.

　　　　　　　　　　　　　　　　　　*/s/ Clint Cowan*
　　　　　　　　　　　　　　　　　　Clint Cowan

4938-4992-3379, v. 1