UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:24-CV-0114-B |
| | § | |
| WORLD FEDERATION OF | § | |
| ADVERTISERS; MARS, | § | |
| INCORPORATED; CVS HEALTH | § | |
| CORPORATION; ØRSTED A/S; | § | |
| TWITCH INTERACTIVE, INC.; NESTLÉ | § | |
| S.A.; NESTLE USA, INC.; ABBOTT | § | |
| LABORATORIES; COLGATE- | § | |
| PALMOLIVE COMPANY; LEGO A/S; | § | |
| LEGO BRAND RETAIL, INC.; | § | |
| PINTEREST, INC.; TYSON FOODS, | § | |
| INC.; SHELL PLC; SHELL USA, INC.; | § | |
| and SHELL BRANDS INTERNATIONAL | § | |
| AG, | § | |
| | § | |
|    Defendants. | § | |

## ORDER

Before the Court is Plaintiff X Corp. ("X")'s Agreed Motion to Stay the Action as to Twitch Interactive, Inc. (Doc. 93). The Court **DENIES** the Motion.

X has told the Court that it and Defendant Twitch Interactive, Inc. ("Twitch") "have entered into a memorandum of understanding resolving the action as to Twitch." Doc. 93, Mot., 1. However, the parties' settlement agreement requires Twitch to "satisf[y] . . . certain conditions between now and December 31, 2025." *Id.* Accordingly, X asks the Court to stay the case until the parties file a Joint Status Report "on or around January 10, 2026." *Id.*

While parties can structure settlement terms in any manner they see fit, the Court must efficiently manage its docket. *See June Med. Servs., L.L.C. v. Phillips*, No. 22-30425, 2022 WL 4360593, at *2 (5th Cir. Sept. 28, 2022) ("A district court 'has broad discretion and inherent authority to manage its docket.'" (citing *In re Deepwater Horizon*, 988 F.3d 192, 197 (5th Cir. 2021) (per curiam)). It would be inefficient for the Court to retain a case for nine months after the parties settled their dispute. Accordingly, the Court **DENIES** X's Agreed Motion to Stay the Action as to Twitch Interactive, Inc. (Doc. 93).

If X and Twitch have settled, the Court will stay the case as to Twitch for no longer than 45 days to allow them to finalize their settlement terms before they file a joint stipulation of dismissal. But the Court will not stay the case until January 2026.

SO ORDERED.

SIGNED: April 10, 2025.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE