**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| X CORP., | ) |
| | ) |
| *Plaintiff,* | ) |
| v. | ) |
| | ) |
| WORLD FEDERATION OF | ) |
| ADVERTISERS; MARS, | ) |
| INCORPORATED; CVS HEALTH | ) |
| CORPORATION; ØRSTED A/S; TWITCH | ) |
| INTERACTIVE, INC.; NESTLÉ S.A.; | ) |
| NESTLE USA, INC.; | ) |
| ABBOTT LABORATORIES; | ) |
| COLGATE-PALMOLIVE COMPANY; | ) |
| LEGO A/S; LEGO BRAND RETAIL, INC.; | ) |
| PINTEREST, INC.; TYSON FOODS, INC.; | ) |
| SHELL PLC; SHELL USA, INC.; and | ) |
| SHELL BRANDS INTERNATIONAL AG, | ) |
| | ) |
| *Defendants.* | ) |

Civil Action No. 7:24-cv-00114-B

**UNOPPOSED MOTION TO WITHDRAW APPEARANCE
OF HARMEET K. DHILLON**

Pursuant to Local Rules 7.1 and 83.12(a) of the United States District Court for the Northern District of Texas, Plaintiff X Corp. hereby moves to withdraw the appearance of Harmeet K. Dhillon as counsel in the above-styled case.

Ms. Dhillon has taken a position with the United States Department of Justice.  In support of this motion, the undersigned represents that Plaintiff is currently and will continue to be represented by the following counsel of record:

John C. Sullivan
  john.sullivan@the-sl-lawfirm.com
Jace R. Yarbrough
  jace.yarbrough@the-sl-lawfirm.com
S|L LAW PLLC
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Phone: (469) 523-1351

1

Christopher G. Renner
  cgrenner@dhillonlaw.com
Jonathan M. Shaw
  jshaw@dhillonlaw.com
Andrew K. Mann
  akmann@dhillonlaw.com
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314

Wherefore, the undersigned respectfully requests that the Court grant the withdrawal of

the appearance of Harmeet K. Dhillon as counsel for Plaintiff.

April 21, 2025                                    Respectfully submitted.

                                                 _/s/ John C. Sullivan_____
                                                 John C. Sullivan
                                                   Texas Bar No. 24083920
                                                   john.sullivan@the-sl-lawfirm.com
                                                 Jace R. Yarbrough
                                                   Texas Bar No. 24110560
                                                   jace.yarbrough@the-sl-lawfirm.com
                                                 S|L LAW PLLC
                                                 610 Uptown Boulevard, Suite 2000
                                                 Cedar Hill, TX 75104
                                                 Phone: (469) 523-1351

                                                 Christopher G. Renner (admitted *pro hac vice*)
                                                   D.C. Bar No. 1025699
                                                   cgrenner@dhillonlaw.com
                                                 Jonathan M. Shaw (admitted *pro hac vice*)
                                                   Virginia Bar No. 98497
                                                   jshaw@dhillonlaw.com
                                                 Andrew K. Mann (admitted *pro hac vice*)
                                                   Virginia Bar No. 77021
                                                   akmann@dhillonlaw.com
                                                 DHILLON LAW GROUP, INC.
                                                 2121 Eisenhower Avenue, Suite 608
                                                 Alexandria, VA 22314


                                                 *Attorneys for Plaintiff X Corp.*

## CERTIFICATE OF CONFERENCE

I certify that counsel for Plaintiff has conferred with counsel for Defendants and they are unopposed to this motion.

*/s/ John C. Sullivan*

John C. Sullivan
Texas Bar No. 24083920
john.sullivan@the-sl-lawfirm.com
S|L LAW PLLC
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Phone: (469) 523-1351

*Attorney for Plaintiff X Corp.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 21, 2025, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system.

<u>/s/ John C. Sullivan</u>

John C. Sullivan
Texas Bar No. 24083920
john.sullivan@the-sl-lawfirm.com
S|L LAW PLLC
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Phone: (469) 523-1351

*Attorney for Plaintiff X Corp.*