IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| X CORP., | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) |
| WORLD FEDERATION OF ADVERTISERS; MARS, INCORPORATED; CVS HEALTH CORPORATION; ØRSTED A/S; TWITCH INTERACTIVE, INC.; NESTLÉ S.A.; NESTLE USA, INC.; ABBOTT LABORATORIES; COLGATE-PALMOLIVE COMPANY; LEGO A/S; LEGO BRAND RETAIL, INC.; PINTEREST, INC.; TYSON FOODS, INC.; SHELL PLC; SHELL USA, INC.; and SHELL BRANDS INTERNATIONAL AG, | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 7:24-cv-00114-B |
| | ) |
| *Defendants*. | ) |

**[PROPOSED] ORDER ON MOTION TO WITHDRAW APPEARANCE OF HARMEET K. DHILLON**

The Court, having considered Plaintiff's Motion to Withdraw Appearance of Harmeet K. Dhillon, hereby GRANTS the motion to withdraw. Plaintiff will continue to be represented by counsel noted in Plaintiff's Motion.

**IT IS SO ORDERED.**

Date: _____    _____
                                                                  Hon. Jane J. Boyle
                                                                  United States District Judge