# UNITED STATES DISTRICT COURT
Northern District of Texas

| | |
|---|---|
| X Corp., <br>     *Plaintiff,* <br><br> v. <br><br> World Federation of Advertisers, et al., <br><br>     *Defendants.* | Case No.: 7:24-CV-00114-B |

---

**Witness Statement of Service in accordance with sub paragraph (b) of Article 10, Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents In Civil or Commercial Matters**

---

I, **PAUL COTTEE**, Process Server, acting under the instructions of Across The Pond Process Service, of Moorside, Moor Lane, Menston, LS29 6AS, England, say as follows:

1. In the matters detailed below I was acting as agent for Graham Henry Bridgman ("Mr Bridgman"), a Solicitor of the Senior Courts of England and Wales and thus a competent person within the meaning of article 10(b) of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("the Convention").

2. Mr Bridgman was in turn acting upon the instructions of Aaron Dean Lukken of Viking Advocates, LLC, of Kansas City, Missouri, USA, an attorney, and thus a competent person of the State of origin within the meaning of article 10(b) of the Convention.

3. In this witness statement I refer to the following documents as "the Service Documents":

   - Hague Service Convention Warning and Hague Service Convention Summary of the Document to be Served ("the Hague Documents");
   - Summons in a Civil Action; and
   - Second Amended Complaint with Exhibits A-F.

4. Exhibited hereto marked 'A' is a copy of the Hague Documents.

5. On Friday the 14th day of March 2025 at 1.36 p.m., I served SHELL PLC, one of the within named Defendants, with the Service Documents, by delivering them to and

leaving them at Shell PLC's Registered Office at Shell Centre, London, SE1 7NA, England, hereafter "the Service Address", which is a method of service in accordance with English Court rules. Under those rules, the deemed date of service is Tuesday the 18th day of March 2025.

6. On attending at the Service Address, I met with an adult male, who identified himself as Gordon Johnstone, a Security employee at Shell Centre. He accepted the documents on behalf of Shell PLC, confirming that he was authorised to do so.

7. Service has been effected in accordance with a method prescribed by the internal law of England and Wales and also in accordance with Article 10(b) of the Convention.

**ADDITIONAL COMMENTS**

I certify that I am over the age of 18 and not a party to or interested in the above action. I have proper authority in the jurisdiction in which this service was effected.

**STATEMENT OF TRUTH**

I believe that the facts stated in this Witness Statement are true. I understand that proceedings for contempt of court may be brought against anyone who makes, or causes to be made, a false statement in a document verified by a statement of truth without an honest belief in its truth

Dated: 21 . 3 . 2025

Signed: _____
PAUL COTTEE

# UNITED STATES DISTRICT COURT
Northern District of Texas

| | |
|---|---|
| X Corp., *Plaintiff*, v. World Federation of Advertisers, et al., *Defendants*. | Case No.: 7:24-CV-00114-B |

### Exhibit A to the Witness Statement of PAUL COTTEE

This is the exhibit marked "A" to my witness statement dated today.

Dated: 21. 3. 2025

Signed: _____
PAUL COTTEE

'A'

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee** / Identité et adresse du destinataire

**Shell plc**
Shell Centre
London SE1 7NA

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

Legal Aid of NorthWest Texas
710 Lamar Street,
Wichita Falls, Texas 76301
Tel.: +1.940.723.5542

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:** Nom et adresse de l'autorité requérante : | Aaron D. Lukken, Attorney<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131 USA<br>E.: lukken@vikinglaw.us<br>Tel.: +1.816.683.7900 |
| **Particulars of the parties*:** Identité des parties* : | **Plaintiff:** X Corp.<br><br>**Defendants:** World Federation of Advertisers; Mars, Incorporated; CVS Health Corporation; Ørsted A/S; Twitch Interactive, Inc.; Nestlé S.A; Nestle USA, Inc.; Abbott Laboratories; Colgate-Palmolive Company; Lego A/S; LEGO Brand Retail, Inc.; Pinterest, Inc.; Tyson Foods, Inc.; Shell plc; Shell USA, Inc.; Shell Brands International AG |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒ **JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:** Nature et objet de l'acte : | To notify the defendants of a lawsuit against them, and to demand their answer at court. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:** Nature et objet de l'instance, le cas échéant, le montant du litige : | Plaintiff accuses the defendants of, *inter alia*, violation of the Sherman Antitrust Act. It seeks injunctive and declaratory relief, damages, costs, fees, expenses, and interest. |
| **Date and Place for entering appearance\*\*:** Date et lieu de la comparution\*\* : | Within 21 days after service the addressee must enter an appearance at the United States District Court for the Northern District of Texas, Wichita Falls Division, 218 Lamar Street, Wichita Falls, Texas 76301. |
| **Court which has given judgment\*\*:** Juridiction qui a rendu la décision\*\* : | No court has issued a judgment. |
| **Date of judgment\*\*:** Date de la décision\*\* : | *No court has issued a judgment.* |
| **Time limits stated in the document\*\*:** Indication des délais figurant dans l'acte\*\* : | 21 days |

\*\* If appropriate / s'il y a lieu