# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
| PLAINTIFF, | § | CIVIL ACTION NO. 7:24-CV-00114-B |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| WORLD FEDERATION OF ADVERTISERS, MARS, INCORPORATED; CVS HEALTH CORPORATION; ORSTED A/S; TWITCH INTERACTIVE, INC.; NESTLE S.A.; NESTLE USA, INC.; ABBOTT LABORATORIES; COLGATE-PALMOLIVE COMPANY; LEGO A/S; LEGO BRAND RETAIL, INC.; PINTEREST, INC.; TYSON FOODS, INC.; SHELL PLC; SHELL USA, INC., AND SHELL BRANDS INTERNATIONAL AG., | § | |
| DEFENDANTS. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Minoo S. Blaesche, of the law firm Jackson Walker LLP, files this notice of appearance for Defendants Lego Brand Retail, Inc. and Lego A/S, is authorized to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Lego Brand Retail, Inc. and Lego A/S, and requests CM/ECF notifications of filings in this case.

Dated: April 24, 2025

Respectfully submitted by:

 /s/ *Minoo S. Blaesche*
Minoo S. Blaesche
State Bar No.  24075102
mblaesche@jw.com
JACKSON WALKER LLP
2323 Ross Ave. #600
Dallas, Texas 75201
Telephone: 214.953.6160
Fax: 214.661.6800


Sima Namiri Kalantari (Application for *Pro Hac Vice* forthcoming)
snamiri@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 41st Floor
Los Angeles, CA  90071
Telephone: 213.443.5564
Fax: 213.622.2690

Chahira Solh (Application for *Pro Hac Vice* forthcoming)
CSolh@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614
Telephone: 949.798.1367
Fax: 949.263.8414

Kenneth Dintzer
kdintzer@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone: 202.624.2561
Fax: 202.628.5116

*Attorneys for Defendant Lego Brand Retail, Inc*

- 3 -

## Certificate Of Service

      I, Minoo S. Blaesche, an attorney of record in this matter, hereby certify that on April 24, 2025, I electronically filed the following document:

### Notice of Appearance of Counsel

with the Clerk of the United States District Court for the Northern District of Texas, using the CM/ECF system.

                                                  */s/ Minoo S. Blaesche*
                                                  Minoo S. Blaesche