UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| X Corp. <br> *Plaintiff* <br><br> v. <br><br> World Federation of Advertisers, et al. <br> *Defendant* | § § § § § § § § § <br><br> Case No.  7:24-cv-00114-B |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**  Applicant is an attorney and a member of the law firm of (or practices under the name of)

  Crowell & Moring LLP                            , with offices at

  3 Park Plaza, 20th Floor
(Street Address)

  Irvine                                CA                 92614
(City)                                 (State)            (Zip Code)

  949 798-1367                          949 263-8414
(Telephone No.)                        (Fax No.)

**II.**  Applicant will sign all filings with the name   Chahira Solh                        .

**III.**  Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

  LEGO BRAND RETAIL, INC.

  LEGO A/S

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____California_____, where Applicant regularly practices law.

For Court Use Only.
Bar StatusVerified:
_____

Bar license number: __248985__    Admission date: __06/01/2007__

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See Attachment A | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
|---|---|
| N/A | |
| | |
| | |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Minoo S. Blaesche, Jackson Walker LLP , who has offices at

2323 Ross Avenue, Suite 600
(Street Address)

| Dallas | Texas | 75201 |
|---|---|---|
| (City) | (State) | (Zip Code) |

| 214.953.6160 | 214.661.6800 |
|---|---|
| (Telephone No.) | (Facsimile No.) |

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 23rd day of April , 2025 .

Chahira Solh
Printed Name of Applicant

*/s/ Chahira Solh*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

## ATTACHMENT A

| Title of Court | Date Admitted |
|---|---|
| Supreme Court of California/State Bar of California | June 1, 2007 |
| United States District Court, for the Central District of California | July 16, 2007 |
| United States District Court, for the Northern District of California, San Francisco Division | July 26, 2007 |
| United States District Court, for the Southern District of California, San Diego | July 17, 2007 |
| United States Court of Appeals for the Ninth Circuit | September 14, 2012 |
| United States Court of Appeals for the Fourth Circuit | June 18, 2024 |
| United States Court of Appeals for the Eighth Circuit | February 12, 2025 |



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### <u>CHAHIRA SOLH</u>

I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that CHAHIRA SOLH, #248985, was on the 1st day of June, 2007 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 10th day of April 2025.*

JORGE E. NAVARRETE
Clerk and Executive Officer of the Supreme Court

By: _____
Sean Kennedy, Deputy Clerk