### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| X CORP., | § |
| _Plaintiff_ | § |
| | § |
| v. | § |
| | § |
| | § Case No.  7:24-cv-00114-B |
| | § |
| World Federation of Advertisers, et al. | § |
| | § |
| _Defendant_ | § |

### APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**    Applicant is an attorney and a member of the law firm of (or practices under the name of)

Crowell & Moring LLP _____, with offices at

515 South Flower Street, 41st Floor, _____
(Street Address)

Los Angeles _____    CA _____    90071 _____
(City)                          (State)               (Zip Code)

213 443-5564 _____    213 622-2699 _____
(Telephone No.)                 (Fax No.)

**II.**    Applicant will sign all filings with the name    Sima Namiri-Kalantari _____.

**III.**    Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

    LEGO BRAND RETAIL, INC.

    LEGO A/S

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.    Applicant is a member in good standing of the bar of the highest court of the state of

_____California_____, where Applicant regularly practices law.

Bar license number:__293876__        Admission date:____12/04/2013____

<div style="border:1px solid">For Court Use Only.<br>Bar StatusVerified:<br><br>_____</div>

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.    Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. Central District Court of California | 12/18/2013 | Active |
| U.S. Northern District Court of California | 10/17/2022 | Active |
| U.S. Southern District Court of California | 07/07/2023 | Active |
| U.S. Court of Appeals, Fourth Circuit | 06/18/2024 | Active |

VI.    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**    Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:                    Case No. And Style:

  N/A 

 

 

(If necessary, attach statement of additional applications.)

**X.**    Local counsel of record associated with Applicant in this matter is

  Minoo S. Blaesche, Jackson Walker LLP , who has offices at

  2323 Ross Avenue, Suite 600 
(Street Address)

  Dallas     Texas     75201 
(City)    (State)    (Zip Code)

  214.953.6160     214.661.6800 
(Telephone No.)    (Facsimile No.)

**XI.**    Check the appropriate box below.

For Application in a **Civil Case**

Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

Applicant has read and will comply with the local criminal rules of this court.

**XII.**    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  23rd  day of  April ,  2025 .

  Sima Namiri-Kalantari 
Printed Name of Applicant

Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *SIMA NAMIRI-KALANTARI*

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that SIMA NAMIRI-KALANTARI, #293876, was on the 4th day of December, 2013 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 10th day of April 2025.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: _____
Sean Kennedy, Deputy Clerk