# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| X Corp.<br>*Plaintiff* | |
| World Federation of Advertisers et al.<br>*Defendant* | Case No.: **7:24-cv-00114-B** |

## NOTICE OF APPEARANCE

Thomas M. Melsheimer of the law firm of Winston & Strawn, LLP files his Notice of Appearance as attorney of record for Defendant Abbott Laboratories in the above-style cause of action.

Date: May 12, 2025

Respectfully submitted,

By: */s/ Thomas M. Melsheimer*
Thomas M. Melsheimer
tmelsheimer@winston.com
Texas State Bar No. 13922550
WINSTON & STRAWN, LLP
2121 N. Pearl Street, Ste. 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

**Attorneys for Abbott Laboratories**

## CERTIFICATE OF SERVICE

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are served with a copy of this document via the Court's EM/ECF System on May 12, 2025.

*/s/ Thomas M. Melsheimer*
Thomas M. Melsheimer