# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| X CORP., ) | |
| ) | |
| *Plaintiff,* ) | |
| v. ) | |
| ) | |
| WORLD FEDERATION OF ) | |
| ADVERTISERS; MARS, ) | |
| INCORPORATED; CVS HEALTH ) | |
| CORPORATION; ØRSTED A/S; TWITCH ) | |
| INTERACTIVE, INC.; NESTLÉ S.A.; ) | Civil Action No. 7:24-cv-00114-B |
| NESTLE USA, INC.; ) | |
| ABBOTT LABORATORIES; ) | |
| COLGATE-PALMOLIVE COMPANY; ) | |
| LEGO A/S; LEGO BRAND RETAIL, INC.; ) | |
| PINTEREST, INC.; TYSON FOODS, INC.; ) | |
| SHELL PLC; SHELL USA, INC.; and ) | |
| SHELL BRANDS INTERNATIONAL AG, ) | |
| ) | |
| ) | |
| *Defendants*. ) | |

## NOTICE OF DISMISSAL OF CLAIMS AGAINST TWITCH INTERACTIVE, INC. PURSUANT TO FRCP 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff X Corp. hereby dismisses without prejudice its claims against Defendant Twitch Interactive, Inc. ("Twitch"). Twitch has not served an answer or a motion for summary judgment. Plaintiff and Twitch will each bear their own fees and costs.

Plaintiff's claims against all other Defendants are unaffected by this dismissal and remain pending.

1

|  |  |
|---|---|
| May 12, 2025 | Respectfully submitted.<br><br>*/s/ John C. Sullivan*<br>John C. Sullivan<br>Texas Bar No. 24083920<br>john.sullivan@the-sl-lawfirm.com<br>Jace R. Yarbrough<br>Texas Bar No. 24110560<br>jace.yarbrough@the-sl-lawfirm.com<br>S\|L LAW PLLC<br>610 Uptown Blvd., Suite 2000<br>Cedar Hill, TX 75104<br>Phone: (469) 523-1351<br>Facsimile: (469) 613-0891<br><br>DHILLON LAW GROUP, INC.<br>Christopher G. Renner*<br>(DC Bar No. 1025699)<br>cgrenner@dhillonlaw,com<br>(571) 430-2240 (voice and fax)<br>Jonathan M. Shaw*<br>(Virginia Bar No. 98497)<br>jshaw@dhillonlaw.com<br>(703) 748-2266 (voice and fax)<br>Andrew K. Mann*<br>(Virginia Bar No. 77021)<br>akmann@dhillonlaw.com<br>(571) 695-2677 (voice and fax)<br>2121 Eisenhower Avenue, Suite 608<br>Alexandria, VA 22314<br><br>*pro hac vice*<br><br>*Attorneys for Plaintiff X Corp.* |

2

## **CERTIFICATE OF SERVICE**

 I certify that on May 12, 2025, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system.

                */s/ John C. Sullivan*

John C. Sullivan
Texas Bar No. 24083920
john.sullivan@the-sl-lawfirm.com
S|L Law PLLC
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Phone: (469) 523-1351

*Attorney for Plaintiff X Corp.*