UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

X Corp. §
*Plaintiff* §
 §
 §
v. § Case No. 7:24-cv-00114-B
 §
 §
World Federation of Advertisers et al. §
*Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Patterson Belknap Webb & Tyler LLP, with offices at

1133 Avenue of the Americas
(Street Address)

New York          NY          10036
(City)            (State)     (Zip Code)

(212) 336-2793          (212) 336-2222
(Telephone No.)         (Fax No.)

**II.** Applicant will sign all filings with the name William F. Cavanaugh, Jr.

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Abbott Laboratories

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____New York_____, where Applicant regularly practices law.

Bar license number: 1715481     Admission date: March 11, 1981

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Southern District of New York | December 14, 1990 | Active |
| Eastern District of New York | February 17, 1982 | Active |
| Second Circuit Court of Appeals | March 1, 1999 | Active |
| U.S. Supreme Court | January 13, 2010 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:         Case No. And Style:

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Thomas M. Melsheimer                                                    , who has offices at

2121 N. Pearl Street, Suite 900
(Street Address)

Dallas                             Texas                 75201
(City)                             (State)               (Zip Code)

(214) 453-6401                     (214) 453-6400
(Telephone No.)                    (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   12    day of May                        , 2025    .

William F. Cavanaugh, Jr.
Printed Name of Applicant

/s/ William F. Cavanaugh, Jr.
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.