

*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

*I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that*

## *William F. Cavanaugh*

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* **March 11, 1981**, *has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on April 11, 2025.*

*Clerk of the Court*

CertID-00225412



**Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300**

HECTOR D. LASALLE
Presiding Justice

DARRELL M. JOSEPH
Clerk of the Court

KENNETH BAND
MELISSA KRAKOWSKI
Deputy Clerks

WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
RIAD P. WILLIAMS
Associate Deputy Clerks

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on [the website of the Unified Court System](#).

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the [Attorney Grievance Committee of the Second Judicial Department](#).

    Bar examination history is available from the [New York State Board of Law Examiners](#).

    Instructions, forms and links are available on [this Court's website](#).

*[signature]*

Darrell M. Joseph
Clerk of the Court

Revised October 2024