IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| X CORP.<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>WORLD FEDERATION OF ADVERTISERS ET AL.,<br>　　　　　Defendants. | Case No. 7:24-cv-00114-B<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Layne E. Kruse, Carlos R. Rainer, and Ellen Sessions are appearing in this matter as attorneys for Defendants Shell plc, Shell Brands International AG, and Shell USA, Inc. Mr. Kruse, Mr. Rainer, and Ms. Sessions are admitted to the bar of the Northern District of Texas.

Pursuant to the Federal Rules of Civil Procedure, Mr. Kruse, Mr. Rainer, and Ms. Sessions are authorized to receive and hereby request service of all pleadings, discovery, communications, notices, orders, and other papers filed or served in this matter, including all CM/ECF notifications. All CM/ECF notifications should be directed to the following email addresses: layne.kruse@nortonrosefulbright.com; carlos.rainer@nortonrosefulbright.com; and ellen.sessions@nortonrosefulbright.com. This Notice of Appearance is filed subject to and without waiver of all objections to jurisdiction and venue.

Dated: May 14, 2025	Respectfully submitted,

By: */s/ Layne E. Kruse*
Layne E. Kruse, Esq.
State Bar No. 11742550
layne.kruse@nortonrosefulbright.com
Carlos R. Rainer, Esq.
State Bar No. 24027641
carlos.rainer@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar Street, Suite 2000
Houston, Texas 77010
Telephone No.: (713) 651-5151
Facsimile No.: (713) 651-5246

Ellen Sessions
State Bar No. 00796282
ellen.sessions@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone No.: (214) 855-8000
Facsimile No.: (214) 855-8200

*Attorneys for Defendants*
*Shell plc, Shell Brands International AG,*
*and Shell USA, Inc.*

## CERTIFICATE OF SERVICE

I certify that on May 14, 2025, a true and correct copy of the foregoing was served electronically on all counsel of record.

　　　*/s/ Layne E. Kruse*
　　　Layne E. Kruse