IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| X Corp., <br><br> Plaintiff, <br><br> v. <br><br> World Federation of Advertisers et al., <br><br> Defendant. | CASE NO. 7:24-cv-00114-B |

**NOTICE OF APPEARANCE OF RUSS FALCONER AS
COUNSEL FOR DEFENDANT NESTLÉ USA**

PLEASE TAKE NOTICE that Defendant Nestlé USA Inc. hereby provides notice that attorney Russ Falconer of the law firm Gibson, Dunn and Crutcher LLP is appearing as its counsel of record in this case.  Copies of all notices, pleadings, and other documents relating to this action should be served on Russ Falconer, at the following address:

> **GIBSON, DUNN & CRUTCHER LLP**
> Russ Falconer
> 2001 Ross Avenue
> Suite 2100
> Dallas, TX  75201-2923
> Telephone:  214.698.3100
> Fax:  214.571.2900
> Email: rfalconer@gibsondunn.com

Dated:  May 14, 2025                                       Respectfully submitted,

*/s/ Russ Falconer*
Russ Falconer, Bar No. 24069695
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Suite 2100
Dallas, TX  75201-2923
Telephone:  214.698.3100
Fax:  214.571.2900
Email:  rfalconer@gibsondunn.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of May, 2025, the foregoing document was electronically filed with the Court using CM/ECF, which will send notification of this filing to counsel of record in the above-captioned case.

/s/ Russ Falconer
Russ Falconer