IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| X Corp., <br><br> Plaintiff, <br><br> v. <br><br> World Federation of Advertisers et al., <br><br> Defendant. | CASE NO. 7:24-cv-00114-B |

### NOTICE OF APPEARANCE OF SCOTT K. HVIDT AS COUNSEL FOR DEFENDANT NESTLÉ USA

PLEASE TAKE NOTICE that Defendant Nestlé USA Inc. hereby provides notice that attorney Scott K. Hvidt of the law firm Gibson, Dunn and Crutcher LLP is appearing as its counsel of record in this case. Copies of all notices, pleadings, and other documents relating to this action should be served on Scott K. Hvidt, at the following address:

**GIBSON, DUNN & CRUTCHER LLP**
Scott K. Hvidt
2001 Ross Avenue
Suite 2100
Dallas, TX  75201-2923
Telephone:  214.698.3100
Fax:  214.571.2900
Email: shvidt@gibsondunn.com

Dated:  May 14, 2025

Respectfully submitted,

*/s/ Scott K. Hvidt*
Scott K. Hvidt, Bar No. 24097864
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Suite 2100
Dallas, TX  75201-2923
Telephone:  214.698.3100
Fax:  214.571.2900
Email:  shvidt@gibsondunn.com

*Attorney for Defendant*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of May, 2025, the foregoing document was electronically filed with the Court using CM/ECF, which will send notification of this filing to counsel of record in the above-captioned case.

                                             */s/ Scott K. Hvidt*
                                                      Scott K. Hvidt