IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 7:24-cv-00114-B |
| WORLD FEDERATION OF ADVERTISERS, *et al.*, | § | |
| | § | |
|     Defendants. | § | |
| | § | |

**DEFENDANT WORLD FEDERATION OF ADVERTISERS'
MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2) AND 12(b)(3)**

**TO THE HONORABLE JANE J. BOYLE, UNITED STATES DISTRICT JUDGE FOR THE NORTHERN DISTRICT OF TEXAS:**

Comes now, Defendant World Federation of Advertisers ("WFA"), and hereby files its Motion to Dismiss Pursuant to FED. R. CIV. P. 12(b)(2) and 12(b)(3) (the "Motion").[1] For the reasons set forth in its accompanying Brief Supporting World Federation of Advertisers' Motion to Dismiss Pursuant to FED. R. CIV. P. 12(b)(2) and 12(b)(3) (the "Brief"), WFA requests that this Court dismiss Plaintiff X Corp.'s case against WFA on the basis that (1) this Court lacks personal jurisdiction over WFA and (2) the Northern District of Texas is an improper venue for this case.

Therefore, for the reasons set forth in its Brief, WFA respectfully requests that the Court grant its Motion in its entirety and dismiss the case against WFA because this Court lacks personal jurisdiction over WFA and the Northern District of Texas is an improper venue for this case.

---

[1] Subject to this Motion, WFA joins in Defendants' Motion to Dismiss for Failure to State a Claim.

1

Dated: May 14, 2025

        Respectfully submitted,

        */s/ David C. Miller*
        **David C. Miller**
         Texas Bar No. 24110114
         dmiller@bradley.com
        **William S. Snyder**
         Texas Bar No. 00786250
         wsnyder@bradley.com
        **Samuel T. Acker**
         Texas Bar No. 24100111
         sacker@bradley.com
        **BRADLEY ARANT BOULT CUMMINGS LLP**
        Fountain Place
        1445 Ross Ave., Suite 3600
        Dallas, TX 75202
        Phone: (214) 257-9800
        Fax: (214) 939-8787

        **Charles E. Elder** (admitted *pro hac vice*)
         Tennessee Bar No. 038250
         celder@bradley.com
        **BRADLEY ARANT BOULT CUMMINGS LLP**
        1221 Broadway, Suite 2400
        Nashville, TN 37203
        Phone: (615) 252-3597
        Fax: (615) 252-6380

        *Counsel for Defendant World Federation of Advertisers*

## CERTIFICATE OF SERVICE

I certify that on May 14, 2025, the foregoing document was filed using the Court's CM/ECF system, which constitutes service to all attorneys of record who have registered for CM/ECF updates.

        */s/ David C. Miller*
        David C. Miller