IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 7:24-cv-00114-B |
| WORLD FEDERATION OF ADVERTISERS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANT WORLD FEDERATION OF ADVERTISERS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2) AND 12(b)(3)**

Before the Court is Defendant World Federation of Advertisers' ("WFA") Motion to Dismiss Pursuant to FED. R CIV. P. 12(b)(2) and 12(b)(3) (the "Motion"). Having considered the Motion, the briefing related thereto, the relevant evidence, the record, and the applicable law, the Court finds that the Motion should be, in all things, **GRANTED**.

Therefore, the Court **GRANTS** the Motion and hereby **DISMISSES WITHOUT PREJUDICE** all of Plaintiff X Corp.'s claims against WFA, as set forth in the Second Amended Complaint (Dkt. 77).

IT IS SO ORDERED this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE

1