IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| X Corp., <br><br> Plaintiff, <br><br> v. <br><br> World Federation of Advertisers et al., <br><br> Defendant. | CASE NO. 7:24-cv-00114-B |

**NOTICE OF APPEARANCE OF PRERAK SHAH AS
COUNSEL FOR DEFENDANT NESTLÉ USA**

PLEASE TAKE NOTICE that Defendant Nestlé USA Inc. hereby provides notice that attorney Prerak Shah of the law firm Gibson, Dunn and Crutcher LLP is appearing as its counsel of record in this case.  Copies of all notices, pleadings, and other documents relating to this action should be served on Prerak Shah, at the following address:

> **GIBSON, DUNN & CRUTCHER LLP**
> Prerak Shah
> 811 Main Street
> Suite 3000
> Houston, TX  77002-6117
> Telephone:  346.718.6600
> Fax:  346.718.6620
> Email:  pshah@gibsondunn.com

| | |
|---|---|
| Dated: May 14, 2025 | Respectfully submitted, |

*/s/ Prerak Shah*
Prerak Shah, Bar No. 24075053
GIBSON, DUNN & CRUTCHER LLP
811 Main Street
Suite 3000
Houston, TX  77002-6117
Telephone:  346.718.6600
Fax:  346.718.6620
Email:  pshah@gibsondunn.com

*Attorney for Defendant*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 14th day of May, 2025, the foregoing document was electronically filed with the Court using CM/ECF, which will send notification of this filing to counsel of record in the above-captioned case.

*/s/ Prerak Shah*
Prerak Shah
