IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| X Corp., <br><br> Plaintiff, <br><br> v. <br><br> World Federation of Advertisers et al., <br><br> Defendant. | CASE NO. 7:24-cv-00114-B |

### NOTICE OF APPEARANCE OF GREGG J. COSTA AS COUNSEL FOR DEFENDANT NESTLÉ USA

PLEASE TAKE NOTICE that Defendant Nestlé USA Inc. hereby provides notice that attorney Gregg J. Costa of the law firm Gibson, Dunn and Crutcher LLP is appearing as its counsel of record in this case. Copies of all notices, pleadings, and other documents relating to this action should be served on Gregg J. Costa, at the following address:

**GIBSON, DUNN & CRUTCHER LLP**
Gregg J. Costa
811 Main Street
Suite 3000
Houston, TX  77002-6117
Telephone:  346.718.6600
Fax:  346.718.6620
Email:  gcosta@gibsondunn.com

Dated:  May 14, 2025				Respectfully submitted,

						*/s/ Gregg J. Costa*
						Gregg J. Costa, Bar No. 24028160
						GIBSON, DUNN & CRUTCHER LLP
						811 Main Street
						Suite 3000
						Houston, TX  77002-6117
						Telephone:  346.718.6600
						Fax:  346.718.6620
						Email:  gcosta@gibsondunn.com

						*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of May, 2025, the foregoing document was electronically filed with the Court using CM/ECF, which will send notification of this filing to counsel of record in the above-captioned case.

*/s/ Gregg J. Costa*
Gregg J. Costa