# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

X Corp.
Plaintiff

v.

7:24-cv-00114-B
Civil Action No.

World Federation of Advertisers, et al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Nestle USA, Inc.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Nestlé USA, Inc. is a wholly owned subsidiary of Nestlé Holdings, Inc., which is a wholly owned subsidiary of NIMCO US, Inc., which is a wholly owned subsidiary of Nestlé US Holdco, Inc., which is a wholly owned subsidiary of Société des Produits Nestlé S.A., which is a wholly owned subsidiary of Nestlé S.A., a publicly traded Swiss corporation whose shares are traded in the United States in the form of American Depositary Receipts. No publicly held corporation owns 10% or more of the stock of Nestlé S.A.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

X Corp., World Federation of Advertisers, Mars, Inc., CVS Health Corp., Ørstead A/S, Nestle S.A., Nestle USA, Inc., Abbott Laboratories, Colgate-Palmolive Company, LEGO A/S, LEGO Brand Retail, Inc., Pinterest, Inc., Shell PLC, Shell USA, Inc., Shell Brands International AG

| | |
|---|---|
| Date: | 5/14/25 |
| Signature: | /s/ Russ Falconer |
| Print Name: | Russ Falconer |
| Bar Number: | Texas Bar No. 24069695 |
| Address: | 2001 Ross Avenue, Suite 2100 |
| City, State, Zip: | Dallas, TX 75201-2923 |
| Telephone: | (214) 698-3100 |
| Fax: | (214) 571-2958 |
| E-Mail: | rfalconer@gibsondunn.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.