**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **X CORP.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **WORLD FEDERATION OF** | § | **Case No. 7:24-cv-00114-B** |
| **ADVERTISERS; MARS, INCORPORATED;** | § | |
| **CVS HEALTH CORPORATION; ØRSTED** | § | |
| **A/S; TWITCH INTERACTIVE, INC.;** | § | |
| **NESTLÉ S.A.; NESTLE USA, INC.;** | § | |
| **ABBOTT LABORATORIES; COLGATE** | § | |
| **PALMOLIVE COMPANY; LEGO A/S;** | § | |
| **LEGO BRANDS RETAIL, INC.;** | § | |
| **PINTEREST, INC; TYSON FOODS, INC.;** | § | |
| **SHELL PLC; SHELL USA, INC.; and** | § | |
| **SHELL BRANDS INTERNATIONAL AG,** | § | |
| | § | |
| **Defendants.** | § | |

**SHELL PLC'S MOTION TO DISMISS FOR LACK OF PERSONAL**
**JURISDICTION AND IMPROPER VENUE**

For the reasons explained in its simultaneously filed Brief, Defendant Shell plc respectfully asks the Court to dismiss Shell plc for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2) and for improper venue under Federal Rule of Civil Procedure 12(b)(3).

Subject to and without waiver of its Motion to Dismiss under Rule 12(b)(2) and Rule 12(b)(3), Shell plc also adopts and incorporates by reference the arguments set forth in Defendants' Motion to Dismiss for Failure to State a Claim, and accompanying, Brief in Support of Motion to Dismiss for Failure to State a Claim.

Dated: May 14, 2025

Respectfully submitted,

By: */s/ Layne E. Kruse*
Layne E. Kruse
State Bar No. 11742550
layne.kruse@nortonrosefulbright.com
Carlos R. Rainer
State Bar No. 24027641
carlos.rainer@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar Street, Suite 2000
Houston, Texas 77010
Telephone No.: (713) 651-5151
Facsimile No.: (713) 651-5246

Ellen Sessions
State Bar No. 00796282
ellen.sessions@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone No.: (214) 855-8000
Facsimile No.: (214) 855-8200

*Attorneys for Defendant Shell plc*

## CERTIFICATE OF SERVICE

I certify that on May 14, 2025, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system.

Dated: May 14, 2025

Respectfully submitted,

By: */s/ Layne E. Kruse*
Layne E. Kruse
State Bar No. 11742550
layne.kruse@nortonrosefulbright.com
Carlos R. Rainer
State Bar No. 24027641
carlos.rainer@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar Street, Suite 2000
Houston, Texas 77010
Telephone No.: (713) 651-5151
Facsimile No.: (713) 651-5246

Ellen Sessions
State Bar No. 00796282
ellen.sessions@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone No.: (214) 855-8000
Facsimile No.: (214) 855-8200

*Attorneys for Defendant Shell plc*