IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| X CORP., <br><br> Plaintiff, <br><br> v. <br><br> WORLD FEDERATION OF ADVERTISERS; MARS, INCORPORATED; CVS HEALTH CORPORATION; ØRSTED A/S; TWITCH INTERACTIVE, INC.; NESTLÉ S.A; NESTLE USA, INC.; ABBOTT LABORATORIES; COLGATE PALMOLIVE COMPANY; LEGO A/S; LEGO BRANDS RETAIL, INC.; PINTEREST, INC; TYSON FOODS, INC.; SHELL PLC; SHELL USA, INC.; and SHELL BRANDS INTERNATIONAL AG, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § §  Case No. 7:24-cv-00114-B |

**ORDER GRANTING MOTION TO DISMISS SHELL PLC FOR
LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**

Before the Court is Defendant Shell plc's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue filed on May 14, 2025 ("the "Motion"). Having considered the Motion, the briefing thereto, the record, and the applicable law, it is hereby **ORDERED** that Shell plc's Motion is **GRANTED** and that Shell plc is **DISMISSED**.

IT IS SO ORDERED this _____ day of _____ 2025.

_____
HON. JANE J. BOYLE
UNITED STATES DISTRICT JUDGE