IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **X CORP.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | |
| **WORLD FEDERATION OF ADVERTISERS; MARS, INCORPORATED; CVS HEALTH CORPORATION; ØRSTED A/S; TWITCH INTERACTIVE, INC.; NESTLÉ S.A; NESTLE USA, INC.; ABBOTT LABORATORIES; COLGATE PALMOLIVE COMPANY; LEGO A/S; LEGO BRANDS RETAIL, INC.; PINTEREST, INC; TYSON FOODS, INC.; SHELL PLC; SHELL USA, INC.; and SHELL BRANDS INTERNATIONAL AG,** | § | Case No. 7:24-cv-00114-B |
| **Defendants.** | § | |

## ORDER GRANTING MOTION TO DISMISS SHELL BRANDS INTERNATIONAL AG FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE

Before the Court is Defendant Shell Brands International AG's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue filed on May 14, 2025 ("the "Motion"). Having considered the Motion, the briefing thereto, the record, and the applicable law, it is hereby **ORDERED** that Shell Brands International AG's Motion is **GRANTED** and that Shell Brands International AG is **DISMISSED**.

IT IS SO ORDERED this _____ day of _____ 2025.

_____
HON. JANE J. BOYLE
UNITED STATES DISTRICT JUDGE