IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | No. 7:24-cv-00114-B |
| | § | |
| WORLD FEDERATION OF ADVERTISERS; | § | |
| MARS, INCORPORATED; | § | |
| CVS HEALTH CORPORATION; | § | |
| ØRSTED A/S; | § | |
| TWITCH INTERACTIVE, INC. | § | |
| NESTLÉ S.A.; NESTLE USA, INC.; | § | |
| ABBOTT LABORATORIES; | § | |
| COLGATE-PALMOLIVE COMPANY; | § | |
| LEGO A/S; LEGO BRAND RETAIL, INC.; | § | |
| PINTEREST, INC.; | § | |
| TYSON FOODS, INC.; | § | |
| SHELL PLC; SHELL USA, INC.; AND | § | |
| SHELL BRANDS INTERNATIONAL AG, | § | |
| | § | |
|     *Defendants*. | § | |

**DEFENDANT LEGO A/S'S MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION**

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendant LEGO A/S, by its attorneys, respectfully moves this Court to dismiss Plaintiff X Corp.'s Complaint for lack of personal jurisdiction over LEGO A/S.[1]

As set forth in the accompanying Brief in Support and Appendix, this Court lacks personal jurisdiction over LEGO A/S, under both the Texas long-arm statute and Section 12 of

---

[1] Plaintiff's claims cannot proceed in this Court against Lego A/S because it is not subject to personal jurisdiction in Texas. But, even if this Court finds otherwise, this suit cannot proceed because Plaintiff fails to state a claim, as demonstrated in the concurrently-filed Motion to Dismiss for Failure to State a Claim, which Lego A/S joins subject to and without waiving its jurisdictional objections.

the Clayton Act, 15 U.S.C. § 22. LEGO A/S is a Danish corporation with no meaningful ties to Texas or the United States and has undertaken no actions connected to X Corp.'s claims in Texas or the United States. Because X Corp.'s Complaint is devoid of any plausible allegations establishing that LEGO A/S has the necessary minimum contacts required to authorize personal jurisdiction, there is no legal basis for this Court to exercise personal jurisdiction over LEGO A/S.  For the reasons set forth above and more fully in the accompanying Brief in Support and Appendix, LEGO A/S respectfully requests that this Court dismiss LEGO A/S from this lawsuit.

Dated: May 14, 2025

                                      Respectfully submitted,

By:        */s/ Minoo Blaesche*
            Minoo Blaesche
            mblaesche@jw.com
            **JACKSON WALKER LLP**
            Texas Bar No. 24075102
            2323 Ross Avenue, Suite 600
            Dallas, TX 75201
            Phone: (214) 953-6051
            Fax: (214) 661-6800

            Chahira Solh  (*Admitted Pro Hac Vice*)
            csolh@crowell.com
            **CROWELL & MORING LLP**
            3 Park Plaza, 20th Floor
            Irvine, CA 92614
            Phone: (949) 798-1367

            Sima Namiri-Kalantari  (*Admitted Pro Hac Vice*)
            snamiri@crowell.com
            **CROWELL & MORING LLP**
            515 South Flower Street, 41st Floor
            Los Angeles, CA 90071
            Phone: (213) 443-5564

Kenneth Dintzer  (*Admitted Pro Hac Vice*)
kdintzer@crowell.com
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: (202) 624-2561

*Attorneys for LEGO A/S*

**CERTIFICATE OF SERVICE**

The undersigned Counsel hereby certifies that on this 14th day of May 2025, notice of the foregoing pleading was provided via the CM/ECF system to the counsel of record.

/s/ Minoo Blaesche
Minoo Blaesche
*Attorney for LEGO A/S*