IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | No. 7:24-cv-00114-B |
| WORLD FEDERATION OF ADVERTISERS; MARS, INCORPORATED; CVS HEALTH CORPORATION; ØRSTED A/S; TWITCH INTERACTIVE, INC. NESTLÉ S.A.; NESTLE USA, INC.; ABBOTT LABORATORIES; COLGATE-PALMOLIVE COMPANY; LEGO A/S; LEGO BRAND RETAIL, INC.; PINTEREST, INC.; TYSON FOODS, INC.; SHELL PLC; SHELL USA, INC.; AND SHELL BRANDS INTERNATIONAL AG, | § § § § § § § § § § § § § § § | |
| *Defendants*. | § § | |

### [PROPOSED] ORDER GRANTING DEFENDANT LEGO A/S'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

On this day, this Court considered Defendant LEGO A/S's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(2). After considering the Motion, the Response, the Reply, and other related documents on file in this case, this Court finds that LEGO A/S's Motion should be **GRANTED**. It is, therefore, **ORDERED**, **ADJUDGED**, AND **DECREED** that all of Plaintiff X Corp.'s claims and causes of action asserted against LEGO A/S are hereby dismissed.

SIGNED this ___ day of _____, 2025.

_____
Hon. Jane J. Boyle
United States District Judge
