IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | No. 7:24-cv-00114-B |
| | § | |
| WORLD FEDERATION OF ADVERTISERS; | § | |
| MARS, INCORPORATED; | § | |
| CVS HEALTH CORPORATION; | § | |
| ØRSTED A/S; | § | |
| TWITCH INTERACTIVE, INC. | § | |
| NESTLÉ S.A.; NESTLE USA, INC.; | § | |
| ABBOTT LABORATORIES; | § | |
| COLGATE-PALMOLIVE COMPANY; | § | |
| LEGO A/S; LEGO BRAND RETAIL, INC.; | § | |
| PINTEREST, INC.; | § | |
| TYSON FOODS, INC.; | § | |
| SHELL PLC; SHELL USA, INC.; AND | § | |
| SHELL BRANDS INTERNATIONAL AG, | § | |
| | § | |
|     *Defendants*. | § | |

**CORPORATE DISCLOSURE STATEMENT AND**
**<u>CERTIFICATE OF INTERESTED PERSONS</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Local Rules 3.1(c), and Local Rule 7.4, Defendant Lego Brand Retail, Inc. ("LEGO Brand Retail") certifies that LEGO Brand Retail is a wholly owned subsidiary of privately held corporation LEGO Systems, Inc. No publicly-held corporation owns 10% or more of LEGO Brand Retail's stock.

LEGO Brand Retail also discloses that to the best of its knowledge, the following is a list of persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations and other legal entities that are financially interested in the outcome of this case:

- All parties to this case

- LEGO Systems, Inc.

- Entities identified in Plaintiff's Certificate of Interested Persons (ECF No. 2)

Dated: May 14, 2025

Respectfully submitted,

By:  

/s/ Minoo Blaesche  
Minoo Blaesche  
mblaesche@jw.com  
**JACKSON WALKER LLP**  
Texas Bar No. 24075102  
2323 Ross Avenue, Suite 600  
Dallas, TX 75201  
Phone: (214) 953-6051  
Fax: (214) 661-6800  

Chahira Solh  (*Admitted Pro Hac Vice*)  
csolh@crowell.com  
**CROWELL & MORING LLP**  
3 Park Plaza, 20th Floor  
Irvine, CA 92614  
Phone: (949) 798-1367  

Sima Namiri-Kalantari  (*Admitted Pro Hac Vice*)  
snamiri@crowell.com  
**CROWELL & MORING LLP**  
515 South Flower Street, 41st Floor  
Los Angeles, CA 90071  
Phone: (213) 443-5564  

Kenneth Dintzer  (*Admitted Pro Hac Vice*)  
kdintzer@crowell.com  
**CROWELL & MORING LLP**  
1001 Pennsylvania Avenue, NW  
Washington, DC 20004  
Phone: (202) 624-2561  

*Attorneys for Lego Brand Retail, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned Counsel hereby certifies that on this 14th day of May 2025, notice of the foregoing pleading was provided via the CM/ECF system to the counsel of record.

                                  */s/Minoo S. Blaesche*
                                  Minoo S. Blaesche
                                  *Attorney for Lego Brand Retail, Inc.*