# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

X Corp.
Plaintiff

v.

Case No. 7:24-CV-00114-B
Civil Action No.

World Federation of Advertisers et al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Shell Brands International AG

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Shell Brands International AG is a wholly owned subsidiary whose ultimate parent is Shell plc. No publicly held corporation owns 10% or more of Shell plc's stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

X Corp, World Federation of Advertisers, Mars, Incorporated, CVS Health Corporation, Orstead A/S, Twitch Interactive, Inc., Nestle S.A, Nestle USA, Inc., Abbott Laboratories, Colgate Palmolive Company, Lego A/S, Lego Brands Retail, Inc., Pinterest, Inc., Tyson Foods, Inc., Shell plc, Shell Brands International AG, Shell USA, Inc.

In filing this statement, Shell Brands International AG does not waive its defenses, including jurisdictional defenses.

| | |
|---|---|
| Date: | May 14, 2025 |
| Signature: | /s/ Ellen Sessions |
| Print Name: | Ellen Sessions |
| Bar Number: | Texas Bar #00796282 |
| Address: | 2200 Ross Avenue, Suite 3600 |
| City, State, Zip: | Dallas, Texas 75201-7932 |
| Telephone: | +1 214 855-8000 |
| Fax: | +1 214 855-8200 |
| E-Mail: | ellen.sessions@nortonrosefulbright.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.