IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| X CORP., <br><br>　　*Plaintiff*, <br><br>v. <br><br>WORLD FEDERATION OF ADVERTISERS; <br>MARS, INCORPORATED; <br>CVS HEALTH CORPORATION; <br>ØRSTED A/S; <br>TWITCH INTERACTIVE, INC. <br>NESTLÉ S.A.; NESTLE USA, INC.; <br>ABBOTT LABORATORIES; <br>COLGATE-PALMOLIVE COMPANY; <br>LEGO A/S; LEGO BRAND RETAIL, INC.; <br>PINTEREST, INC.; <br>TYSON FOODS, INC.; <br>SHELL PLC; SHELL USA, INC.; AND <br>SHELL BRANDS INTERNATIONAL AG, <br><br>　　*Defendants*. | No. 7:24-cv-00114-B |

**CORPORATE DISCLOSURE STATEMENT AND**
**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1, Local Rules 3.1(c), and Local Rule 7.4, Defendant LEGO A/S certifies[1] that LEGO A/S is owned by KIRKBI A/S (75%), a private Danish company that is wholly owned by the Kirk Kristiansen family; and Koldingvej 2, Billund A/S (25%), a Danish entity that is wholly owned by the LEGO Foundation. To the best of Defendant's knowledge, no publicly held corporation currently owns 10% or more of the LEGO Foundation's stock.

---

[1] LEGO A/S provides this Corporate Disclosure Statement and Certificate of Interested Persons as required by the Federal and Local rules. This submission by LEGO A/S should not be construed as consent to jurisdiction by this Court over LEGO A/S.

LEGO A/S also discloses that to the best of its knowledge, the following is a list of persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations and other legal entities that are financially interested in the outcome of this case:

- All parties to this case
- KIRKBI A/S
- The Kirk Kristiansen family, including Thomas Kirk Kristiansen
- K2 Fonden af 2023
- Koldingvej 2, Billund A/S
- LEGO Foundation
- Entities identified in Plaintiff's Certificate of Interested Persons (ECF No. 2)

Dated: May 14, 2025

Respectfully submitted,

By:   /s/ Minoo Blaesche
Minoo Blaesche
mblaesche@jw.com
**JACKSON WALKER LLP**
Texas Bar No. 24075102
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Phone: (214) 953-6051
Fax: (214) 661-6800

Chahira Solh  (*Admitted Pro Hac Vice*)
csolh@crowell.com
**CROWELL & MORING LLP**
3 Park Plaza, 20th Floor
Irvine, CA 92614
Phone: (949) 798-1367

Sima Namiri-Kalantari  (*Admitted Pro Hac Vice*)
snamiri@crowell.com
**CROWELL & MORING LLP**
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Phone: (213) 443-5564

Kenneth Dintzer  (*Admitted Pro Hac Vice*)
kdintzer@crowell.com
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: (202) 624-2561

*Attorneys for LEGO A/S*

## **CERTIFICATE OF SERVICE**

    The undersigned Counsel hereby certifies that on this 14th day of May 2025, notice of the foregoing pleading was provided via the CM/ECF system to the counsel of record.

                                                */s/Minoo S. Blaesche*
                                                Minoo S. Blaesche
                                                *Attorney for LEGO A/S*