**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| X CORP.,<br><br>                *Plaintiff,*<br><br>v.<br><br>WORLD FEDERATION OF ADVERTISERS; MARS, INCORPORATED; CVS HEALTH CORPORATION; ØRSTED A/S; TWITCH INTERACTIVE, INC.; NESTLÉ S.A.; NESTLE USA, INC.; ABBOTT LABORATORIES; COLGATE-PALMOLIVE COMPANY; LEGO A/S; LEGO BRAND RETAIL, INC.; PINTEREST, INC.; TYSON FOODS, INC.; SHELL PLC; SHELL USA, INC. and SHELL BRANDS INTERNATIONAL AG,<br><br>                *Defendants.* | Civil Action No. 7:24-cv-00114-B |

**[PROPOSED ORDER] GRANTING DEFENDANT NESTLÉ S.A.'S
MOTION FOR LEAVE TO WAIVE LOCAL COUNSEL REQUIREMENT**

      Before the Court is Defendant Nestlé S.A.'s Motion for Leave to Waive Local Counsel Requirement. Having considered the Motion, the briefing related thereto, the record, and the applicable law, Nestlé S.A.'s Motion is **GRANTED** and it is hereby **ORDERED** that Nestlé S.A. may proceed in this matter without local counsel.

      IT IS SO ORDERED this _____ day of _____, _____.

 

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE