IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| X CORP., <br>      *Plaintiff,* <br><br>     v. <br><br> WORLD FEDERATION OF ADVERTISERS; MARS, INCORPORATED; CVS HEALTH CORPORATION; ØRSTED A/S; TWITCH INTERACTIVE, INC.; NESTLÉ S.A.; NESTLE USA, INC.; ABBOTT LABORATORIES; COLGATE-PALMOLIVE COMPANY; LEGO A/S; LEGO BRAND RETAIL, INC.; PINTEREST, INC.; TYSON FOODS, INC.; SHELL PLC; SHELL USA, INC. and SHELL BRANDS INTERNATIONAL AG, <br><br>      *Defendants.* | Civil Action No. 7:24-cv-00114-B |

## NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT NESTLÉ S.A.

PLEASE TAKE NOTICE that Carmine R. Zarlenga of the law firm Mayer Brown LLP enters this appearance in the above-captioned and numbered matter for Defendant Nestlé S.A.

PLEASE TAKE FURTHER NOTICE that pursuant to Federal Rule of Civil Procedure 5(b)(1), Carmine R. Zarlenga requests that he be included on the service of all notices, pleadings, and other documents filed in this case at the following address:

 Carmine R. Zarlenga
 Mayer Brown LLP
 1999 K Street, NW
 Washington, DC 20006
 Tel: (202) 263-3227
 Fax: (202) 263-5227
 czarlenga@mayerbrown.com

Dated: May 14, 2025 Respectfully submitted,

By: */s/ Carmine R. Zarlenga*
Carmine R. Zarlenga
NDTX Bar No. 386244DC
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Tel: (202) 263-3227
Fax: (202) 263-5227
Email: czarlenga@mayerbrown.com

*Attorney for Defendant Nestlé S.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Carmine R. Zarlenga*
Carmine R. Zarlenga