IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
|    *Plaintiff*, | § | |
| | § | |
| V. | § | Civil Action No. 7:24-CV-00114-B |
| | § | |
| WORLD FEDERATION OF | § | |
| ADVERTISERS; UNILEVER PLC; | § | |
| UNILEVER UNITED STATES, INC,; | § | |
| MARS, INCORPORATED; CVS HEALTH | § | |
| CORPORATION; AND ØRSTED A/S; | § | |
| | § | |
|    *Defendants*. | § | |

## **DEFENDANT'S NOTICE OF APPEARANCE OF LARS L. BERG**

Notice is hereby given that the undersigned attorney is entering an appearance as counsel for defendant Colgate-Palmolive Company in the above-styled and numbered case:

Lars L. Berg
State Bar No. 00787072
**KELLY HART & HALLMAN**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
Email: lars.berg@kellyhart.com

Please provide Mr. Berg with copies of all notices, correspondence, pleadings, or other documents in this case.

| | |
|---|---|
| Dated: May 14, 2025 | Respectfully submitted,<br><br>*/s/ Lars L. Berg*　　　　　<br>Lars L. Berg<br>State Bar No. 00787072<br>lars.berg@kellyhart.com<br>KELLY HART & HALLMAN LLP<br>201 Main Street, Suite 2500<br>Fort Worth, Texas 76102<br>Telephone: (817) 332-2500<br>Facsimile: (817) 878-9280<br><br>**ATTORNEYS FOR DEFENDANT<br>COLGATE-PALMOLIVE COMPANY** |

## CERTIFICATE OF SERVICE

I certify that, on May 14, 2025, a true and correct copy of the foregoing document was served on all counsel of record electronically via the Court's ECF system in accordance with the Federal Rules of Civil Procedure.

　　　　　　　　　　　　　　　　　　　　*/s/ Lars L. Berg*　　　_____
　　　　　　　　　　　　　　　　　　　　Lars L. Berg