IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | No. 7:24-cv-00114-B |
| | § | |
| WORLD FEDERATION OF ADVERTISERS; | § | |
| MARS, INCORPORATED; | § | |
| CVS HEALTH CORPORATION; | § | |
| ØRSTED A/S; | § | |
| NESTLÉ S.A.; NESTLE USA, INC.; | § | |
| ABBOTT LABORATORIES; | § | |
| COLGATE-PALMOLIVE COMPANY; | § | |
| LEGO A/S; LEGO BRAND RETAIL, INC.; | § | |
| PINTEREST, INC.; | § | |
| TYSON FOODS, INC.; | § | |
| SHELL PLC; SHELL USA, INC.; AND | § | |
| SHELL BRANDS INTERNATIONAL AG, | § | |
| | § | |
| *Defendants.* | § | |

## DEFENDANT ØRSTED A/S'S MOTION TO DISMISS
## FOR LACK OF PERSONAL JURISDICTION

TO THE HONORABLE JANE J. BOYLE, UNITED STATES DISTRICT JUDGE:

Defendant Ørsted A/S files this Motion to Dismiss for Lack of Personal Jurisdiction (the

"***Motion***"), respectfully requesting that the Court dismiss all of Plaintiff X Corp.'s ("*X*") claims

against Ørsted A/S under FED. R. CIV. P. 12(b)(2) for the following reasons:

1. **Lack of General Jurisdiction** – Ørsted A/S does not maintain continuous and systematic contacts to render itself at home in the State of Texas;

2. **Lack of Specific Jurisdiction** – X fails to allege any activity by Ørsted A/S that amounts to a substantial connection to the State of Texas that relates to the allegedly wrongful conduct at issue in this case;

3. **Jurisdictional Contacts of Ørsted A/S's Subsidiaries Cannot Be Attributed to Ørsted A/S** – X fails to allege any reason to impute the contacts of Ørsted A/S's subsidiaries to Ørsted A/S and, regardless, Ørsted A/S and its subsidiaries are all separate and distinct entities.

4.    **Section 12 of the Clayton Act:** Personal jurisdiction over Ørsted A/S cannot be established under Section 12 of the Clayton Act.

Ørsted A/S is contemporaneously filing with this Motion its Brief in Support of Motion to Dismiss for Lack of Personal Jurisdiction (the "Brief"), which contains the Court-required statement of facts and legal argument detailing Ørsted A/S's Fed. R. Civ. P. 12(b)(2) grounds listed above.

Subject to and without waiver of its motion under Rule 12(b)(2), Ørsted A/S joins in Defendants' Motion to Dismiss for Failure to State a Claim, filed this same day, for the reasons stated in that motion and the brief in support thereof.

For the reasons set forth in this Motion and the Brief, Ørsted A/S respectfully requests the Court to grant this motion and dismiss the claims against Ørsted A/S for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2).

Dated: May 14, 2025

Respectfully submitted,

*/s/Jason M. Powers*
Jason M. Powers
  Texas Bar No. 24007867
  jpowers@velaw.com
VINSON & ELKINS LLP
 845 Texas Ave., Suite 4700
Houston, TX 77002
Phone (713) 758-2222

George M. Kryder
  Texas Bar No. 11742900
  gkryder@velaw.com
Avery Westerlund
  State Bar No. 24125453
  awesterlund@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, TX  75201-2975
Phone (214) 220-7700

Stephen Medlock (admitted *pro hac vice*)
  D.C. Bar No. 995636
  smedlock@velaw.com
Adam Hudes (admitted *pro hac vice*)
  D.C. Bar No. 495188
  ahudes@velaw.com
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Phone: (202) 639-6578

*Attorneys for Defendant Ørsted A/S*

## CERTIFICATE OF SERVICE

I certify that on May 14, 2025, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system

*/s/Jason M. Powers*
Jason M. Powers