IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | No. 7:24-cv-00114-B |
| | § | |
| WORLD FEDERATION OF ADVERTISERS; | § | |
| MARS, INCORPORATED; | § | |
| CVS HEALTH CORPORATION; | § | |
| ØRSTED A/S; | § | |
| NESTLÉ S.A.; NESTLE USA, INC.; | § | |
| ABBOTT LABORATORIES; | § | |
| COLGATE-PALMOLIVE COMPANY; | § | |
| LEGO A/S; LEGO BRAND RETAIL, INC.; | § | |
| PINTEREST, INC.; | § | |
| TYSON FOODS, INC.; | § | |
| SHELL PLC; SHELL USA, INC.; AND | § | |
| SHELL BRANDS INTERNATIONAL AG, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER GRANTING ØRSTED A/S'S MOTION TO DISMISS FOR LACK OF JURISDICTION

Before the Court is Ørsted A/S's Motion to Dismiss for Lack of Jurisdiction (the "Motion"). Having considered the Motion, the related briefing, the pleadings on file, and the applicable law, the Court hereby **ORDERS** that the Motion is **GRANTED**. All claims against Ørsted A/S are **DISMISSED** for lack of jurisdiction.

IT IS SO ORDERED this _____ day of _____, _____.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE