IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., § | | |
| § | | |
|    PLAINTIFF, § | | |
| § | | |
| V. § | No. 7:24-CV-00114-B | |
| § | | |
| WORLD FEDERATION OF ADVERTISERS; § | | |
| MARS, INCORPORATED; § | | |
| CVS HEALTH CORPORATION; § | | |
| ØRSTED A/S; § | | |
| NESTLÉ S.A.; NESTLE USA, INC.; § | | |
| ABBOTT LABORATORIES; § | | |
| COLGATE-PALMOLIVE COMPANY; § | | |
| LEGO A/S; LEGO BRAND RETAIL, INC.; § | | |
| PINTEREST, INC.; § | | |
| TYSON FOODS, INC.; § | | |
| SHELL PLC; SHELL USA, INC.; AND § | | |
| SHELL BRANDS INTERNATIONAL AG, § | | |
| § | | |
|    DEFENDANTS. § | | |

**DEFENDANT ØRSTED A/S's
CERTIFICATE OF INTERESTED PERSONS**

TO THE HONORABLE JANE J. BOYLE, UNITED STATES DISTRICT JUDGE:

Under FED. R. CIV. P. 7.1 and Local Rule 3.1, Defendant Ørsted A/S ("Ørsted") respectfully provides the following information:

**For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):**

1. The Danish State (the Kingdom of Denmark), exercising its shareholder rights through the Danish Ministry of Finance.
2. Equinor ASA, a corporation organized under the laws of Norway.

**A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case. If a large group of**

**persons or firms can be specified by a generic description, individual listing is not necessary.**

Ørsted is not aware of persons or entities having a pecuniary interest in the outcome of this case other than the parties to the case.

Dated: May 14, 2025

Respectfully submitted,

VINSON & ELKINS L.L.P.

*/s/Jason M. Powers*
Jason M. Powers
  Texas Bar No. 24007867
  jpowers@velaw.com
VINSON & ELKINS L.L.P.
 845 Texas Ave., Suite 4700
 Houston, TX 77002
 Phone (713) 758-2222

 George M. Kryder
  Texas Bar No. 11742900
  gkryder@velaw.com
 Avery Westerlund
  State Bar No. 24125453
  awesterlund@velaw.com
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3900
Dallas, TX  75201-2975
Phone (214) 220-7700

Stephen Medlock (admitted *pro hac vice*)
  D.C. Bar No. 995636
  smedlock@velaw.com
Adam Hudes (admitted *pro hac vice*)
  D.C. Bar No. 495188
  ahudes@velaw.com
VINSON & ELKINS L.L.P.
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Phone: (202) 639-6578

*Attorneys for Defendant Ørsted A/S*

## CERTIFICATE OF SERVICE

      I certify that on May 14, 2025, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system

                                                */s/Jason M. Powers*
                                                Jason M. Powers