IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | No. 7:24-cv-00114-B |
| | § | |
| WORLD FEDERATION OF ADVERTISERS; | § | |
| MARS, INCORPORATED; | § | |
| CVS HEALTH CORPORATION; | § | |
| ØRSTED A/S; | § | |
| NESTLÉ S.A.; NESTLE USA, INC.; | § | |
| ABBOTT LABORATORIES; | § | |
| COLGATE-PALMOLIVE COMPANY; | § | |
| LEGO A/S; LEGO BRAND RETAIL, INC.; | § | |
| PINTEREST, INC.; | § | |
| TYSON FOODS, INC.; | § | |
| SHELL PLC; SHELL USA, INC.; AND | § | |
| SHELL BRANDS INTERNATIONAL AG, | § | |
| | § | |
|     *Defendants*. | § | |

## DEFENDANTS' MOTION TO DISMISS
## FOR FAILURE TO STATE A CLAIM

TO THE HONORABLE JANE J. BOYLE, UNITED STATES DISTRICT JUDGE:

Defendants file this Motion to Dismiss for Failure to State a Claim (the "***Motion***"), respectfully requesting that the Court dismiss all of Plaintiff X Corp.'s ("***X***") claims against Defendants under Fed. R. Civ. P. 12(b)(6) for the following reasons:

1. X does not state a claim under the Sherman Act for group boycott;

2. X does not state a claim under the Sherman Act for conspiracy to exchange information; and

3. X's Complaint relies on impermissible group pleading.

Defendants are contemporaneously filing with this Motion their Brief in Support of Motion to Dismiss for Failure to State a Claim (the "Brief"), which contains the Court-required statement of facts and legal argument detailing Defendants' Fed. R. Civ. P. 12(b)(6) grounds listed above.

For the reasons set forth in this Motion and the Brief, Defendants respectfully request the Court grant this motion and dismiss the claims against Defendants with prejudice for failure to state a claim under Fed. R. Civ. P. 12(b)(6).


Dated: May 14, 2025

| | |
|---|---|
| /s/ *Brian E. Robison* | /s/ *Russ Falconer* |
| Brian E. Robison | Russ Falconer |
|   Texas Bar No. 00794547 |   Texas Bar No. 24069695 |
|   brian@brownfoxlaw.com |   RFalconer@gibsondunn.com |
| Michael L. Baum | Scott Hvidt |
|   Texas Bar No. 24006815 |   Texas Bar No. 24097864 |
|   mbaum@brownfoxlaw.com |   SHvidt@gibsondunn.com |
| Paulette C. Miniter | Gibson, Dunn & Crutcher LLP |
|   Texas Bar No. 24075153 | 2001 Ross Avenue, Suite 2100 |
|   paulette@brownfoxlaw.com | Dallas, TX 75201-2923 |
| C. Alan Carrillo | Phone: (214) 698-3100 |
|   Texas Bar No. 24109693 | |
|   alan@brownfoxlaw.com | Gregg Costa |
| Farwa Zahra |   Texas Bar No. 24028160 |
|   Texas Bar No. 24134610 |   GCosta@gibsondunn.com |
|   farwa@brownfoxlaw.com | Prerak Shah |
| Brown Fox PLLC |   Texas Bar No. 24075053 |
| 8111 Preston Road, Suite 300 |   PShah@gibsondunn.com |
| Dallas, TX 75225 | Gibson, Dunn & Crutcher LLP |
| Phone: (214) 327-5000 | 811 Main Street, Suite 3000 |
| | Houston, TX 77002-6117 |
| *Attorneys for Defendant Pinterest, Inc.* | Phone: (346) 718-6600 |
| | |
| | *Attorneys for Defendant Nestlé USA, Inc.* |

/s/ *Layne E. Kruse*
Layne E. Kruse
  Texas Bar No. 11742550
  layne.kruse@nortonrosefulbright.com
Carlos R. Rainer
  Texas Bar No. 24027641
  carlos.rainer@nortonrosefulbright.com
Norton Rose Fulbright US LLP
1550 Lamar Street, Suite 2000
Houston, TX 77010
Phone: (713) 651-5151

Ellen Sessions
  Texas Bar No. 00796282
  ellen.sessions@nortonrosefulbright.com
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Phone: (214) 855-8000

*Attorneys for Defendant Shell USA, Inc.*


*/s/ William F. Cavanaugh, Jr.*
William F. Cavanaugh, Jr. (admitted *pro hac vice*)
  wfcavanaugh@pbwt.com
Christine Harper (admitted *pro hac vice*)
  charper@pbwt.com
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Phone: (212) 336-2000


*/s/ Thomas M. Melsheimer*
Thomas M. Melsheimer
  Texas Bar No. 13922550
  tmelsheimer@winston.com
Winston & Strawn LLP
2121 N. Pearl Street, 9th Floor
Dallas, TX 75201
Phone: (214) 453-6500

*Attorneys for Abbott Laboratories*

/s/ *John Terzaken*
John F. Terzaken, III (admitted *pro hac vice*)
  john.terzaken@stblaw.com
Simpson Thacher & Bartlett LLP
900 G Street, NW
Washington, D.C. 20001
Phone: (202) 636-5858

Joshua G. Hazan (admitted *pro hac vice*)
  joshua.hazan@stblaw.com
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Phone: (212) 455-2683

Michael K. Hurst
  Texas Bar No. 10316310
  mhurst@lynnllp.com
Clint S. Cowan
  Texas Bar No. 24109760
  ccowan@lynnllp.com
Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Avenue, Suite 2700
Dallas, TX 75201
Phone: (214) 981-3800

*Attorneys for Tyson Foods, Inc.*

/s/ *Chahira Solh*
Chahira Solh (admitted *pro hac vice*)
   csolh@crowell.com
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Phone: (949) 798-1367

Sima Namiri-Kalantari (admitted *pro hac vice*)
   snamiri@crowell.com
Crowell & Moring LLP
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Phone: (213) 443-5564

Kenneth Dintzer (admitted *pro hac vice*)
   kdintzer@crowell.com
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 624-2561

Minoo Blaesche
   Texas Bar No. 24075102
   mblaesche@jw.com
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Phone: (214) 953-6051

*Attorneys for LEGO Brand Retail, Inc.*

/s/ *Jonathan B. Pitt*
Jonathan B. Pitt (admitted *pro hac vice*)
   jpitt@wc.com
Nicholas Gamse (admitted *pro hac vice*)
   ngamse@wc.com
Kimberly Broecker (admitted *pro hac vice*)
   kbroecker@wc.com
Williams & Connolly LLP
680 Maine Avenue, SW
Washington, D.C. 20024
Phone: (202) 434-5000

Thomas C. Riney
   tom.riney@uwlaw.com
   Texas Bar. No. 16935100
C. Jason Fenton
   jason.fenton@uwlaw.com
   Texas Bar No. 24087505
Underwood Law Firm, P.C.
500 S. Taylor, Suite 1200
Amarillo, TX 79101
Phone: (806) 379-5613

*Attorneys for CVS Health Corporation*

*/s/ David C. Miller*
David C. Miller
  Texas Bar No. 24110114
  dmiller@bradley.com
William S. Snyder
  Texas Bar No. 00786250
  wsnyder@bradley.com
Samuel T. Acker
  Texas Bar No. 24100111
  sacker@bradley.com
Bradley Arant Boult Cummings LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, TX 75202
Phone: (214) 257-9800

Charles E. Elder (admitted *pro hac vice*)
  Tennessee Bar No. 038250
  celder@bradley.com
Bradley Arant Boult Cummings LLP
1221 Broadway, Suite 2400
Nashville, TN 37203
Phone: (615) 252-3597

*Attorneys for Defendant World Federation of Advertisers*

*/s/ Jason M. Powers*
Jason M. Powers
  Texas Bar No. 24007867
  jpowers@velaw.com
Vinson & Elkins L.L.P.
845 Texas Avenue, Suite 4700
Houston, TX 77002
Phone: (713) 758-2222

George M. Kryder
  Texas Bar No. 11742900
  gkryder@velaw.com
Avery Westerlund
  Texas Bar No. 24125453
  awesterlund@velaw.com
Vinson & Elkins L.L.P.
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Phone: (214) 220-7700

Stephen Medlock (admitted *pro hac vice*)
  D.C. Bar No. 995636
  smedlock@velaw.com
Adam Hudes (admitted *pro hac vice*)
  D.C. Bar No. 495188
  ahudes@velaw.com
Vinson & Elkins L.L.P.
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, D.C. 20037
Phone: (202) 639-6578

*Attorneys for Defendant Ørsted A/S*

*/s/ Karen Hoffman Lent*
Karen Hoffman Lent (admitted *pro hac vice*)
  karen.lent@skadden.com
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001
Phone: (212) 735-3276

Noelle M. Reed
  Texas Bar No. 24044211
  noelle.reed@skadden.com
Skadden, Arps, Slate, Meagher & Flom LLP
1000 Louisiana Street, Suite 6800
Houston, TX 77002
Phone: (713) 655-5122

*/s/ Ralph H. Duggins*
Ralph H. Duggins
  Texas Bar No. 06183700
  rduggins@canteyhanger.com
Philip Vickers
  Texas Bar No. 24051699
  pvickers@canteyhanger.com
Kate Hancock
  Texas Bar No. 24106048
  khancock@canteyhanger.com
Cantey Hanger LLP
600 West 6th Street, Suite 300
Fort Worth, TX 76102
Phone: (817) 877-2800

*Counsel for Mars, Incorporated*

*/s/ Lars L. Berg*
Lars L. Berg
  Texas Bar No. 00787072
  lars.berg@kellyhart.com
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Phone: (817) 878-3524

Fred A. Rowley, Jr. (*pro hac vice* motion forthcoming)
  fred.rowley@wsgr.com
Wilson Sonsini Goodrich & Rosati
Professional Corporation
953 East Third Street, Suite 100
Los Angeles, CA 90013
Phone: (323) 210-2902

Jeffrey C. Bank (*pro hac vice* motion forthcoming)
  jbank@wsgr.com
Wilson Sonsini Goodrich & Rosati
Professional Corporation
1700 K Street, NW, 5th Floor
Washington, D.C. 20006
Phone: (202) 973-8800

Taylor M. Owings (*pro hac vice* motion forthcoming)
  towings@wsgr.com
Wilson Sonsini Goodrich & Rosati
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Phone: (212) 999-5800

*Counsel for Colgate-Palmolive Company*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Russ Falconer*

Russ Falconer