IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | No. 7:24-cv-00114-B |
| | § | |
| WORLD FEDERATION OF ADVERTISERS; | § | |
| MARS, INCORPORATED; | § | |
| CVS HEALTH CORPORATION; | § | |
| ØRSTED A/S; | § | |
| NESTLÉ S.A.; NESTLE USA, INC.; | § | |
| ABBOTT LABORATORIES; | § | |
| COLGATE-PALMOLIVE COMPANY; | § | |
| LEGO A/S; LEGO BRAND RETAIL, INC.; | § | |
| PINTEREST, INC.; | § | |
| TYSON FOODS, INC.; | § | |
| SHELL PLC; SHELL USA, INC.; AND | § | |
| SHELL BRANDS INTERNATIONAL AG, | § | |
| | § | |
| *Defendants.* | § | |

**APPENDIX SUPPORTING DEFENDANTS' MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM**

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| 1 | GARM Brand Safety Floor and Suitability Framework | 1–6 |
| 2 | GARM Charter | 7–9 |
| 3 | GARM New Member Application | 10–14 |
| 4 | GARM: Frequently Asked Questions | 15–21 |

Dated: May 14, 2025

/s/ *Brian E. Robison*
Brian E. Robison
  Texas Bar No. 00794547
  brian@brownfoxlaw.com
Michael L. Baum
  Texas Bar No. 24006815
  mbaum@brownfoxlaw.com
Paulette C. Miniter
  Texas Bar No. 24075153
  paulette@brownfoxlaw.com
C. Alan Carrillo
  Texas Bar No. 24109693
  alan@brownfoxlaw.com
Farwa Zahra
  Texas Bar No. 24134610
  farwa@brownfoxlaw.com
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225
Phone: (214) 327-5000

*Attorneys for Defendant Pinterest, Inc.*

/s/ *Russ Falconer*
Russ Falconer
  Texas Bar No. 24069695
  RFalconer@gibsondunn.com
Scott Hvidt
  Texas Bar No. 24097864
  SHvidt@gibsondunn.com
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923
Phone: (214) 698-3100

Gregg Costa
  Texas Bar No. 24028160
  GCosta@gibsondunn.com
Prerak Shah
  Texas Bar No. 24075053
  PShah@gibsondunn.com
Gibson, Dunn & Crutcher LLP
811 Main Street, Suite 3000
Houston, TX 77002-6117
Phone: (346) 718-6600

*Attorneys for Defendant Nestlé USA, Inc.*

/s/ *Layne E. Kruse*
Layne E. Kruse
   Texas Bar No. 11742550
   layne.kruse@nortonrosefulbright.com
Carlos R. Rainer
   Texas Bar No. 24027641
   carlos.rainer@nortonrosefulbright.com
Norton Rose Fulbright US LLP
1550 Lamar Street, Suite 2000
Houston, TX 77010
Phone: (713) 651-5151

Ellen Sessions
   Texas Bar No. 00796282
   ellen.sessions@nortonrosefulbright.com
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Phone: (214) 855-8000

*Attorneys for Defendant Shell USA, Inc.*

/s/ *William F. Cavanaugh, Jr.*
William F. Cavanaugh, Jr. (admitted *pro hac vice*)
   wfcavanaugh@pbwt.com
Christine Harper (admitted *pro hac vice*)
   charper@pbwt.com
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Phone: (212) 336-2000

/s/ *Thomas M. Melsheimer*
Thomas M. Melsheimer
   Texas Bar No. 13922550
   tmelsheimer@winston.com
Winston & Strawn LLP
2121 N. Pearl Street, 9th Floor
Dallas, TX 75201
Phone: (214) 453-6500

*Attorneys for Abbott Laboratories*

/s/ *John Terzaken*
John F. Terzaken, III (admitted *pro hac vice*)
   john.terzaken@stblaw.com
Simpson Thacher & Bartlett LLP
900 G Street, NW
Washington, D.C. 20001
Phone: (202) 636-5858

Joshua G. Hazan (admitted *pro hac vice*)
   joshua.hazan@stblaw.com
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Phone: (212) 455-2683

Michael K. Hurst
   Texas Bar No. 10316310
   mhurst@lynnllp.com
Clint S. Cowan
   Texas Bar No. 24109760
   ccowan@lynnllp.com
Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Avenue, Suite 2700
Dallas, TX 75201
Phone: (214) 981-3800

*Attorneys for Tyson Foods, Inc.*

/s/ *Chahira Solh*
Chahira Solh (admitted *pro hac vice*)
  csolh@crowell.com
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Phone: (949) 798-1367

Sima Namiri-Kalantari (admitted *pro hac vice*)
  snamiri@crowell.com
Crowell & Moring LLP
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Phone: (213) 443-5564

Kenneth Dintzer (admitted *pro hac vice*)
  kdintzer@crowell.com
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 624-2561

Minoo Blaesche
  Texas Bar No. 24075102
  mblaesche@jw.com
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Phone: (214) 953-6051

*Attorneys for LEGO Brand Retail, Inc.*

/s/ *Jonathan B. Pitt*
Jonathan B. Pitt (admitted *pro hac vice*)
  jpitt@wc.com
Nicholas Gamse (admitted *pro hac vice*)
  ngamse@wc.com
Kimberly Broecker (admitted *pro hac vice*)
  kbroecker@wc.com
Williams & Connolly LLP
680 Maine Avenue, SW
Washington, D.C. 20024
Phone: (202) 434-5000

Thomas C. Riney
  tom.riney@uwlaw.com
  Texas Bar. No. 16935100
C. Jason Fenton
  jason.fenton@uwlaw.com
  Texas Bar No. 24087505
Underwood Law Firm, P.C.
500 S. Taylor, Suite 1200
Amarillo, TX 79101
Phone: (806) 379-5613

*Attorneys for CVS Health Corporation*

/s/ David C. Miller
David C. Miller
  Texas Bar No. 24110114
  dmiller@bradley.com
William S. Snyder
  Texas Bar No. 00786250
  wsnyder@bradley.com
Samuel T. Acker
  Texas Bar No. 24100111
  sacker@bradley.com
Bradley Arant Boult Cummings LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, TX 75202
Phone: (214) 257-9800

Charles E. Elder (admitted *pro hac vice*)
  Tennessee Bar No. 038250
  celder@bradley.com
Bradley Arant Boult Cummings LLP
1221 Broadway, Suite 2400
Nashville, TN 37203
Phone: (615) 252-3597

*Attorneys for Defendant World Federation of Advertisers*

/s/ Jason M. Powers
Jason M. Powers
  Texas Bar No. 24007867
  jpowers@velaw.com
Vinson & Elkins L.L.P.
845 Texas Avenue, Suite 4700
Houston, TX 77002
Phone: (713) 758-2222

George M. Kryder
  Texas Bar No. 11742900
  gkryder@velaw.com
Avery Westerlund
  Texas Bar No. 24125453
  awesterlund@velaw.com
Vinson & Elkins L.L.P.
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Phone: (214) 220-7700

Stephen Medlock (admitted *pro hac vice*)
  D.C. Bar No. 995636
  smedlock@velaw.com
Adam Hudes (admitted *pro hac vice*)
  D.C. Bar No. 495188
  ahudes@velaw.com
Vinson & Elkins L.L.P.
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, D.C. 20037
Phone: (202) 639-6578

*Attorneys for Defendant Ørsted A/S*

*/s/ Karen Hoffman Lent*
Karen Hoffman Lent (admitted *pro hac vice*)
   karen.lent@skadden.com
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001
Phone: (212) 735-3276

Noelle M. Reed
   Texas Bar No. 24044211
   noelle.reed@skadden.com
Skadden, Arps, Slate, Meagher & Flom LLP
1000 Louisiana Street, Suite 6800
Houston, TX 77002
Phone: (713) 655-5122

*/s/ Ralph H. Duggins*
Ralph H. Duggins
   Texas Bar No. 06183700
   rduggins@canteyhanger.com
Philip Vickers
   Texas Bar No. 24051699
   pvickers@canteyhanger.com
Kate Hancock
   Texas Bar No. 24106048
   khancock@canteyhanger.com
Cantey Hanger LLP
600 West 6th Street, Suite 300
Fort Worth, TX 76102
Phone: (817) 877-2800

*Counsel for Mars, Incorporated*

*/s/ Lars L. Berg*
Lars L. Berg
   Texas Bar No. 00787072
   lars.berg@kellyhart.com
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Phone: (817) 878-3524

Fred A. Rowley, Jr. (*pro hac vice* motion
forthcoming)
   fred.rowley@wsgr.com
Wilson Sonsini Goodrich & Rosati
Professional Corporation
953 East Third Street, Suite 100
Los Angeles, CA 90013
Phone: (323) 210-2902

Jeffrey C. Bank (*pro hac vice* motion
forthcoming)
   jbank@wsgr.com
Wilson Sonsini Goodrich & Rosati
Professional Corporation
1700 K Street, NW, 5th Floor
Washington, D.C. 20006
Phone: (202) 973-8800

Taylor M. Owings (*pro hac vice* motion
forthcoming)
   towings@wsgr.com
Wilson Sonsini Goodrich & Rosati
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Phone: (212) 999-5800

*Counsel for Colgate-Palmolive Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 14, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Russ Falconer*

Russ Falconer

# Exhibit 1

## GARM Brand Safety Floor & Suitability Framework

GARM: Brand Safety Floor + Suitability Framework



## CONTEXT FOR THIS SOLUTION

The Global Alliance for Responsible Media (GARM) is an industry first effort that unites marketers, media agencies, media platforms, industry associations , and advertising technology solutions providers to safeguard the potential of digital media by reducing the availability and monetization of harmful content online. These steps are essential to create a safer digital media environment that enriches society through content, communications, and commerce. Harmful content and its creators threaten the potential for digital media and disrupt the connections everyone seeks. Our first step in safeguarding the positive potential for digital is to provide platforms, agencies, and marketers with the framework with which to define safe and harmful content online.

Our position is that you cannot address the challenge of harmful online content if you are unable to describe it using consistent and understandable language.

The GARM has developed and will adopt common definitions to ensure that the advertising industry is categorizing harmful content in the same way across the board. These eleven key categories have been identified in consultation with experts from GARM's NGO Consultative Group. Establishing these standards is the essential foundation needed to stop harmful content from being monetised through advertising.  Individual GARM members will adopt these shared principles in their operations, whether they are a marketer, agency, or media platform.

We fundamentally believe that, together, these definitions are the cornerstone for us to find balance between supporting responsible speech, bolstering public safety, and providing for responsible marketing practices.  With this framework of consistent categories in place, we will be able to improve transparency in the availability, monetization, and inclusion of content within advertising campaigns. This is essential to help platforms, agencies, and advertisers make decisions essential to the advertising industry.

In November 2019, the GARM initiated work towards this challenge under a working group focused on advancing shared language and standards for advertising & media (as seen in our GARM Charter here). The output of this work is the following:

1. A common understanding of what harmful and sensitive content is via content categories
2. A common understanding of where ads should not appear, as expressed in a Brand Safety Floor
3. A common way of delineating different risk levels for sensitive content, as expressed in a Brand Suitability Framework

The output of the work is a framework of Shared Definitions that sets the limits for monetization of harmful content in agreed upon categories. This work, the GARM Brand Safety Floor + Suitability Framework was first published in September 2020.

In June 2021, we began work to update the framework to include Misinformation as an additional harmful content category. This important addition builds upon individual GARM member work, GARM member collaboration with regulatory and NGO bodies, and more recently GARM collaboration with the European Commission on the Code of Practice on Misinformation.

## GOALS FOR SOLUTION

This shared framework, which is activated by the IAB TechLab's industry-wide taxonomy, will provide individual GARM participants with:

| A Consistent Categorization | Ensuring that there's a common way to categorize sensitive content |
| --- | --- |
| Transparency | Creating transparency for industry participants on where sensitive content may be present in the interest of consumer safety and responsible marketing |
| Clarity in Exceptions | Establishing a method for platforms to report on special exception cases in the interest of responsible speech and public interest |

HOW THIS SOLUTION WILL BE USED
- Platforms will adopt, operationalize and continue to enforce monetization policies with a clear mapping to GARM brand suitability framework

**App. 2**

HJC-WFA-GARM-000001893

GARM: Brand Safety Floor + Suitability Framework



- Platforms will leverage their community standards and monetization policies to uphold the GARM brand safety floor
- Advertising technology providers will adopt and integrate GARM definitions into targeting and reporting services via clear mapping or overt integration
- Agencies will leverage the framework to guide how they invest with platforms at the agency-wide level and at the individual campaign level
- Marketers will use the definitions to set brand risk and suitability standards for co  rporate, brand and campaign levels

**App. 3**

GARM: Brand Safety Floor + Suitability Framework



GARM Global Alliance for Responsible Media

| CONTENT CATEGORY | BRAND SAFETY FLOOR – Content not appropriate for any advertising support |
|---|---|
| Adult & Explicit Sexual Content | • Illegal sale, distribution, and consumption of child pornography<br>• Explicit or gratuitous depiction of sexual acts, and/or display of genitals, real or animated |
| Arms & Ammunition | • Promotion and advocacy of Sales of illegal arms, rifles, and handguns<br>• Instructive content on how to obtain, make, distribute, or use illegal arms<br>• Glamorization of illegal arms for the purpose of harm to others<br>• Use of illegal arms in unregulated environments |
| Crime & Harmful acts to individuals and Society, Human Right Violations | • Graphic promotion, advocacy, and depiction of willful harm and actual unlawful criminal activity–<br>  Explicit violations/demeaning offenses of Human Rights (e.g. human trafficking, slavery, selfharm, animal cruelty etc.),<br>• Harassment or bullying of individuals and groups |
| Death, Injury or Military Conflict | • Promotion, incitement or advocacy of violence, death or injury<br>• Murder or Willful bodily harm to others<br>• Graphic depictions of willful harm to others<br>• Incendiary content provoking, enticing, or evoking military aggression<br>• Live action footage/photos of military actions & genocide or other war crimes |
| Online piracy | • Pirating, Copyright infringement, & Counterfeiting |
| Hate speech & acts of aggression | • Behavior or content that incites hatred, promotes violence, vilifies, or dehumanizes groups or individuals based on race, ethnicity, gender, sexual orientation, gender identity, age, ability, nationality, religion, caste, victims and survivors of violent acts and their kin, immigration status, or serious disease sufferers. |
| Obscenity and Profanity, including language, gestures, and explicitly gory, graphic or repulsive content intended to shock and disgust | • Excessive use of profane language or gestures and other repulsive actions that shock, offend, or insult. |
| Illegal Drugs/Tobacco/e-cigarettes/Vaping/Alcohol | • Promotion or sale of illegal drug use – including abuse of prescription drugs.  Federal jurisdiction applies, but allowable where legal local jurisdiction can be effectively managed<br>• Promotion and advocacy of Tobacco and e-cigarette (Vaping) & Alcohol use to minors |
| Spam or Harmful Content | • Malware/Phishing |
| Terrorism | • Promotion and advocacy of graphic terrorist activity involving defamation, physical and/or emotional harm of individuals, communities, and society |
| Debated Sensitive Social Issue | • Insensitive, irresponsible and harmful treatment of debated social issues and related acts that demean a particular group or incite greater conflict; |
| Misinformation | • Misinformation is defined as the presence of verifiably false or willfully misleading con  tent that is directly connected to user or societal harm |

**App. 4**

HJC-WFA-GARM-000001895

GARM: Brand Safety Floor + Suitability Framework



GARM Global Alliance for Responsible Media

**Brand Suitability Framework: Sensitive content appropriate for advertising supported by enhanced advertiser controls**

| CONTENT CATEGORY | High Risk | Medium Risk | Low Risk |
|---|---|---|---|
| Adult & Explicit Sexual Content | • Suggestive sexual situations requiring adult supervision/approval or warnings<br>• Full or liberal Nudity | • Dramatic depiction of sexual acts or Sexuality issues presented in the context of entertainment<br>• Artistic Nudity | • Educational, Informative, Scientific treatment of sexual subjects or sexual relationships or sexuality |
| Arms & Ammunition | • Glamorization /Gratuitous depiction of illegal sale or possession of Arms<br>• Depictions of sale/use/distribution of illegal arms for inappropriate uses//harmful acts | • Dramatic depiction of weapons use presented in the context of entertainment<br>• Breaking News or Op-Ed coverage of arms and ammunition | • Educational, Informative, Scientific treatment of Arms use, possession or illegal sale<br>• News feature stories on the subject |
| Crime & Harmful acts to individuals and Society, Human Right Violations | • Depictions of criminal/harmful acts or violation of human rights | • Dramatic depiction of criminal activity or human rights violations presented in the context of entertainment<br>• Breaking News or Op-Ed coverage of criminal activity or human rights violations | • Educational, Informative, Scientific treatment of crime or criminal acts or human rights violations<br>• News feature stories o n the subject |
| Death, Injury or Military Conflict | • Depiction of death or Injury<br>• Insensitive and irresponsible treatment of military conflict, genocide, war crimes, or harm resulting in Death or Injury<br>• Depictions of military actions that glamorize harmful acts to others or society | • Dramatic depiction of death, injury, or military conflict presented in the context of entertainment<br>• Breaking News or Op-Ed coverage of death, injury or military conflict | • Educational, Informative, Scientific treatment of death or injury, or military conflict<br>• News feature stories on the subject |
| Online piracy | • Glamorization /Gratuitous depiction of Online Piracy | • Dramatic depiction of Online Piracy presented in the context of entertainment<br>• Breaking News or Op-Ed coverage of Online Piracy | • Educational, Informative, Scientific treatment of Online Piracy<br>• News feature stories on the subject |
| Hate speech & acts of aggression | • Depiction or portrayal of hateful, denigrating, or inciting content focused on race, ethnicity, gender, sexual orientation, gender identity, age, ability, nationality, religion, caste, victims and survivors of violent acts and their kin, immigration status or serious disease sufferers, in a non-educational, informational, or scientific context | • Dramatic depiction of hate speech/acts presented in the context of entertainment<br>• Breaking News or Op-Ed coverage of hate speech/acts | • Educational, Informative, Scientific treatment of Hate Speech<br>• News features on the subject |
| Obscenity and Profanity, including language, gestures, and explicitly gory, graphic or repulsive content intended to shock and disgust | • Glamorization /Gratuitous depiction of profanity and obscenity | • Dramatic depiction of profanity and obscenities presented in the context of entertainment by genre<br>• Breaking News or Op-Ed coverage of profanity and obscenities Genre based use of profanity, gestures, and other actions that may be strong, but might be expected as generally accepted language and behavior | • Educational or Informative, treatment of Obscenity or Profanity<br>• News feature stories on the subject |
| Illegal Drugs/Tobacco/e-cigarettes/Vaping/Alcohol | • Glamorization /Gratuitous depictions of illegal drugs/abuse of prescription drugs<br>• Insensitive and irresponsible content/treatment that encourages minors to use tobacco and vaping products & Alcohol | • Dramatic depiction of illegal drug use/prescription abuse, tobacco, vaping or alcohol use presented in the context of entertainment<br>• Breaking News or Op-Ed coverage of illegal drug use/prescription abuse, tobacco, vaping or alcohol use | • Educational, Informative, Scientific treatment of illegal drug use/prescription abuse, tobacco, vaping or alcohol<br>• News feature stories on the subject |
| Spam or Harmful Content | • Glamorization /Gratuitous depiction of Online Piracy | • Dramatic depiction of Spam or Malware presented in the context of entertainment<br>• Breaking News or Op-Ed coverage of Spam or Malware | • Educational, Informative, Scientific treatment of Spam or Malware<br>• News feature stories on the subject |

**App. 5**

GARM: Brand Safety Floor + Suitability Framework



| CONTENT CATEGORY | High Risk | Medium Risk | Low Risk |
|---|---|---|---|
| Terrorism | • Depiction of terrorist actions that are disturbing, agitating or promotes harmful acts to others or society<br>• Terrorist content requiring a viewer advisory<br>• Insensitive and irresponsible treatment of terrorism/ related crimes | • Dramatic depiction of terrorism presented in the context of entertainment<br>• Breaking News or Op-Ed coverage of acts of terrorism | • Educational, Informative, Scientific treatment of terrorism<br>• News feature stories on the subject |
| Debated Sensitive Social Issue | • Depiction or discussion of debated social issues and related acts in negative or partisan context | • Dramatic depiction of debated social issues presented in the context of entertainment<br>• Breaking News or Op-Ed coverage of partisan advocacy of a position on debated sensitive social issues | • Educational, Informative, Scientific treatment of debated sensitive social issues and related acts including misinformation<br>• News feature stories on the subject |
| *Misinformation* | • Glamorization/Gratuitous depiction of misinformation | • Dramatic depiction of misinformation presented in the context of entertainment<br>• Breaking News or Op-Ed coverage of misinformation | • Educational, Informative, Scientific treatment of misinformation.<br>• News features describing various misinformation campaigns as such |

**App. 6**

HJC-WFA-GARM-000001897

# Exhibit 2

## GARM Charter

**GLOBAL ALLIANCE FOR RESPONSIBLE MEDIA**


World Federation of Advertisers

OUR WORKING CHARTER: PRIORITIES FOR UNCOMMON COLLABORATION

*This document is our cross-industry industry alliance's working charter. It represents our current and shared agreements on where we will focus our multilateral work, and as such the GARM reserves the right to update the document to reflect changes in priorities. This document is correct and approved as of 17 January 2020.*

The rapid growth of digital communications and commerce has connected the world in unprecedented ways. Many of these connections come from advertising-supported platforms which provide immense utility to the billions of people who use them. But as the size of the audiences, and the volume of advertising and commerce on these platforms has grown, in turn, bad actors have been attracted to the environments.

These individuals or groups act as advocates for harmful behavior online, spreading content glorifying harmful behaviors, and at times actively profiting from it. This dynamic is a threat too costly for all; people, brands, agencies and media platforms.

Many industries and organizations have robust responsibility and safety programs around how they source, create and distribute products – we must extend this same sensibility into advertising and media given its impact on consumers and society.

**The Global Alliance for Responsible Media (GARM) exists to create a more sustainable and responsible digital environment that protects consumers, the media industry, and society as a result.** The GARM is a first-of-its-kind industry-wide, but advertiser centric community of global brands, media agencies, media owners and platforms, and industry bodies. We are using our uncommon collaboration to ensure that there are more positives from digital communications and commerce, and that we effectively reduce the availability and monetization of harmful content.

**The GARM believes that advertiser-funded media platforms should take the necessary steps to address the availability, acceleration or funding of harmful content and behaviors.** We are committed to
* taking actions which will better protect everyone (children in particular) online; and
* working towards a media environment where hate speech, bullying and disinformation is challenged, and
* taking steps to ensure personal data is protected and used responsibly when given

We are committed to removing economic incentive and reducing operational loopholes that are exploited by bad actors.

**Our initial focus is on safety for consumers and brands. The Alliance's members acknowledge their collective power to improve this and are identifying concrete initiatives, creating shared processes and common protocols for protecting people and brands.**

We have spent considerable time immersing ourselves with the challenge: speaking to technologists, researchers, platforms, agencies, and advertisers. The opportunity for the GARM is clear; **we will make it easier for all participants to uphold responsible media operations by creating norms that face into technology development, categorization and monetization of content, and incident measurement. – We believe this will ultimately improve the consumer and brand experience, and thereby reduce societal risk.** We will enable this by our three strategic focus areas:

1. Establishing shared, universal safety standards for advertising & media
2. Improving and creating common brand safety tools across the industry
3. Driving mutual accountability and independent verification and oversight

The efforts of GARM will now seek to enable these three strategic focus areas through the following working solutions that will be prioritized via the GARM's roadmap. This collection of endeavors reflects our current consideration set of where to drive our uncommon collaboration. The GARM will report on how we prioritize and deliver across these areas in our journey together:

*Establishing shared, universal safety standards for advertising & media*
* **Advance shared language and standards for advertising & media:** Advance the adoption of an industry wide common definition of categories of harmful, non-brand safe and suitable content to improve the effectiveness of consumer and brand safety across platforms, geographies and formats

**App. 8**

**GLOBAL ALLIANCE FOR RESPONSIBLE MEDIA**



OUR WORKING CHARTER: PRIORITIES FOR UNCOMMON COLLABORATION

- **Establish advertiser-facing visible rating systems to improve trust and governance**: Verify that each platform has an easy to access and understand risk framework for advertisers and agencies that works across advertising products, and content.

- **Educate operators and stakeholders:** Commit to scaling easy-to-access education programs to ensure that all parties are aware of existing tools and best practices to advance online safety.

*Improving and creating common brand safety tools across the industry*
- **Create accessible controls for monetization:**  Ensure that platforms have accessible controls that can quickly and effectively remove harmful content from monetization pools and campaigns based on guidelines.

- **Improve operations to better connect risk settings:** Ensure that consumer and brand safety protection practices keep up with the speed of changing community standards by creating tools that better connect with advertiser and agency risk settings.

- **Make conversations safer:** Ensure that safety tools and processes can address the safety and suitability concerns in comments when and where appropriate.

- **Create new anticipatory tools together:** Support individual platforms and cross-platform collaboration to create anticipatory tools which contain and remove harmful content and bad actors.

*Driving mutual accountability*
- **Advance how impact is measured:** Explore ways to advance the transparency and independent partnership in how industry partners report on their steps to categorize, size and remove harmful content and its creators.

- **Clarify platform safe content policies:** Create transparency in how individual platforms make their content and monetization decisions and detail their remediation policies to affected parties.

**We are confident that these actions will make digital and social media environments safer - for our users, customers and for marketers.**

**Member organizations follow:**

**App. 9**

HJC-WFA-GARM-000001912

# Exhibit 3

## GARM New Member Application





**Application Form and
General Information**

## NEW MEMBER APPLICATION FORM

**STEP 1: ESSENTIAL CRITERIA**

GARM is a cross industry initiative to effectively remove harmful content from ad supported media help improve transparency, control, and consistency in the way that the industry effectively removes harmful content from the advertising industry

Do you meet the requirements to join GARM as an ad-tech/developer member? To participate in GARM you need to:
- Actively participate in working groups that develop said solutions
- Agree to work with industry partners and category peers in a collaborative, non-competitive way
- Actively support GARM's Charter
- Agreement to make commensurate changes to business operations in pursuit of GARM's goals

**STEP 2: APPLICATION**

A completed, signed, application form including all pages.

**STEP 3: PROVIDE BILLING/INVOICING INFORMATION**

Once your application has been received you will be asked for any pre-requisites to issuing the invoice i.e. need for PO number or completion of vendor request forms.

**STEP 4: INVOICE IS RAISED AND ISSUED**

Upon receipt of the invoice you have 60 days within which to make payment. If this is contrary to your internal approval process, please advise immediately.

**STEP 5: ON-BOARDING PROCESS**

Upon completion of steps 2 – 4, you will be contacted by our GARM team to discuss your needs with regard to rolling out the membership within your company.

| | |
|---|---|
| **COMPANY NAME** (as will appear in our list of members) ███████████ | |
| **ALTERNATIVE TRADING/INVOICE NAME** (if different) | |
| **COMPANY POSTAL ADDRESS** ████████ | |
| **WEB ADDRESS** ████████████ | **VAT NUMBER (EU ONLY) / COMPANY NUMBER (REST OF WORLD)** |

140 Avenue Louise
1050 Brussels, Belgium
info@wfanet.org
www.wfanet.org

1/4

**App. 11**



**Application Form and
General Information**

| MAIN CONTACT<br>(this person will be listed as the main contact for the above organisation) | | |
|---|---|---|
| **Title** (Ms./Mr./etc.)<br>██ | **Last Name**<br>██████ | **First Name**<br>█████ |
| **JOB TITLE**<br>████████████ | | |
| **POSTAL ADDRESS** (if different to company address) | | |
| **TELEPHONE**<br>████████ | **MOBILE**<br>████████ | **FAX** |

## WHY ARE YOU INTERESTED IN JOINING GARM

We believe GARM can have a real positive impact on the industry and as an SSP we'd like to be part of it and help.
In addition to that, as we are working hard at decarbonizing the advertising supply path and would love to partner with GARM to develop the sustainability arm of GARM. Education will be key in this journey, and we think that by working with GARM we can have a large positive impact on the industry.

## CONDITIONS & BENEFITS OF MEMBERSHIP

- Participation in monthly community calls
  - Keep up to date with GARM wide discussions pertaining to solutions and best practices.
- Access to online resources
  - Key documents (GARM deliverable) and previous community call notes as well as suggested external content.
- Participation in a specific Solutions Developer Working Group (SDWG)
  - This group will meet to discuss implementation and practicality of policies agreed in other working groups.

**THE ANNUAL DUES**

**FEE:** $6,000
**MEMBERSHIP PERIOD: 1** August 2022 – 31 January 2023

**WFA BANK DETAILS**
████████████████████

**VAT NUMBER**
████████

140 Avenue Louise
1050 Brussels, Belgium
info@wfanet.org
www.wfanet.org

2/4

**App. 12**





**Application Form and
General Information**

|  |  |  |
|---|---|---|
| ████████████ |  |  |

## COMPETITION LAW COMPLIANCE POLICY

KING & SPALDING

The purpose of the WFA is to represent the interests of advertisers and to act as a forum for legitimate contacts between members of the advertising industry.  It is obviously the policy of the WFA that it will not be used by any company to further any anti-competitive or collusive conduct, or to engage in other activities that could violate any antitrust or competition law, regulation, rule or directives of any country or otherwise impair full and fair competition.  The WFA carries out regular checks to make sure that this policy is being strictly adhered to. As a condition of membership, members of the WFA acknowledge that their membership of the WFA is subject to the competition law rules and they agree to comply fully with those laws.  Members agree that they will not use the WFA, directly or indirectly, (a) to reach or attempt to reach agreements or understandings with one or more of their competitors, (b) to obtain or attempt to obtain, or exchange or attempt to exchange, confidential or proprietary information regarding any other company other than in the context of a bona fide business or (c) to further any anti-competitive or collusive conduct, or to engage in other activities that could violate any antitrust or competition law, regulation, rule or directives of any country or otherwise impair full and fair competition.

NAME:

DATE:

SIGNED:

## KEY CONTACTS WITHIN YOUR ORGANISATION

Please specify your two key contacts for the developer working group and a last of names for participation in the monthly community calls.

|  | NAME + EMAIL |
|---|---|
| **EXECUTIVE SPONSOR** | ████████████████████ |
| **SOLUTIONS DEVELOPER WORKING GROUP (SDWG)** | ██████████████████ |
| **COMMUNITY CALLS** | ██████████████ |

## ARE YOU A MEMBER OF ANY OTHER BRAND SAFETY INITIATIVES?

140 Avenue Louise
1050 Brussels, Belgium
info@wfanet.org
www.wfanet.org

3/4

**App. 13**

Confidential—Not For Public Release





**Application Form and
General Information**

If yes, please highlight: We are working with Human and Ad Verif.ai

140 Avenue Louise
1050 Brussels, Belgium
info@wfanet.org
www.wfanet.org

4/4

**App. 14**

Confidential—Not For Public Release

HJC-WFA-GARM-000023622

# Exhibit 4

## GARM: Frequently Asked Questions



# World Federation of Advertisers



- [Knowledge](#)

**App. 16**

- Marketing Organisation & Strategy
  - Agencies & Partners
  - Content & Innovation
  - Media Governance & Guardianship
  - Data & Insight
  - Industry issues
  - Diversity and Inclusion
  - Better Marketing Pod with David Wheldon
- Connections
  - Events
  - Global Marketer Week
  - Working groups
  - Industry vacancies
- Leadership
  - WFA's 70 in 70
  - Global Marketer Of The Year
  - Planet Pledge
  - GARM
  - Global Media Charter 2023
  - Cross-Media Measurement
  - Data Ethics
  - WFA President's Awards
- Tools
  - Outlook 2024
  - Advertising Expenditure Forecast
  - Digital Media Benchmark
  - Global Privacy Map
  - Alcohol Advertising Heatmap and Regulatory Mapping
  - More WFA tools
- About WFA
  - Who we are
  - Join WFA
  - Our priorities
  - Our team
  - Our leadership
  - Our boards
  - Our members
  - Strategic partners
  - Jobs at WFA
  - News
  - Annual Report 2022

# Type your search and press enter

Search: What are you looking for?    Search

InflationGARMSustainabilityDiversityGlobal Privacy Map

- Create an account

Login
Search Jump to navigation

**App. 17**

GARM

- [About GARM](#)
- [Charter](#)
- [Working Groups](#)
- [Member Hub](#)
- [Members & Governance](#)
- [Frequently Asked Questions](#)
- [Key resources](#)
- [Blog and updates](#)

# Frequently Asked Questions

## GARM: Frequently Asked Questions

**[What is GARM?](#)**

**[Why is the focus on digital and social platforms?](#)**

**[What does success look like for GARM?](#)**

**[Who can join GARM?](#)**

**[How does work get done in GARM?](#)**

**[How are decisions made?](#)**

**[What commitment do you need to join GARM?](#)**

**[How do you pick a working group/get assigned to it? Do the working groups focus on different topics?](#)**

**[Are there additional ways to get involved in GARM?](#)**

**[What is GARM looking to achieve?](#)**

**[What are the financial requirements for members?](#)**

**[How can we join GARM?](#)**

**[Why should you join GARM?](#)**

### What is GARM?

GARM is the Global Alliance for Responsible Media, a cross-industry initiative that unites advertisers, media agencies, media platforms and industry groups to confront the threat of harmful content online.

The goal is to remove harmful content from advertiser-supported media on digital media platforms, and ensure that the industry works together to ensure that this is prioritized by executives and enabled by media experts and technicians.

GARM was started by the World Federation of Advertisers and is supported by the CMO Growth Council of the Association of National Advertisers in the US.

### Why is the focus on digital and social platforms?

**App. 18**

The world is growing increasingly polarized, driven by inequities and disruption, and often that division is powered by harmful content.

While such content can be found in any media type, we focus on digital as this is the least regulated environment, with many governments still in the process of defining illegal content. In addition, advertiser transparency and placement controls in user-generated platforms that are open – those with no delay in publishing content – have been underdeveloped.

For advertisers who have invested heavily in these platforms, the danger of seeing their brands next to harmful content has become a major issue. No one wants to be inadvertently funding people intent on causing damage to society.

## What does success look like for GARM?

GARM is looking to create common cross-industry codes that improve industry transparency and control to effectively contain harmful content and remove advertising from any content that damages brands.

Success will be a continual reduction in harmful content on all platforms, underpinned by widely adopted standards, harmonized reporting, independent oversight and common tools.

## Who can join GARM?

Any advertiser, media agency, and media platform can join GARM provided they are willing to align with our charter, which calls for uncommon collaboration in confronting this challenge. Member organizations also agree to adopt GARM solutions to improve business operations. Membership currently includes more than 60 of the world's biggest advertisers, all six major agency holding companies, seven industry groups, and 10 media platforms.

## How does work get done in GARM?

GARM work is developed by members and is based around Working Groups. Each group is formed to address a specific challenge highlighted by the GARM Charter. The Working Groups take these challenges in the form of a brief and work towards solutions, articulating needs and setting milestones for development. The process is managed by the WFA.

## How are decisions made?

GARM has a unique governance model; we have a Steering Team that brings together all the founding organizations – P&G, Unilever, Mars, Diageo, GroupM, 4As, ISBA, ANA, and, of course, the WFA. The Steering Team is responsible for setting priorities for the GARM, addressing impasses and approving solutions. It reports into the WFA Executive Committee.

Solutions developed by the Working Groups are proposed to the Community and are adopted based on Steering Team and Community endorsement.

## What commitment do you need to join GARM?

Our base request is:

1. Firstly, they need to attend monthly community calls (90min events focused on best practice sharing, thought leadership and solutions proposal), and;
2. Secondly, agreement to adopt and implement solutions both internally and where working with partners.
3. Finally, organizations can participate in working groups that meet fortnightly for 70min.

**App. 19**

## How do you pick a working group/get assigned to it? Do the working group's focus on different topics?

GARM welcomes volunteers for all Working groups, however, we try to cap them at 10 persons maximum to allow for streamlined participation. Getting involved in a Working Group is as straightforward as sending an email to Rob Rakowitz and asking to join a group. Choosing a group should be based on personal and company interest as well as having the time to make a contribution.

GARM currently has the following Working Groups:

1. **Advancing Shared Language & Definitions:** with a focus on developing a common industry-wide way to agree on harmful content and risk tiers to allow for adequate control within the advertising industry.
2. **Measurement & Oversight:** with a focus on creating a standardized way to report data pertinent to industry health and individual platform progress on safety issues, specifically for marketing stakeholders
3. **Adjacency Standards & Controls:** with a focus on building a shared definition for measuring and managing how advertising placement is managed in digital media around sensiive content types
4. **Educating Operators & Stakeholders:** with a focus on improving the expertise of industry participants whether they are experts or generalists via training tools and events.

## Are there additional ways to get involved in GARM?

GARM runs focus groups on topics related to specific areas of brand safety e.g. kids, or healthcare, which all members can get involved with. We also work with selected media and technology companies to look at product concepts. Additionally, GARM occasionally holds industry events and panels. We offer opportunities to get involved to the Community as they are developed.

## What is GARM looking to achieve?

In an initial phase, GARM's goals are:

1. Alignment on definitions for harmful content and their adoption across the industry (achieved in Q4 2020);
2. Agreement to new measurement and reporting standards with third-party oversight (Q1 2021); and
3. Development of new tools that make content detection, classification, and media planning and buying more protected from harmful content (Q3 2021).

## What are the financial requirements for members?

We ask that members contribute to our annual expenses, which include staffing, research, events and travel. For more information about the membership fees please reach out to GARM@wfanet.org.

## How can we join GARM?

Joining GARM is as easy as completing a membership application and ensuring that executive leadership at your organization endorses participation.

## Why should you join GARM?

Harmful content online is a significant risk to society and the media industry. We must harness the commitment and the talent of the industry to face this challenge and create a safer, more civil media landscape.

- For more information or questions, please contact The GARM team at GARM@wfanet.org

**App. 20**

# Follow us

- LinkedIn
- Twitter
- Youtube

- Disclaimer
- Privacy policy
- Contact

Powered by Procurios

**App. 21**