**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | |
|---|---|
| X CORP.,<br><br>    *Plaintiff,*<br><br>  v.<br><br>WORLD FEDERATION OF ADVERTISERS; MARS, INCORPORATED; CVS HEALTH CORPORATION; ØRSTED A/S; TWITCH INTERACTIVE, INC.; NESTLÉ S.A.; NESTLE USA, INC.; ABBOTT LABORATORIES; COLGATE-PALMOLIVE COMPANY; LEGO A/S; LEGO BRAND RETAIL, INC.; PINTEREST, INC.; TYSON FOODS, INC.; SHELL PLC; SHELL USA, INC. and SHELL BRANDS INTERNATIONAL AG,<br><br>    *Defendants.* | Civil Action No. 7:24-cv-00114-B |

**[PROPOSED ORDER] GRANTING DEFENDANT NESTLÉ S.A.'S**
**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

  Before the Court is Defendant Nestlé S.A.'s Motion to Dismiss for Lack of Personal Jurisdiction Plaintiff X Corporation's Second Amended Complaint. Having considered the Motion, the briefing related thereto, the record, and the applicable law, it is hereby **ORDERED** that Defendant Nestlé S.A.'s Motion to Dismiss is **GRANTED** and that Plaintiff X Corporation's Second Amended Complaint is hereby **DISMISSED** as to Nestlé S.A.

  IT IS SO ORDERED this _____ day of _____, _____.

                       _____
                       UNITED STATES DISTRICT JUDGE