# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| X CORP.,<br><br>*Plaintiff,*<br><br>v.<br><br>WORLD FEDERATION OF ADVERTISERS; MARS, INCORPORATED; CVS HEALTH CORPORATION; ØRSTED A/S; TWITCH INTERACTIVE, INC.; NESTLÉ S.A.; NESTLE USA, INC.; ABBOTT LABORATORIES; COLGATE-PALMOLIVE COMPANY; LEGO A/S; LEGO BRAND RETAIL, INC.; PINTEREST, INC.; TYSON FOODS, INC.; SHELL PLC; SHELL USA, INC. and SHELL BRANDS INTERNATIONAL AG,<br><br>*Defendants.* | Civil Action No. 7:24-cv-00114-B |

**APPENDIX IN SUPPORT OF**
**DEFENDANT NESTLÉ S.A.'S MOTION TO DISMISS**
**FOR LACK OF PERSONAL JURISDICTION**

Defendant Nestlé S.A. identifies the following materials offered in support of its brief in support of its motion to dismiss for lack of personal jurisdiction.

| Description | Page Number |
|---|---|
| Declaration of Silvan Jampen in support of Nestlé S.A.'s Motion to Dismiss | App. 1-3 |

Dated: May 14, 2025

Respectfully submitted,

By: */s/ Carmine R. Zarlenga*
Carmine R. Zarlenga (NDTX Bar No. 386244DC)
Oral D. Pottinger (*pro hac vice* forthcoming)
Christina Luk (*pro hac vice* forthcoming)
MAYER BROWN LLP
1999 K Street, NW

Washington, DC 20006  
Tel: (202) 263-3227  
Fax: (202) 263-5227  
Email:  czarlenga@mayerbrown.com  
opottinger@mayerbrown.com  
cluk@mayerbrown.com  

*Attorneys for Defendant Nestlé S.A.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| X CORP., <br><br> *Plaintiff,* <br><br> v. <br><br> WORLD FEDERATION OF ADVERTISERS; MARS, INCORPORATED; CVS HEALTH CORPORATION; ØRSTED A/S; TWITCH INTERACTIVE, INC.; NESTLÉ S.A.; NESTLE USA, INC.; ABBOTT LABORATORIES; COLGATE-PALMOLIVE COMPANY; LEGO A/S; LEGO BRAND RETAIL, INC.; PINTEREST, INC.; TYSON FOODS, INC.; SHELL PLC; SHELL USA, INC. and SHELL BRANDS INTERNATIONAL AG, <br><br> *Defendants.* | Civil Action No. 7:24-cv-00114 |

**DECLARATION OF SILVAN JAMPEN IN SUPPORT OF
DEFENDANT NESTLÉ S.A.'S MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION**

I, Silvan Jampen, declare and state as follows:

1. I am resident of Switzerland, over the age of eighteen. I have personal knowledge and am competent to testify to the matters set forth herein, which are true to the best of my knowledge, information, and belief.

2. I am General Counsel Corporate for Nestlé S.A. and have held this position since June 1, 2023. Prior to my current position, I served as Senior Corporate Counsel to Société des Produits Nestlé S.A. for nearly twelve years (from September 2011 through May 2023.). The information contained in this declaration is based on my own personal knowledge, my review of reasonably available documents prepared and/or maintained by Nestlé S.A. in the ordinary course

of business, and upon information provided to me by employees responsible for and with knowledge of the business and accounting records of Nestlé S.A.

3. Nestlé S.A. is a Société Anonyme organized and existing under the laws of Switzerland. Nestlé S.A.'s principal place of business and registered office are located at Avenue Nestlé, 55, Vevey 1800, Switzerland.

4. Nestlé S.A. does not directly engage in advertising, marketing, contracting, manufacturing, distributing, or sales activities in the United States. Nestlé S.A. also: (i) has no employees in the United States; (ii) is not incorporated in the United States; (iii) has no headquarters or offices in the United States; (iv) does not have a telephone number in the United States; and (v) is not licensed or registered to conduct business in the United States.

5. Nestlé S.A. is the ultimate parent of hundreds of separate corporate entities within the Nestlé group all over the world, including Nestlé USA, Inc. ("NUSA").

6. NUSA is a wholly owned indirect subsidiary of Nestlé S.A. Nestlé S.A.'s relationship with NUSA is a normal parent/affiliate relationship. Nestlé S.A. and NUSA are not "one and the same." Nestlé S.A. and NUSA are separate companies that maintain separate books and accounting, file separate tax returns, have separate offices, and have separate employees, officers, and directors. Nestlé S.A. does not have any control over the day-to-day operations of NUSA.

7. Nestlé S.A. does not control or direct the marketing or advertising activities of its subsidiaries. Nestlé S.A. does not instruct its subsidiaries to advertise or to refrain from advertising on any platform.

8. Nestlé S.A. is not a member of the World Federation of Advertisers ("WFA") and has not paid WFA membership dues.

9. Nestlé S.A. is not a member of the Global Alliance for Responsible Media ("GARM") and has not paid GARM membership dues.

10. Nestlé S.A. is not a member of the Association of National Advertisers ("ANA") and has not paid ANA membership dues. Nestlé S.A. does not participate in ANA meetings or activities. Nestlé S.A. is not represented on ANA's Global CMO Growth Council.

11. Nestlé S.A. does not contract with any advertising agency to market or advertise on its behalf in the United States. Nestlé S.A. does not market or advertise with X, formerly known as Twitter, in the United States or anywhere in the world.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 14th day of May, 2025 in Vevey, Switzerland

*[signature]*

Silvan Jampen

3

App. 3

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Carmine R. Zarlenga*
Carmine R. Zarlenga