# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| X Corp. <br> *Plaintiff* <br><br> v. <br><br> World Federation of Advertisers, et al. <br> *Defendant* | § § § § § § § § § Case No. 7:24-cv-00114-B |

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Wilson Sonsini Goodrich & Rosati, with offices at

953 E. 3rd Street, Suite 100
(Street Address)

Los Angeles      CA      90013
(City)           (State)  (Zip Code)

(323) 210-2900           (866)974-7329
(Telephone No.)          (Fax No.)

**II.** Applicant will sign all filings with the name Fred A. Rowley, Jr. .

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Defendant Colgate Palmolive Company

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____California_____, where Applicant regularly practices law.

Bar license number: 192298    Admission date: December 11, 1997

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. Court of Appeals, Federal Cir. | July 15, 2018 | Active |
| U.S. Court of Appeals, 2nd Cir. | January 6, 2012 | Active |
| U.S. Court of Appeals, 3rd Cir. | March 9, 2018 | Active |
| Central Dist. of California | November 16, 2000 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

None

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

None

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:      Case No. And Style:

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Lars L. Berg of the firm of Kelly Hart & Hallman, who has offices at

201 Main Street, Suite 2500
(Street Address)

Fort Worth      Texas      76102
(City)      (State)      (Zip Code)

(817) 878-3524      (817) 878-9280
(Telephone No.)      (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✔] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  14  day of May, 2025.

Fred A. Rowley, Jr.
Printed Name of Applicant

*/s/ Fred A. Rowley*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

Attachment to Application for Admission *Pro Hac Vice*

| | |
|---|---|
| United States Court of Appeals, Fourth Circuit;<br>Admitted February 27, 2015 | Active |
| United States Court of Appeals, Sixth Circuit;<br>Admitted August 18, 2000 | Active |
| United States Court of Appeals, Ninth Circuit;<br>Admitted December 12, 1997 | Active |
| United States Court of Appeals, Tenth Circuit;<br>Admitted April 16, 2024 | Active |
| United States District Court, Eastern District Court of California;<br>Admitted July 13, 2000 | Active |
| United States District Court, Northern District Court of California;<br>Admitted January 15, 2008 | Active |

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 4/8/2025

**LICENSEE NAME:** Fred Anthony Rowley, Jr.

**LICENSEE BAR NUMBER:** 192298

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/11/1997


**To Whom it May Concern:**


This certificate of standing certifies the record above is a true and correct copy of Fred Anthony Rowley, Jr.'s current standing with the State Bar of California as of the issue date.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record