UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| X Corp. | § |
| *Plaintiff* | § |
| | § |
| | § |
| v. | § Case No. 7:24-cv-00114-B |
| | § |
| | § |
| World Federation of Advertisers, et al. | § |
| *Defendant* | § |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Wilson Sonsini Goodrich & Rosati P.C.                                     , with offices at

1700 K Street, NW, Fifth Floor
(Street Address)

Washington                    DC              20006
(City)                        (State)         (Zip Code)

212.497.7761                  866.974.7329
(Telephone No.)               (Fax No.)

**II.**   Applicant will sign all filings with the name   Jeffrey C. Bank                          .

**III.**   Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Defendant Colgate Palmolive Company

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of ___the District of Columbia___, where Applicant regularly practices law.

Bar license number: _1697743_     Admission date: _8/28/2020_

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| New York State Bar | February 14, 2007 | Active |
| Eastern District of New York | December 5, 2008 | Active |
| Southern District of New York | May 29, 2009 | Active |
| U.S. Court of Appeals for the 9th Circ | June 8, 2011 | Active |
| U.S. Court of Appeals for the 1st Circuit | August 12, 2016 | Active |
| U.S. Court of Appeals for the 3rd Circuit | November 18, 2019 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

None

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

None

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:         Case No. And Style:

4/18/2023                    Children's Health Defense v. WP Company, LLC (2:23-cv-00004-Z)

6/18/2024                    United States of America v. Surgical Care Affiliates, LLC et al

                             (3:21-CR-11-L-RR)

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Lars L. Berg of the firm of Kelly Hart & Hallman, who has offices at

201 Main Street, Suite 2500
(Street Address)

Fort Worth                   Texas              76102
(City)                       (State)            (Zip Code)

817.878.3524                 817.878.9280
(Telephone No.)              (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  14th  day of May, 2025.

Jeffrey C. Bank
Printed Name of Applicant

*/s/ Jeffrey C. Bank/*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Jeffrey C Bank*

*was duly qualified and admitted on August 28, 2020 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 26, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*