UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| X Corp. <br> *Plaintiff* <br><br> v. <br><br> World Federation of Advertisers, et al. <br> *Defendant* | §§§§§§§§§ Case No. 7:24-cv-00114-B |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**  Applicant is an attorney and a member of the law firm of (or practices under the name of)

Wilson Sonsini Goodrich & Rosati, with offices at

953 E. 3rd Street, Suite 100
(Street Address)

Los Angeles          California          90013
(City)                     (State)              (Zip Code)

(323) 210-2900          (866) 974-7329
(Telephone No.)         (Fax No.)

**II.**  Applicant will sign all filings with the name  Julia Hu .

**III.**  Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Defendant Colgate-Palmolive Company

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____California_____, where Applicant regularly practices law.

Bar license number: 338226          Admission date: 07/27/2021

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. District Court for C.D. Cal. | March 7, 2024 | Active |
| U.S. Court of Appeals for 2d Cir. | June 28, 2024 | Active |
| U.S. Court of Appeals for 9th Cir. | October 19, 2020 | Active |
| U.S. District Court for N.D. Cal. | July 28, 2024 | Active |
| Bar for the District of Columbia | January 11, 2019 | Inactive |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

None

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

None

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

_____   _____

_____   _____

_____   _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Lars L. Berg of the firm of Kelly Hart & Hallman                        , who has offices at

201 Main Street, Suite 2500
(Street Address)

Fort Worth                          Texas            76102
(City)                              (State)          (Zip Code)

(817) 878-3524                      (817) 878-9280
(Telephone No.)                     (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   14   day of May                        , 2025   .

Julia Hu
Printed Name of Applicant

*/s/ Julia Hu*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 4/9/2025

**LICENSEE NAME:** Julia Hu

**LICENSEE BAR NUMBER:** 338226

**LICENSEE STATUS:** Active

**ADMIT DATE:** 7/27/2021

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Julia Hu's current standing with the State Bar of California as of the issue date.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record