# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

X Corp.
Plaintiff

v.

World Federation of Advertisers, et al.
Defendant

7:24-xv-00114-B
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Pinterest, Inc.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

X Corp., World Federation of Advertisers, Mars, Inc., CVS Health Corp, Orstead A/S, Tyson Foods, Inc., Nestle USA, Inc., Nestle S.A., Abbott Laboratories, Colgate-Palmolive Company, LEGO A/S, LEGO Brand Retail, Inc., Shell PLC, Shell USA, Inc., Shell Brands International AG

| | |
|---|---|
| Date: | 05/15/2025 |
| Signature: | /s/Brian Robison |
| Print Name: | Brian Robison |
| Bar Number: | 00794547 |
| Address: | 8111 Preston Road, Suite 300 |
| City, State, Zip: | Dallas, Texas 75225 |
| Telephone: | (214) 327-5000 |
| Fax: | (214) 327-5001 |
| E-Mail: | brian@brownfoxlaw.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.