# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

X Corp.
Plaintiff

v.

World Federation of Advertisers, et al
Defendant

7:24-cv-00114-B
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Colgate-Palmolive Company

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

The Vanguard Group, Inc. is a privately held corporation owning 10% or more of the stock of Colgate-Palmolive Company.  According to its website, The Vanguard Group, Inc. is owned by its member funds, which in turn are owned by fund shareholders.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

There are no additional known interested parties, other than those identified herein.

|  |  |
|---|---|
| Date: | 05/16/25 |
| Signature: | /s/ Lars L. Berg |
| Print Name: | Lars L. Berg |
| Bar Number: | 00787072 |
| Address: | 201 Main Street, Suite 2500 |
| City, State, Zip: | Fort Worth, Texas  76102 |
| Telephone: | (817) 332-2500 |
| Fax: | (8`7) 878-9280 |
| E-Mail: | lars.berg@kellyhart.com |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.