UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| X CORP., | ) |
| | ) |
| *Plaintiff,* | ) |
| v. | ) |
| | ) |
| WORLD FEDERATION OF ADVERTISERS; MARS, INCORPORATED; CVS HEALTH CORPORATION; ØRSTED A/S; TWITCH INTERACTIVE, INC.; NESTLÉ S.A.; NESTLE USA, INC.; ABBOTT LABORATORIES; COLGATE-PALMOLIVE COMPANY; LEGO A/S; LEGO BRAND RETAIL, INC.; PINTEREST, INC.; TYSON FOODS, INC.; SHELL PLC; SHELL USA, INC.; and SHELL BRANDS INTERNATIONAL AG, | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 24-cv-00114-B |
| *Defendants.* | ) ) |

**NOTICE OF DISMISSAL OF CLAIMS AGAINST SHELL PLC PURSUANT TO FRCP 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff X Corp. hereby dismisses without prejudice its claims against Defendant Shell plc. Shell plc has not served an answer or a motion for summary judgment. Plaintiff and Shell plc will each bear their own fees and costs.

Plaintiff's claims against all other Defendants are unaffected by this dismissal and remain pending.

June 28, 2025                                      Respectfully submitted.

                                                 */s/ John C. Sullivan*
John C. Sullivan
Texas Bar No. 24083920
john.sullivan@the-sl-lawfirm.com
Jace R. Yarbrough
Texas Bar No. 24110560
jace.yarbrough@the-sl-lawfirm.com
S|L LAW PLLC
610 Uptown Blvd., Suite 2000
Cedar Hill, TX 75104
Phone: (469) 523-1351
Facsimile: (469) 613-0891


DHILLON LAW GROUP, INC.
Christopher G. Renner*
(DC Bar No. 1025699)
cgrenner@dhillonlaw,com
(571) 430-2240 (voice and fax)
Jonathan M. Shaw*
(Virginia Bar No. 98497)
jshaw@dhillonlaw.com
(703) 748-2266 (voice and fax)
Andrew K. Mann*
(Virginia Bar No. 77021)
akmann@dhillonlaw.com
(571) 695-2677 (voice and fax)
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314

  * admitted *pro hac vice*

*Attorneys for Plaintiff X Corp.*