IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | No. 7:24-cv-00114-B |
| | § | |
| WORLD FEDERATION OF ADVERTISERS; | § | |
|     *ET AL.*, | § | |
| | § | |
|     *Defendants.* | § | |

## AGREED MOTION TO ADJUST BRIEFING SCHEDULES

TO THE HONORABLE JANE BOYLE, UNITED STATES DISTRICT JUDGE:

Plaintiff X Corp. ("X" or "Plaintiff") hereby moves this Court to adjust the briefing schedules on multiple pending motions due to a family health issue that one of its counsel is urgently attending to. Specifically, under this Court's existing scheduling order (ECF No. 92), oppositions to the pending motions to dismiss (ECF Nos. 132, 142, 145, 157, 160, and 163) are presently due on July 14, 2025, and replies are due on September 12, 2025. In addition, the opposition to certain defendants' motion to transfer (ECF No. 178) is currently due by July 7, 2025, with a reply due 14 days later. Finally, the opposition to certain defendants' conditional severance motion (ECF No. 183) is due by July 17, 2025, with a reply due 14 days later.[1]

X asks that the schedule be adjusted as follows:

| Motion(s) | New Opposition Date | New Reply Date |
|---|---|---|
| Motions to Dismiss (Nos. 132, 142, 145, 157, 160, and 163) | July 28, 2025 | September 26, 2025 |
| Motion to Transfer (No. 178) | July 28, 2025 | September 26, 2025 |

---

[1] Plaintiff understands that the defendants who filed the severance motion intend to refile a slightly revised version of that motion which will reflect the dismissal of Shell plc, previously one of the movants.

1

| | | |
|---|---|---|
| Motion to Sever (No. 183) (including any forthcoming amendment thereto) | July 28, 2025 | September 26, 2025 |

As a matter of professional courtesy, counsel for all defendants have graciously consented to the relief requested.

Accordingly, X respectfully urges that the Court grant this Motion.

July 1, 2025                                              Respectfully submitted.

                                             */s/ John C. Sullivan*
John C. Sullivan
Texas Bar No. 24083920
john.sullivan@the-sl-lawfirm.com
Jace R. Yarbrough
Texas Bar No. 24110560
jace.yarbrough@the-sl-lawfirm.com
S|L LAW PLLC
610 Uptown Blvd., Suite 2000
Cedar Hill, TX 75104
Phone: (469) 523-1351
Facsimile: (469) 613-0891


DHILLON LAW GROUP, INC.
Christopher G. Renner*
(DC Bar No. 1025699)
cgrenner@dhillonlaw,com
(571) 430-2240 (voice and fax)
Jonathan M. Shaw*
(Virginia Bar No. 98497)
jshaw@dhillonlaw.com
(703) 748-2266 (voice and fax)
Andrew K. Mann*
(Virginia Bar No. 77021)
akmann@dhillonlaw.com
(571) 695-2677 (voice and fax)
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314

  * admitted *pro hac vice*

*Attorneys for Plaintiff X Corp.*

## CERTIFICATE OF SERVICE

I certify that on July 1, 2025, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system.

*/s/ John C. Sullivan*
John C. Sullivan

## CERTIFICATE OF CONFERENCE

I certify that counsel for Plaintiff has conferred with counsel for Defendants and Defendants agree to the relief sought in this motion.

*/s/ John C. Sullivan*
John C. Sullivan
