IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| WORLD FEDERATION OF | § | Case No. 7:24-cv-00114-B |
| ADVERTISERS; MARS, INCORPORATED; | § | |
| CVS HEALTH CORPORATION; ØRSTED | § | |
| A/S; TWITCH INTERACTIVE, INC.; | § | |
| NESTLÉ S.A.; NESTLE USA, INC.; | § | |
| ABBOTT LABORATORIES; COLGATE | § | |
| PALMOLIVE COMPANY; LEGO A/S; | § | |
| LEGO BRANDS RETAIL, INC.; | § | |
| PINTEREST, INC; TYSON FOODS, INC.; | § | |
| SHELL PLC; SHELL USA, INC.; and | § | |
| SHELL BRANDS INTERNATIONAL AG, | § | |
| | § | |
| Defendants. | § | |

**AMENDED CONDITIONAL MOTION FOR SEVERANCE BY DEFENDANTS
SHELL BRANDS INTERNATIONAL AG, NESTLÉ S.A., AND LEGO A/S**

For the reasons explained in their simultaneously filed Brief, Defendants Shell Brands International AG, Nestlé S.A., and LEGO A/S respectfully ask this Court for severance from any transfer of this matter to the U.S. District Court for the Southern District of New York (or alternatively the Dallas Division of the Northern District of Texas), pursuant to Federal Rule of Civil Procedure 21.[1]

---

[1] This Amended Conditional Motion for Severance (the "Motion") replaces the previous Motion for Conditional Severance filed (Dkt. 183) because Defendant Shell plc, who also joined in the original motion for conditional severance, was subsequently dismissed by Plaintiff X Corp. *See* NOTICE OF DISMISSAL OF CLAIMS AGAINST SHELL PLC PURSUANT TO FRCP 41(a)(1)(A)(i). Dkt. 186. This Motion is filed subject to and without waiver of the personal jurisdiction and improper venue motions previously filed. See Dkt. 142 (Shell Brands International AG's Mot. to Dismiss), 145 (LEGO A/S's Mot. to Dismiss), & 163 (Nestlé S.A.'s Mot. to Dismiss). The arguments and relief requested herein, and in the accompanying Brief in Support,

Defendants Shell Brands International AG, Nestlé S.A., and LEGO A/S move for severance subject to and conditioned upon the Court's decision to consider Defendants Mars, Inc., CVS Health Corp., Nestle USA, Inc., Abbott Laboratories, Colgate Palmolive Co., LEGO Brand Retail, Inc., and Pinterest, Inc.'s motion to transfer this case before consideration of Defendants Shell Brands International AG's, Nestlé S.A.'s, and LEGO A/S's pending motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(3).

| | |
|---|---|
| Dated: July 2, 2025 | Respectfully submitted, |
| | By: */s/ Layne E. Kruse* <br> Layne E. Kruse <br> State Bar No. 11742550 <br> layne.kruse@nortonrosefulbright.com <br> Carlos R. Rainer <br> State Bar No. 24027641 <br> carlos.rainer@nortonrosefulbright.com <br> **NORTON ROSE FULBRIGHT US LLP** <br> 1550 Lamar Street, Suite 2000 <br> Houston, Texas 77010 <br> Telephone No.: (713) 651-5151 <br> Facsimile No.: (713) 651-5246 |
| | Ellen Sessions <br> State Bar No. 00796282 <br> ellen.sessions@nortonrosefulbright.com <br> **NORTON ROSE FULBRIGHT US LLP** <br> 2200 Ross Avenue, Suite 3600 <br> Dallas, Texas 75201 <br> Telephone No.: (214) 855-8000 <br> Facsimile No.: (214) 855-8200 |
| | ***Attorneys for Defendant Shell Brands International AG*** |

---

apply equally to the requested transfer to the Southern District of New York, or alternatively, to the Dallas Division.

By: */s/ Minoo Blaesche*
Minoo Blaesche
State Bar No. 24075102
mblaesche@jw.com
**JACKSON WALKER LLP**
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone No.: (214) 953-6160
Facsimile No.: (214) 661-6800
Chahira Solh (*Admitted Pro Hac Vice*)
csolh@crowell.com
**CROWELL & MORING LLP**
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone No.: (949) 798-1367

Sima Namiri-Kalantari (*Admitted Pro Hac Vice*)
snamiri@crowell.com
**CROWELL & MORING LLP**
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Phone: (213) 443-5564

Kenneth Dintzer (*Admitted Pro Hac Vice*)
**kdintzer@crowell.com**
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: (202) 624-2561

*Attorneys for Defendant LEGO A/S*

By: /s/ Anthony W. Bates
Anthony W. Bates (Bar No. 24076904)
**SHERRILL & GIBSON, PLLC**
3711 Maplewood Avenue, Suite 200
Wichita Falls, TX 76308
Phone: (940) 264-4400
Fax: (940) 264-4401
Email: tbates@sgpllc.law

Carmine R. Zarlenga
NDTX Bar No. 386244DC
czarlenga@mayerbrown.com
Oral D. Pottinger (*admitted pro hac vice*)
opottinger@mayerbrown.com

        Christina Luk (*admitted pro hac vice*)
        cluk@mayerbrown.com
        **MAYER BROWN LLP**
        1999 K Street, NW
        Washington, DC 20006
        Phone: (202) 263-3227
        Fax: (202) 263-5227

        ***Attorneys for Defendant Nestlé S.A.***

## CERTIFICATE OF SERVICE

      I certify that on July 2, 2025, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system.

Dated: July 2, 2025

      Respectfully submitted,

      By: */s/ Carlos R. Rainer*
      Carlos R. Rainer
      State Bar No. 24027641
      carlos.rainer@nortonrosefulbright.com
      **NORTON ROSE FULBRIGHT US LLP**
      1550 Lamar Street, Suite 2000
      Houston, Texas 77010
      Telephone No.: (713) 651-5151
      Facsimile No.: (713) 651-5246

      ***Attorneys for Defendant Shell Brands International AG***

## CERTIFICATE OF COMPLIANCE

I certify that Defendants Shell Brands International AG's, Nestlé S.A.'s, and LEGO A/S's Amended Conditional Motion for Severance complies with LR 7.2.

| | |
|---|---|
| Dated: July 2, 2025 | Respectfully submitted, |
| | By: */s/ Carlos R. Rainer* <br> Carlos R. Rainer <br> State Bar No. 24027641 <br> carlos.rainer@nortonrosefulbright.com <br> **NORTON ROSE FULBRIGHT US LLP** <br> 1550 Lamar Street, Suite 2000 <br> Houston, Texas 77010 <br> Telephone No.: (713) 651-5151 <br> Facsimile No.: (713) 651-5246 <br><br> ***Attorneys for Defendant Shell Brands International AG*** |

## CERTIFICATE OF CONFERENCE

Prior to filing this Amended Conditional Motion for Severance, Plaintiff X Corp. was apprised of the MTT Defendants' Motion to Transfer and this separate Motion for Severance and advised that it opposes both Motions. The MTT Defendants and all other Defendants do not oppose this Motion for Severance.

Dated: July 2, 2025

Respectfully submitted,

By: */s/ Carlos R. Rainer*
Carlos R. Rainer
State Bar No. 24027641
carlos.rainer@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar Street, Suite 2000
Houston, Texas 77010
Telephone No.: (713) 651-5151
Facsimile No.: (713) 651-5246

***Attorneys for Defendant Shell Brands International AG***