UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
|   Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:24-CV-0114-B |
| | § | |
| WORLD FEDERATION OF | § | |
| ADVERTISERS; MARS, | § | |
| INCORPORATED; CVS HEALTH | § | |
| CORPORATION; ØRSTED A/S; | § | |
| TWITCH INTERACTIVE, INC.; NESTLÉ | § | |
| S.A.; NESTLE USA, INC.; ABBOTT | § | |
| LABORATORIES; COLGATE- | § | |
| PALMOLIVE COMPANY; LEGO A/S; | § | |
| LEGO BRAND RETAIL, INC.; | § | |
| PINTEREST, INC.; TYSON FOODS, | § | |
| INC.; SHELL PLC; SHELL USA, INC.; | § | |
| and SHELL BRANDS INTERNATIONAL | § | |
| AG, | § | |
| | § | |
|   Defendants. | § | |

## ORDER

Before the Court is Plaintiff X Corp. ("X")'s Agreed Motion to Adjust the Briefing Schedule

(Doc. 189). The Court **GRANTS** the Motion and implements the following deadlines:

| Motions | Deadline to File a Response | Deadline to File a Reply |
|---|---|---|
| Motions to Dismiss (Docs. 132, 142, 145, 157, 160, and 163) | July 28, 2025 | September 26, 2025 |
| Motion to Transfer (Doc. 178) | July 28, 2025 | September 26, 2025 |
| Motions to Sever (Docs. 183, 190) | July 28, 2025 | September 26, 2025 |

SO ORDERED.

SIGNED: July 3, 2025.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE