IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | No. 7:24-cv-00114-B | |
| § | | |
| WORLD FEDERATION OF ADVERTISERS; § | | |
| MARS, INCORPORATED; § | | |
| CVS HEALTH CORPORATION; § | | |
| ØRSTED A/S; § | | |
| NESTLÉ S.A.; NESTLE USA, INC.; § | | |
| ABBOTT LABORATORIES; § | | |
| COLGATE-PALMOLIVE COMPANY; § | | |
| LEGO A/S; LEGO BRAND RETAIL, INC.; § | | |
| PINTEREST, INC.; § | | |
| TYSON FOODS, INC.; § | | |
| SHELL USA, INC.; AND § | | |
| SHELL BRANDS INTERNATIONAL AG, § | | |
| § | | |
| Defendants. § | | |

**JOINT MOTION TO SUBSTITUTE PARTY**

Plaintiff X Corp. ("*X*") and Defendant Ørsted A/S (together, the "*Parties*") respectfully request the Court enter an order substituting Ørsted Services A/S for Ørsted A/S as a defendant in this case. The Parties also jointly move for an Order directing the Clerk to modify the case caption accordingly.

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party." *See* Fed. R. Civ. P. 21. Such substitutions are within the "sound discretion of the trial court." *Memon v. Allied Domecq*, 218 F.R.D. 505, 507 (S.D. Tex. 2003), *rev'd on other grounds*, 385 F.3d 871 (5th Cir. 2004). Here, the Ørsted-related allegations in X's complaint refer to email communications between individuals employed at Defendant World Federation of

1

Advertisers and individuals employed at an Ørsted entity. *See* Dkt. 77-4 at Exs. D, E. Ørsted A/S has represented to X that the individuals included in these email communications are not employed by Ørsted A/S. Notwithstanding Ørsted A/S's belief that X does not have any viable claim against an Ørsted entity, it represents and warrants that Ørsted Services A/S is the entity that employs the individuals referenced in X's complaint.

Based on this information, X agrees to dismiss Ørsted A/S and substitute Ørsted Services A/S as a defendant in this case. Both Ørsted entities consent to the substitution. X agrees that Ørsted Services A/S reserves all rights and may present any and all defenses that could have been asserted by Ørsted A/S, including its right to challenge personal jurisdiction or venue. The parties further agree that Ørsted A/S's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 157) should be denied as moot and without prejudice. The parties jointly agree that Ørsted Services A/S is deemed to be a moving party under Defendants' Motion to Dismiss for Failure to State a Claim (Dkt. 160) in place of Ørsted A/S, and that Ørsted Services A/S shall have 21 days from the date on which this substitution is granted to assert any additional Rule 12 motions or defenses.

Accordingly, the Parties hereby request that the Court (1) add Ørsted Services A/S as a defendant in the case, (2) dismiss Ørsted A/S from the case, and (3) direct the Clerk to adjust the case caption accordingly.

Dated: July 22, 2025

Respectfully submitted,

*/s/ Jason M. Powers*
Jason M. Powers
 Texas Bar No. 24007867
 jpowers@velaw.com
V<small>INSON</small> & E<small>LKINS</small> LLP
 845 Texas Avenue, Suite 4700
 Houston, TX 77002
 Phone (713) 758-2222

George M. Kryder
 Texas Bar No. 11742900
 gkryder@velaw.com
Avery Westerlund
 State Bar No. 24125453
 awesterlund@velaw.com
V<small>INSON</small> & E<small>LKINS</small> LLP
2001 Ross Avenue, Suite 3900
Dallas, TX  75201-2975
Phone (214) 220-7700

Stephen Medlock (admitted *pro hac vice*)
 D.C. Bar No. 995636
 smedlock@velaw.com
Adam Hudes (admitted *pro hac vice*)
 D.C. Bar No. 495188
 ahudes@velaw.com
V<small>INSON</small> & E<small>LKINS</small> LLP
2200 Pennsylvania Avenue NW, Suite 500 West
Washington, DC 20037
Phone (202) 639-6578


*Attorneys for Defendant Ørsted A/S*

*/s/ John C. Sullivan*
John C. Sullivan
  Texas Bar No. 24083920
  john.sullivan@the-sl-lawfirm.com
Jace R. Yarbrough
  Texas Bar No. 24110560
  jace.yarbrough@the-sl-lawfirm.com
S|L LAW PLLC
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Phone: (469) 523-1351

Christopher G. Renner (admitted *pro hac vice*)
  D.C. Bar No. 1025699
  cgrenner@dhillonlaw.com
Jonathan M. Shaw (admitted *pro hac vice*)
  Virginia Bar No. 98497
  jshaw@dhillonlaw.com
Andrew K. Mann (admitted *pro hac vice*)
  Virginia Bar No. 77021
  akmann@dhillonlaw.com
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314

Harmeet K. Dhillon (admitted *pro hac vice*)
  California Bar No. 207873
harmeet@dhillonlaw.com
DHILLON LAW GROUP, INC.
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700 (voice and fax)

*Attorneys for Plaintiff X Corp*

**CERTIFICATE OF SERVICE**

   I certify that, on July 22, 2025, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system.

                  */s/ Jason M. Powers*
                  Jason M. Powers