IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | No. 7:24-cv-00114-B |
| | § | |
| WORLD FEDERATION OF ADVERTISERS; | § | |
| MARS, INCORPORATED; | § | |
| CVS HEALTH CORPORATION; | § | |
| ØRSTED A/S; | § | |
| NESTLÉ S.A.; NESTLE USA, INC.; | § | |
| ABBOTT LABORATORIES; | § | |
| COLGATE-PALMOLIVE COMPANY; | § | |
| LEGO A/S; LEGO BRAND RETAIL, INC.; | § | |
| PINTEREST, INC.; | § | |
| TYSON FOODS, INC.; | § | |
| SHELL USA, INC.; AND | § | |
| SHELL BRANDS INTERNATIONAL AG, | § | |
| | § | |
|     *Defendants*. | § | |

**ORDER GRANTING JOINT MOTION TO SUBSTITUTE PARTY**

Before the Court is Plaintiff X Corp. ("***X***") and Defendant Ørsted A/S (together, the "***Parties***")'s Joint Motion to Substitute Party. Having considered the Motion, the Court hereby **GRANTS** the Motion, **DISMISSES WITHOUT PREJUDICE** Ørsted A/S as a defendant and **SUBSTITUTES** Ørsted Services A/S as a defendant in the case and as a moving party under Defendants' Motion to Dismiss for Failure to State a Claim (Dkt. 160). The Clerk is **DIRECTED** to adjust the case caption accordingly. Further, Ørsted A/S's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 157) is **DENIED** as moot and **WITHOUT PREJUDICE**. Ørsted Services A/S's deadline to assert any additional Rule 12 motions or defenses shall be 21 days from the date of this Order.

IT IS SO ORDERED this _____ day of _____, _____.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE