IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | No. 7:24-cv-00114-B |
| | § | |
| WORLD FEDERATION OF ADVERTISERS; | § | |
| MARS, INCORPORATED; | § | |
| CVS HEALTH CORPORATION; | § | |
| ØRSTED SERVICES A/S; | § | |
| NESTLÉ S.A.; NESTLE USA, INC.; | § | |
| ABBOTT LABORATORIES; | § | |
| COLGATE-PALMOLIVE COMPANY; | § | |
| LEGO A/S; LEGO BRAND RETAIL, INC.; | § | |
| PINTEREST, INC.; | § | |
| TYSON FOODS, INC.; | § | |
| SHELL USA, INC.; AND | § | |
| SHELL BRANDS INTERNATIONAL AG, | § | |
| | § | |
| *Defendants.* | § | |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND PAGE LIMITS**

TO THE HONORABLE JANE BOYLE, UNITED STATES DISTRICT JUDGE:

Defendants World Federation of Advertisers; Mars, Incorporated; CVS Health Corporation; Ørsted Services A/S; Nestlé S.A.; Nestle USA, Inc.; Abbott Laboratories; Colgate-Palmolive Company; LEGO A/S; LEGO Brand Retail, Inc.; Pinterest, Inc.; Tyson Foods, Inc.; Shell USA, Inc.; and Shell Brands International AG (together, the "***Defendants***") file this Unopposed Motion to Extend Page Limits. Defendants respectfully request that the Court increase the page limit for the replies as follows: 20 pages for a reply in support of the Motion to Dismiss for Failure to State a Claim (Dkt. 160); 15 pages for the reply in support of the Motion to Transfer (Dkt. 178); and 15 pages for the reply in support of the Conditional Motion for Severance (Dkt. 183).

On February 6, 2025, Plaintiff X. Corp. ("*X*") filed its Second Amended Complaint against a total of sixteen defendants alleging antitrust claims under Section 1 of the Sherman Antitrust Act (Dkt. 77).  Defendants have filed the following responsive papers:

| Motion | Moving Defendants |
|---|---|
| Motion to Dismiss for Failure to State a Claim (Dkt. 160) | Abbott Laboratories, CVS Health Corporation, Colgate-Palmolive Company, LEGO Brand Retail, Inc., Mars, Incorporated, Nestle USA, Inc., Ørsted Services A/S,[1] Pinterest, Inc., Shell USA, Inc., Tyson Foods, Inc., and World Federation of Advertisers |
| Motion to Transfer (Dkt. 178) | Abbott Laboratories, CVS Health Corporation, Colgate-Palmolive Company, LEGO Brand Retail, Inc., Mars, Incorporated, Nestle USA, Inc., and Pinterest, Inc. |
| Conditional Motion for Severance (Dkt. 183) | LEGO A/S, Nestle S.A., Shell Brands International AG, and Shell PLC[2] |

X filed its responses to these motions on July 28, 2025 (Dkts. 196, 197, 199). The replies in support of these motions are due on September 26, 2025.

Because the matters at issue in these motions are significant and complex, and because X's responses raise both joint and individual issues affecting each of the more than one dozen Defendants before the Court, Defendants require more than the ten pages allotted under Local Rule 7.2(c) to adequately reply.  After conferring with X, Defendants respectfully request the Court grant leave to allow the moving defendants to file replies with additional pages.  X is unopposed to the requested additional pages, and this relief will not prejudice any party.

---

[1] Originally filed on behalf of Ørsted A/S prior to substitution (Dkt. 203).

[2] Shell PLC was later dismissed without prejudice (Dkt. 186).

Accordingly, Defendants respectfully request the Court grant this Motion and enter an order permitting Defendants to file:

- A 20-page reply in support of the motion to dismiss (Dkt. 160);
- A 15-page reply in support of the motion to transfer (Dkt. 178); and,
- A 15-page reply in support of the conditional motion for severance (Dkt. 183).

Defendants request such additional and further relief to which they may show themselves entitled.

Dated: August 4, 2025

Respectfully submitted,

/s/ Jason M. Powers
Jason M. Powers
  Texas Bar No. 24007867
  jpowers@velaw.com
VINSON & ELKINS LLP
  845 Texas Avenue, Suite 4700
Houston, TX 77002
  Phone (713) 758-2222

George M. Kryder
  Texas Bar No. 11742900
  gkryder@velaw.com
Avery Westerlund
  State Bar No. 24125453
  awesterlund@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, TX  75201-2975
Phone (214) 220-7700

Stephen Medlock (admitted *pro hac vice*)
  D.C. Bar No. 995636
  smedlock@velaw.com
Adam Hudes (admitted *pro hac vice*)
  D.C. Bar No. 495188
  ahudes@velaw.com
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW, Suite 500 West
Washington, DC 20037
Phone (202) 639-6578

*Attorneys for Defendant Ørsted Services A/S*

*/s/ C. Jason Fenton*

Jonathan Bradley Pitt (admitted *pro hac vice*)
  jpitt@wc.com
Nicholas G. Gamse (admitted *pro hac vice*)
  ngamse@wc.com
Kimberly Broecker (admitted *pro hac vice*)
  kbroecker@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Phone: (202) 434-5000

Thomas C. Riney
  Texas Bar No. 16935100
  tom.riney@uw.com
C. Jason Fenton
  Texas Bar No. 24087505
  jason.fenton@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
500 S. Taylor, Suite 1200
Amarillo, TX 79101
Phone: (806) 379-5613

Brad R. Timms
  Texas Bar No. 24088535
  brad.timms@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
600 Bailey Ave., Suite 200
Fort Worth, TX 76107
Phone: (817) 885-7529

*Attorneys for Defendant CVS Health Corporation*

/s/ Ralph H. Duggins

Karen Hoffman Lent (admitted *pro hac vice*)
  karen.lent@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Manhattan West
New York, NY 10001
Phone: (212) 735-3276

Noelle M. Reed
  State Bar No. 24044211
  noelle.reed@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
1000 Louisiana Street, Suite 6800
Houston, TX 77002
Phone: (713) 655-5122

Ralph H. Duggins
  State Bar No. 06183700
  rduggins@canteyhanger.com
Philip Vickers
  State Bar No. 24051699
  pvickers@canteyhanger.com
Kate Hancock
  State Bar No. 24106048
  khancock@canteyhanger.com
CANTEY HANGER LLP
600 West 6th Street, Suite 300
Fort Worth, TX 76102
Phone: (817) 877-2800

*Attorneys for Defendant Mars, Incorporated*

*/s/ David C. Miller*

David C. Miller
  Texas Bar No. 24110114
  dmiller@bradley.com
William S. Snyder
  Texas Bar No. 00786250
  wsnyder@bradley.com
Samuel T. Acker
  Texas Bar No. 24100111
  sacker@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Ave., Suite 3600
Dallas, TX 75202
Phone: (214) 257-9800
Fax: (214) 939-8787

Charles E. Elder (admitted *pro hac vice*)
  Tennessee Bar No. 038250
  celder@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway, Suite 2400
Nashville, TN 37203
Phone: (615) 252-3597
Fax: (615) 252-6380

*Attorneys for Defendant World Federation of Advertisers*

*/s/ Brian E. Robison* _____
Brian E. Robison
  State Bar No. 00794547
  brian@brownfoxlaw.com
Michael L. Baum
  State Bar No. 24006815
  mbaum@brownfoxlaw.com
Paulette C. Miniter
  State Bar No. 24075153
  paulette@brownfoxlaw.com
C. Alan Carrillo
  State Bar No. 24109693
  alan@brownfoxlaw.com
Farwa Zahra
  State Bar No. 24134610
  farwa@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Facsimile: (214) 327-5001

*Attorneys for Defendant Pinterest, Inc.*

/s/ *Layne E. Kruse*
Layne E. Kruse
State Bar No. 11742550
layne.kruse@nortonrosefulbright.com
Carlos R. Rainer
State Bar No. 24027641
carlos.rainer@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1550 Lamar Street, Suite 2000
Houston, Texas 77010
Telephone No.: (713) 651-5151
Facsimile No.: (713) 651-5246

Ellen Sessions
State Bar No. 00796282
ellen.sessions@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone No.: (214) 855-8000
Facsimile No.: (214) 855-8200

*Attorneys for Defendants Shell USA, Inc.; Shell*
*Brands International AG*

/s/ *John Terzaken*
John F. Terzaken, III (admitted *pro hac vice*)
john.terzaken@stblaw.com
SIMPSON THACHER & BARTLETT LLP
900 G Street, NW
Washington, DC 20001
Telephone: 202-636-5858

Joshua G. Hazan (admitted *pro hac vice*)
joshua.hazan@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Ave.
New York, NY 10017
Telephone: 212-455-2683

Michael K. Hurst
Texas Bar No. 10316310
mhurst@lynnllp.com
Clint S. Cowan
Texas Bar No. 24109760
ccowan@lynnllp.com
LYNN PINKER HURST & SCHWEGMANN,
LLP
2100 Ross Ave., Suite 2700
Dallas, TX 75201
Telephone: 214-981-3800

*Attorneys for Tyson Foods, Inc.*

*/s/ Fred A. Rowley, Jr.*
Fred A. Rowley, Jr. (admitted *pro hac vice*)
   fred.rowley@wsgr.com
Wilson Sonsini Goodrich & Rosati
Professional Corporation
953 East Third Street, Suite 100
Los Angeles, CA 90013
Phone: (323) 210-2902

Jeffrey C. Bank (admitted *pro hac vice*)
   jbank@wsgr.com
Wilson Sonsini Goodrich & Rosati
Professional Corporation
1700 K Street, NW, 5th Floor
Washington, D.C. 20006
Phone: (202) 973-8800

Taylor M. Owings (admitted *pro hac vice*)
   towings@wsgr.com
Wilson Sonsini Goodrich & Rosati
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Phone: (212) 999-5800

Lars L. Berg
   Texas Bar No. 00787072
   lars.berg@kellyhart.com
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Phone: (817) 878-3524

*Counsel for Colgate-Palmolive Company*

*/s/ Anthony W. Bates*  
Anthony W. Bates (Bar No. 24076904)  
**SHERRILL & GIBSON, PLLC**  
3711 Maplewood Avenue, Suite 200  
Wichita Falls, TX 76308  
Phone: (940) 264-4400  
Fax: (940) 264-4401  
Email: tbates@sgpllc.law

Carmine R. Zarlenga (NDTX Bar No. 386244DC)  
Oral D. Pottinger (admitted *pro hac vice*)  
Christina Luk (admitted *pro hac vice*)  
**MAYER BROWN LLP**  
1999 K Street, NW  
Washington, DC 20006  
Phone: (202) 263-3227  
Fax: (202) 263-5227  
Email: czarlenga@mayerbrown.com  
        opottinger@mayerbrown.com  
        cluk@mayerbown.com

*Attorneys for Defendant Nestlé S.A*

*/s/ Russ Falconer*
Russ Falconer
   Texas Bar No. 24069695
   RFalconer@gibsondunn.com
Scott Hvidt
   Texas Bar No. 24097864
   SHvidt@gibsondunn.com
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923
Phone: (214) 698-3100

Gregg Costa
   Texas Bar No. 24028160
   GCosta@gibsondunn.com
Prerak Shah
   Texas Bar No. 24075053
   PShah@gibsondunn.com
Gibson, Dunn & Crutcher LLP
811 Main Street, Suite 3000
Houston, TX 77002-6117
Phone: (346) 718-6600

*Attorneys for Defendant Nestlé USA, Inc.*

*/s/ William F. Cavanaugh, Jr.*
William F. Cavanaugh, Jr. (admitted *pro hac vice*)
   wfcavanaugh@pbwt.com
Christine Harper (admitted *pro hac vice*)
   charper@pbwt.com
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Phone: (212) 336-2000

*/s/ Thomas M. Melsheimer*
Thomas M. Melsheimer
   Texas Bar No. 13922550
   tmelsheimer@winston.com
Winston & Strawn LLP
2121 N. Pearl Street, 9th Floor
Dallas, TX 75201
Phone: (214) 453-6500

*Attorneys for Abbott Laboratories*

*/s/ Chahira Solh*

Chahira Solh  (*Admitted Pro Hac Vice*)
csolh@crowell.com
**CROWELL & MORING LLP**
3 Park Plaza, 20th Floor
Irvine, CA 92614
Phone: (949)798-1367

Sima Namiri-Kalantari  (*Admitted Pro Hac Vice*)
snamiri@crowell.com
**CROWELL & MORING LLP**
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Phone: (213)443-5564

Kenneth Dintzer  (*Admitted Pro Hac Vice*)
kdintzer@crowell.com
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 508-8924

Minoo Blaesche
mblaesche@jw.com
**JACKSON WALKER LLP**
Texas Bar No. 24075102
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Phone: (214) 953-6051
Fax: (214) 661-6800

*Attorneys for LEGO Brand Retail, Inc.*

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 31, 2025, I conferred with counsel for X Corp. who stated Plaintiff is unopposed to the relief sought in this motion.

/s/ Jason M. Powers
Jason M. Powers

## CERTIFICATE OF SERVICE

I certify that, on August 4, 2025, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system.

/s/ Jason M. Powers
Jason M. Powers