IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | No. 7:24-cv-00114-B |
| | § | |
| WORLD FEDERATION OF ADVERTISERS; | § | |
|    *ET AL.*, | § | |
| | § | |
|    *Defendants*. | § | |

## PLAINTIFF X CORP.'S REQUEST FOR ORAL ARGUMENT

Section II.F. of this Court's Specific Requirements provides that parties may request oral argument. X believes that oral argument on all pending motions—ECF Nos. 132, 139, 142, 145, 160, 163, 178, 183, 200, and 210—would be helpful for the Court.

X filed a Notice of Request for oral argument on September 26, 2025. *See* ECF No. 227. The Court denied the Request on October 9, 2025, while granting X leave to file another Request after conferring with opposing counsel as to the Request and the proposed hearing dates and times. *See* ECF No. 231.

After conferring with the Court's deputy about the Court's calendar and practices, X proposed dates for argument to Defendants' counsel. Defendants have authorized X to represent their position on this Request as follows: "Defendants believe the briefing is sufficient to resolve the pending motions and that oral argument is therefore unnecessary. However, in the event that the Court wishes to convene oral argument, out of the dates proposed by Plaintiff, Defendants can be available on December 17 and 18."

X hereby requests that the Court schedule argument on December 17 or December 18, 2025, at the Court's convenience.

Dated: October 17, 2025

Respectfully submitted,

*/s/ John C. Sullivan*
John C. Sullivan
 Texas Bar No. 24083920
 john.sullivan@the-sl-lawfirm.com
Jace R. Yarbrough
 Texas Bar No. 24110560
 jace.yarbrough@the-sl-lawfirm.com
S|L LAW PLLC
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Phone: (469) 523-1351

Christopher G. Renner (*pro hac vice*)
 D.C. Bar No. 1025699
 cgrenner@dhillonlaw.com
Jonathan M. Shaw (*pro hac vice*)
 Virginia Bar No. 98497
 jshaw@dhillonlaw.com
Andrew K. Mann (*pro hac vice*)
 Virginia Bar No. 77021
 akmann@dhillonlaw.com
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314

*Attorneys for Plaintiff X Corp.*