IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| X CORP.,<br><br>*Plaintiff,*<br><br>v.<br><br>WORLD FEDERATION OF ADVERTISERS; MARS, INCORPORATED; CVS HEALTH CORPORATION; ØRSTED A/S; NESTLÉ S.A.; NESTLE USA, INC.; ABBOTT LABORATORIES; COLGATE-PALMOLIVE COMPANY; LEGO A/S; LEGO BRAND RETAIL, INC.; PINTEREST, INC.; TYSON FOODS, INC.; SHELL PLC; SHELL USA, INC. and SHELL BRANDS INTERNATIONAL AG,<br><br>*Defendants.* | Civil Action No. 24-cv-00114-B |

**MOVING DEFENDANTS' OPPOSED MOTION FOR LEAVE
TO FILE SUPPLEMENTAL AUTHORITY**

Pursuant to Local Rule 56.7 and this Court's Order on January 30, 2026, those Defendants that filed a Motion to Dismiss for Failure to State a Claim ("Moving Defendants")[1] hereby file this Opposed Motion for Leave to File Supplemental Authority (the "Motion for Leave") and would respectfully show the Court as follows:

1. On May 14, 2025, the Moving Defendants filed a Motion to Dismiss for Failure to State a Claim ("Motion to Dismiss") [Dkt. 160]. That Motion to Dismiss argued that the Court

---

[1] The Moving Defendants are Pinterest, Inc.; Nestle USA, Inc.; Shell USA, Inc.; Tyson Foods, Inc.; Abbott Laboratories; LEGO Brand Retail, Inc.; CVS Health Corporation; World Federation of Advertisers; Orsted Services A/S; Mars, Incorporated; and Colgate-Palmolive Company.

1

should dismiss the Second Amended Complaint [Dkt. 77] with prejudice for several different reasons, one of which was the failure to plead facts showing antitrust injury.

2. On January 14, 2026, the Fifth Circuit issued its opinion in *Rx Solutions, Inc. v. Caremark, LLC*, --- F.4th ---, 2026 WL 100806, Case No. 25-60084 (Jan. 14, 2026). (Attached as Exhibit A).

3. On January 29, the Moving Defendants filed a notice of supplemental authority in the form of a letter, bringing the Court's attention to the case.

4. In its January 30 Order, the Court struck that letter as not in compliance with Local Rule 56.7.[2]

5. Through this Motion for Leave, the Moving Defendants now respectfully seek leave to file as supplemental authority the Fifth Circuit's decision in *Rx Solutions*. The Fifth Circuit's analysis in Section III.A.2 is relevant to the antitrust-injury arguments made in the Moving Defendants' Motion to Dismiss.

6. Defendants' counsel consulted with Plaintiff's counsel on February 3-5, 2026 concerning this Motion, and Plaintiff's counsel stated: Plaintiff, X Corp., opposes the motion because it believes the case that Defendants seek leave to submit is inapposite, but would defer to the Court with only a request to file a one-paragraph response explaining why the case is not relevant if the motion for leave is granted.

THEREFORE, the Moving Defendants respectfully request that the Court grant this Motion for Leave and take into consideration the Fifth Circuit's decision in *Rx Solutions* when deciding the Motion to Dismiss.

---

[2] The Moving Defendants apologize for submitting a filing that did not comply with the Local Rules. The Moving Defendants misread Local Rule 56.7 as being applicable only to motions for summary judgment. The Moving Defendants now file this Motion for Leave to rectify that error.

2

Dated: February 5, 2026

/s/  *Nicholas Gamse*
Nicholas Gamse (admitted *pro hac vice*)
  ngamse@wc.com
Jonathan B. Pitt (admitted *pro hac vice*)
  jpitt@wc.com
Kimberly Broecker (admitted *pro hac vice*)
  kbroecker@wc.com
Williams & Connolly LLP
680 Maine Avenue, SW
Washington, D.C. 20024
Phone: (202) 434-5000

Thomas C. Riney
  tom.riney@uwlaw.com
  Texas Bar. No. 16935100
C. Jason Fenton
  jason.fenton@uwlaw.com
  Texas Bar No. 24087505
Underwood Law Firm, P.C.
500 S. Taylor, Suite 1200
Amarillo, TX 79101
Phone: (806) 379-5613

*Attorneys for CVS Health Corporation*

/s/     Karen Lent
Karen Hoffman Lent (admitted *pro hac vice*)
  karen.lent@skadden.com
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001
Phone: (212) 735-3276

Noelle M. Reed
  Texas Bar No. 24044211
  noelle.reed@skadden.com
Skadden, Arps, Slate, Meagher & Flom LLP
1000 Louisiana Street, Suite 6800
Houston, TX 77002
Phone: (713) 655-5122

*/s/ Ralph Duggins*
Ralph H. Duggins
  Texas Bar No. 06183700
  rduggins@canteyhanger.com
Philip Vickers
  Texas Bar No. 24051699
  pvickers@canteyhanger.com
Kate Hancock
  Texas Bar No. 24106048
  khancock@canteyhanger.com
Cantey Hanger LLP
600 West 6th Street, Suite 300
Fort Worth, TX 76102
Phone: (817) 877-2800

*Counsel for Mars, Incorporated*

/s/  Russ Falconer
Russ Falconer
  Texas Bar No. 24069695
  RFalconer@gibsondunn.com
Scott Hvidt
  Texas Bar No. 24097864
  SHvidt@gibsondunn.com
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923
Phone: (214) 698-3100

Gregg Costa
  Texas Bar No. 24028160
  GCosta@gibsondunn.com
Prerak Shah
  Texas Bar No. 24075053
  PShah@gibsondunn.com
Gibson, Dunn & Crutcher LLP
811 Main Street, Suite 3000
Houston, TX 77002-6117
Phone: (346) 718-6600

*Attorneys for Defendant Nestlé USA, Inc.*

/s/ William Cavanaugh
William F. Cavanaugh, Jr. (admitted *pro hac vice*)
  wfcavanaugh@pbwt.com
Christine Harper (admitted *pro hac vice*)
  charper@pbwt.com
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Phone: (212) 336-2000

*Attorneys for Abbott Laboratories*

5

*/s/   Fred Rowley*
Fred A. Rowley, Jr. (admitted *pro hac vice*)
  fred.rowley@wsgr.com
Wilson Sonsini Goodrich & Rosati
Professional Corporation
953 East Third Street, Suite 100
Los Angeles, CA 90013
Phone: (323) 210-2902

Jeffrey C. Bank (admitted *pro hac vice*)
  jbank@wsgr.com
Wilson Sonsini Goodrich & Rosati
Professional Corporation
1700 K Street, NW, 5th Floor
Washington, D.C. 20006
Phone: (202) 973-8800

Taylor M. Owings (admitted *pro hac vice*)
  towings@wsgr.com
Wilson Sonsini Goodrich & Rosati
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Phone: (212) 999-5800

Lars L. Berg
  Texas Bar No. 00787072
  lars.berg@kellyhart.com
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Phone: (817) 878-3524

*Counsel for Colgate-Palmolive Company*

/s/ *Chahira Solh*
Chahira Solh (admitted *pro hac vice*)
  csolh@crowell.com
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Phone: (949) 798-1367

Sima Namiri-Kalantari (admitted *pro hac vice*)
  snamiri@crowell.com
Crowell & Moring LLP
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Phone: (213) 443-5564

Kenneth Dintzer (admitted *pro hac vice*)
  kdintzer@crowell.com
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 624-2561

Minoo Blaesche
  Texas Bar No. 24075102
  mblaesche@jw.com
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Phone: (214) 953-6051

*Attorneys for LEGO Brand Retail, Inc.*

/s/ *Brian Robison*
Brian E. Robison
  Texas Bar No. 00794547
  brian@brownfoxlaw.com
Michael L. Baum
  Texas Bar No. 24006815
  mbaum@brownfoxlaw.com
C. Alan Carrillo
  Texas Bar No. 24109693
  alan@brownfoxlaw.com
Farwa Zahra
  Texas Bar No. 24134610
  farwa@brownfoxlaw.com
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225
Phone: (214) 327-5000

*Attorneys for Defendant Pinterest, Inc.*


/s/ David Miller
David C. Miller
  Texas Bar No. 24110114
  dmiller@bradley.com
William S. Snyder
  Texas Bar No. 00786250
  wsnyder@bradley.com
Samuel T. Acker
  Texas Bar No. 24100111
  sacker@bradley.com
Ilan Borochov
  Texas Bar No. 24122154
  iborochov@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Ave., Suite 3600
Dallas, TX 75202
Phone: (214) 257-9800
Fax: (214) 939-8787

Charles E. Elder (admitted *pro hac vice*)
  Tennessee Bar No. 038250
  celder@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway, Suite 2400
Nashville, TN 37203
Phone: (615) 252-3597
Fax: (615) 252-6380

*Counsel for Defendant World Federation of Advertisers*


/s/ *Layne E. Kruse*
Layne E. Kruse
Texas Bar No. 11742550
layne.kruse@nortonrosefulbright.com
Carlos R. Rainer
Texas Bar No. 24027641
carlos.rainer@nortonrosefulbright.com
Norton Rose Fulbright US LLP
1550 Lamar Street, Suite 2000
Houston, TX 77010
Phone: (713) 651-5151
Ellen Sessions
Texas Bar No. 00796282
ellen.sessions@nortonrosefulbright.com
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Phone: (214) 855-8000

*Attorneys for Defendant Shell USA, Inc.*

9

*/s/Jason M. Powers*
Jason M. Powers
  Texas Bar No. 24007867
  jpowers@velaw.com
Vinson & Elkins LLP
 845 Texas Avenue, Suite 4700
Houston, TX 77002
Phone (713) 758-2222

 George M. Kryder
  Texas Bar No. 11742900
  gkryder@velaw.com
 Avery Westerlund
State Bar No. 24125453
awesterlund@velaw.com
 Vinson & Elkins LLP
2001 Ross Avenue, Suite 3900
Dallas, TX  75201-2975
Phone (214) 220-7700

Stephen Medlock (admitted *pro hac vice*)
  D.C. Bar No. 995636
  smedlock@velaw.com
Adam Hudes (admitted *pro hac vice*)
  D.C. Bar No. 495188
  ahudes@velaw.com
Vinson & Elkins LLP
2200 Pennsylvania Avenue NW, Suite 500 West
Washington, DC 20037
Phone (202) 639-6578

*Attorneys for Defendant Ørsted Services A/S*

/s/ *John Terzaken*
John F. Terzaken, III (admitted *pro hac vice*)
  john.terzaken@stblaw.com
Simpson Thacher & Bartlett LLP
900 G Street, NW
Washington, D.C. 20001
Phone: (202) 636-5858

Michael K. Hurst
  Texas Bar No. 10316310
  mhurst@lynnllp.com
Clint S. Cowan
  Texas Bar No. 24109760
  ccowan@lynnllp.com
Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Avenue, Suite 2700
Dallas, TX 75201
Phone: (214) 981-3800

*Attorneys for Tyson Foods, Inc.*

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that on February 3-5, 2026, Defendants' counsel conferred with Plaintiff's counsel, who stated: Plaintiff, X Corp., opposes the motion because it believes the case that Defendants seek leave to submit is inapposite, but would defer to the Court with only a request to file a one-paragraph response explaining why the case is not relevant if the motion for leave is granted.

*/s/Brian Robison*
Brian Robison

## **CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(d)(1)B), as amended, no certificate of service is necessary because this document is being filed with the Court's electronic filing system on February 3, 2026.

*/s/Brian Robison*
Brian Robison