IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | |
| WORLD FEDERATION OF ADVERTISERS; MARS, INCORPORATED; CVS HEALTH CORPORATION; ØRSTED A/S; NESTLÉ S.A.; NESTLE USA, INC.; ABBOTT LABORATORIES; COLGATE-PALMOLIVE COMPANY; LEGO A/S; LEGO BRAND RETAIL, INC.; PINTEREST, INC.; TYSON FOODS, INC.; SHELL PLC; SHELL USA, INC. and SHELL BRANDS INTERNATIONAL AG, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 24-cv-00114-B |
| *Defendants.* | ) ) ) | |

**ORDER GRANTING THE MOVING DEFENDANTS' OPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**

Came on to be considered the Moving Defendants' Opposed Motion for Leave to File Supplemental Authority [Dkt. #238]. Having considered the Motion for Leave, the Court finds that it should be GRANTED. The briefing on the Defendants' Motion to Dismiss for Failure to State a Claim [Dkt. #160] is hereby supplemented with the Fifth Circuit's opinion in *Rx Solutions, Inc. v. Caremark, LLC*, --- F.4th ---, 2026 WL 100806, Case No. No. 25-60084 (January 14, 2026).

IT IS SO ORDERED.

Signed this _____ day of February, 2026.

_____
HON. JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

1