IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
|     *PLAINTIFF*, | § | |
| | § | |
| v. | § | No. 7:24-cv-00114-B |
| | § | |
| WORLD FEDERATION OF ADVERTISERS; | § | |
|     *ET AL.*, | § | |
| | § | |
|     *DEFENDANTS*. | § | |

**PLAINTIFF X CORP.'S RESPONSE TO DEFENDANTS' NOTICE
OF SUPPLEMENTAL AUTHORITY**

*Rx Solutions, Inc. v. Caremark, LLC*, --- F.4th ---, 2026 WL 100806, Case No. No. 25-60084 (January 14, 2026), is not relevant because (i) the defendants in that case were not horizontal competitors of one another; (ii) their conduct was not alleged to be *per se* illegal, and (iii) the plaintiff in that case was a competitor of, rather than a supplier to, the defendants. In that situation, neither the defendants' conduct itself nor its effect on the plaintiff necessarily show that the plaintiff's injury flows from restrained competition, and the Fifth Circuit held that the plaintiff had failed to allege antitrust injury. By contrast, this case involves *per se* illegal collusion among competing buyers of advertising to boycott a supplier, X Corp. ("X"), and X's injury flows directly from collusive activity that decreases competition among buyers. The boycott agreement itself shows harm to competition, and X's injuries from that boycott are necessarily antitrust injuries. *See* ECF 196 at 39 (citing cases showing that victims of group boycott agreements, including suppliers, paradigmatically suffer antitrust injury).

Dated: February 12, 2026

                    Respectfully submitted,

                    */s/ John C. Sullivan*
                    John C. Sullivan

Texas Bar No. 24083920
john.sullivan@the-sl-lawfirm.com
Jace R. Yarbrough
Texas Bar No. 24110560
jace.yarbrough@the-sl-lawfirm.com
S|L LAW PLLC
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Phone: (469) 523-1351

Christopher G. Renner (*pro hac vice*)
D.C. Bar No. 1025699
cgrenner@dhillonlaw.com
Jonathan M. Shaw (*pro hac vice*)
Virginia Bar No. 98497
jshaw@dhillonlaw.com
Andrew K. Mann (*pro hac vice*)
Virginia Bar No. 77021
akmann@dhillonlaw.com
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314

*Attorneys for Plaintiff X Corp.*