UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:24-CV-0114-B |
| | § | |
| WORLD FEDERATION OF | § | |
| ADVERTISERS; MARS, | § | |
| INCORPORATED; CVS HEALTH | § | |
| CORPORATION; ØRSTED A/S; | § | |
| TWITCH INTERACTIVE, INC.; NESTLÉ | § | |
| S.A.; NESTLE USA, INC.; ABBOTT | § | |
| LABORATORIES; COLGATE- | § | |
| PALMOLIVE COMPANY; LEGO A/S; | § | |
| LEGO BRAND RETAIL, INC.; | § | |
| PINTEREST, INC.; TYSON FOODS, | § | |
| INC.; SHELL PLC; SHELL USA, INC.; | § | |
| and SHELL BRANDS INTERNATIONAL | § | |
| AG, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

On March 26, 2026, this Court **GRANTED** the motions to dismiss for lack of personal jurisdiction filed by Defendants Shell Brands International AG (Doc. 142), Lego A/S (Doc. 145), Nestlé S.A. (Doc. 163), and Ørsted Services A/S (Doc. 210), and **DISMISSED WITHOUT PREJUDICE** all of Plaintiff X Corp.'s claims as to those defendants. Doc. 255, Mem. Op. & Order. On the same day, the Court granted the motion to dismiss for failure to state a claim (Doc. 160) filed by all Defendants and **DISMISSED WITH PREJUDICE** X's claims against the remaining defendants: World Federation of Advertisers; Abbott Laboratories; CVS Health Corporation; Colgate-Palmolive Company; Lego Brand Retail, Inc.; Mars, Inc.; Nestle USA, Inc.; Pinterest, Inc.;

Shell USA, Inc.; and Tyson Foods, Inc. *Id.* It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that X takes nothing. This is a **FINAL ORDER AND JUDGMENT** that disposes of all parties and all remaining claims and controversies in the above-captioned case.

　　**SO ORDERED.**

　　**SIGNED: March 26, 2026.**

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE