**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | No. 7:24-cv-00114-B |
| | § | |
| WORLD FEDERATION OF ADVERTISERS; | § | |
| ET AL., | § | |
| | § | |
| *Defendants*. | § | |

**PLAINTIFF X CORP.'S NOTICE OF APPEAL**

Plaintiff X Corp. respectfully files this notice of appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered on March 26, 2026, Dkt. No. 256, and from all adverse orders, opinions, decisions and rulings in this action underlying that judgment, including without limitation Dkt. No. 255.

April 23, 2026                        Respectfully submitted.

/s/ John C. Sullivan
John C. Sullivan
 Texas Bar No. 24083920
 john.sullivan@the-sl-lawfirm.com
Jace R. Yarbrough
 Texas Bar No. 24110560
 jace.yarbrough@the-sl-lawfirm.com
S|L LAW PLLC
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104
Phone: (469) 523-1351

Christopher G. Renner (*pro hac vice*)
 D.C. Bar No. 1025699
 cgrenner@dhillonlaw.com
Jonathan M. Shaw (*pro hac vice*)
 Virginia Bar No. 98497

jshaw@dhillonlaw.com
Andrew K. Mann (*pro hac vice*)
Virginia Bar No. 77021
akmann@dhillonlaw.com
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314

*Attorneys for Plaintiff X Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ John C. Sullivan*

John C. Sullivan