# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 02, 2026

Mr. Michael James Bentley
Bradley Arant Boult Cummings, L.L.P.
188 E. Capitol Street
1 Jackson Place
Suite 1000
Jackson, MS 39201

Mr. Lars Lee Berg
Kelly, Hart & Hallman, L.L.P.
201 Main Street
Suite 2500
Fort Worth, TX 76102

Mrs. Minoo Sobhani Blaesche
Jackson Walker, L.L.P.
2323 Ross Avenue
Suite 600
Dallas, TX 75201

Mr. Paul D. Clement
Clement & Murphy, P.L.L.C.
706 Duke Street
Alexandria, VA 22314

Mr. Gregg Costa
Gibson, Dunn & Crutcher, L.L.P.
811 Main Street
Suite 3000
Houston, TX 77002

Mr. Russell Harris Falconer
Gibson, Dunn & Crutcher, L.L.P.
2001 Ross Avenue
Suite 1100
Dallas, TX 75201

Mr. Christopher Jason Fenton
Underwood
P. O. Box 9158
Amarillo, TX 79105

Mr. Brian M. Gillett
Bradley Arant Boult Cummings, L.L.P.
1445 Ross Avenue
Fountain Place
Suite 3600
Dallas, TX 75202


Ms. Katherine Hancock
Cantey Hanger, L.L.P.
600 W. 6th Street
Suite 300
Fort Worth, TX 76102-3585


Mr. Chadwick James Harper
Clement & Murphy, P.L.L.C.
706 Duke Street
Alexandria, VA 22314


Ms. Christine Rua Harper
Patterson, Belknap, Webb & Tyler, L.L.P.
1133 Avenue of the Americas
New York, NY 10036-6710


Mr. Michael A. Heidler
Vinson & Elkins, L.L.P.
200 W. 6th Street
Suite 2500
Austin, TX 78701


Mr. Michael Kevin Hurst
Lynn Pinker Hurst Schwegmann, L.L.P.
2100 Ross Avenue
Suite 2700
Dallas, TX 75201


Ms. Anne McGowan Johnson
Norton Rose Fulbright US, L.L.P.
2200 Ross Avenue
Suite 3600
Dallas, TX 75201-7932


Mr. Layne E. Kruse
Norton Rose Fulbright US, L.L.P.
1550 Lamar Street
Houston, TX 77010-3095


Mr. David Clifton Miller
Bradley Arant Boult Cummings, L.L.P.
1445 Ross Avenue
Fountain Place

Suite 3600
Dallas, TX 75202


Ms. Karen S. Mitchell
Northern District of Texas, Wichita Falls
United States District Court
1000 Lamar Street
Room 203
Wichita Falls, TX 76307-0000


Mr. E. Sawyer Neely
Bradley Arant Boult Cummings, L.L.P.
1445 Ross Avenue
Fountain Place
Suite 4400
Dallas, TX 75202


Mr. Arjun Pushkar Ogale
Gibson, Dunn & Crutcher, L.L.P.
2001 Ross Avenue
Suite 2100
Dallas, TX 75201


Mr. Jonathan Bradley Pitt
Williams & Connolly, L.L.P.
680 Maine Avenue, S.W.
Washington, DC 20024


Mr. Carlos R. Rainer
Norton Rose Fulbright US, L.L.P.
1550 Lamar Street
Suite 5100
Houston, TX 77010-3095


Mr. Brian Edward Robison
Brown Fox, P.L.L.C.
6303 Cowboys Way
Suite 450
Frisco, TX 75034


Mr. Prerak Shah
Gibson, Dunn & Crutcher, L.L.P.
811 Main Street
Suite 3000
Houston, TX 77002


Mr. John Clay Sullivan
SL Law, P.L.L.C.
610 Uptown Boulevard
Suite 2000
Cedar Hill, TX 75104

Mr. James Xi
Clement & Murphy, P.L.L.C.
706 Duke Street
Alexandria, VA 22314


Mr. Carmine R. Zarlenga
Mayer Brown, L.L.P.
1999 K Street, N.W.
Washington, DC 20006-1101


    No. 26-10394    X Corp v. World Federation
                 USDC No. 7:24-CV-114

Dear Counsel,

Attached is a revised case caption, which should be used on all
future filings in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                *Christina Gardner*

        By: _____
        Christina A. Gardner, Deputy Clerk
        504-310-7684

_____

Case No. 26-10394

_____

X Corp.,

                  Plaintiff - Appellant/Cross-Appellee

v.

World Federation of Advertisers,

                  Defendant - Appellee/Cross-Appellant

Mars, Incorporated; CVS Health Corporation; Nestle SA; Nestle USA, Incorporated; Abbott Laboratories; Colgate-Palmolive Company; Lego A/S; Lego Brand Retail, Incorporated; Pinterest, Incorporated; Tyson Foods, Incorporated; Shell USA, Incorporated; Shell Brands International AG; Orsted Services A/S,

                  Defendants - Appellees