# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 11, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-10394 X Corp v. Mars
USDC No. 7:24-CV-114

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _______________________
Nina Fernandez, Deputy Clerk
504-310-7630

Mr. Jeffrey Bank
Mr. Lars Lee Berg
Mrs. Minoo Sobhani Blaesche
Mr. William Francis Cavanaugh Jr.
Mr. Paul D. Clement
Mr. Gregg Costa
Mr. Abram J. Ellis
Mr. Russell Harris Falconer
Mr. Christopher Jason Fenton
Ms. Samantha Garza
Ms. Avia Gridi
Ms. Katherine Hancock
Mr. Chadwick James Harper
Ms. Christine Rua Harper
Mr. Michael A. Heidler
Mr. Adam L. Hudes
Mr. Michael Kevin Hurst
Ms. Anne McGowan Johnson
Ms. Margaret E. Krawiec
Mr. Layne E. Kruse
Mr. Michael A. Lanci
Ms. Karen Mary Lent
Ms. Christina Luk
Mrs. Ashley Lydia McMahon
Mr. Stephen M. Medlock
Ms. Karen S. Mitchell
Mr. Arjun Pushkar Ogale
Ms. Taylor Mayly Owings
Mr. Jonathan Bradley Pitt

Mr. Jason Michael Powers
Mr. Carlos R. Rainer
Ms. Noelle M. Reed
Mr. Brian Edward Robison
Mr. Fred A. Rowley Jr.
Mr. Prerak Shah
Ms. Chahira Solh
Mr. John Clay Sullivan
Mr. John Francis Terzaken III
Mr. Philip Avery Vickers
Mr. James Xi
Mr. Carmine R. Zarlenga

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

___________

Case No. 26-10394

___________

X Corp.,

Plaintiff - Appellant

v.

Mars, Incorporated; CVS Health Corporation; Nestle SA; Nestle USA, Incorporated; Abbott Laboratories; Colgate-Palmolive Company; Lego A/S; Lego Brand Retail, Incorporated; Pinterest, Incorporated; Tyson Foods, Incorporated; Shell USA, Incorporated; Shell Brands International AG; Orsted Services A/S,

Defendants - Appellees