# United States Court of Appeals for the Fifth Circuit

No. 26-10394

X Corp.,

*Plaintiff—Appellant/Cross-Appellee*,

*versus*

World Federation of Advertisers,

*Defendant-Appellee/Cross-Appellant*,

Mars, Incorporated; CVS Health Corporation; Nestle SA; Nestle USA, Incorporated; Abbott Laboratories; Colgate-Palmolive Company; Lego A/S; Lego Brand Retail, Incorporated; Pinterest, Incorporated; Tyson Foods, Incorporated; Shell USA, Incorporated; Shell Brands International AG; Orsted Services A/S,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:24-CV-114

CLERK'S OFFICE:

Under Fed. R. App. P.42(b), the cross appeal is dismissed as of August 11, 2026, pursuant to the joint motion of the parties.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: ______________________
Nina Fernandez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT